

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

November 13, 2014

JOHN CIVETTI and DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE, FL 33304



**Loan Number:** █████████        **Property Address:** 810 N VICTORIA PARK RD
                                                          FORT LAUDERDALE, FL 33304

Dear Customer:

In response to your request for assistance, the terms of your loan will be adjusted to assist you during this time of difficulty.

The attached MODIFICATION AGREEMENT ("Agreement") has been prepared for your signature(s). Please read the agreement carefully. We recommend that you review it with your attorney before signing.

You must advise us if you accept our offer of this foreclosure alternative within 14 days from the date of this notice. If you fail to do so, it will result in this offer of a foreclosure alternative being withdrawn. Please be aware that even if the effective date or initial payment date set forth is beyond the 14th day, we still must hear from you regarding your acceptance of the terms of this Agreement.

In accordance with the Agreement, your first new monthly payment will be due 12/01/2014 in the amount of $2,166.31. This payment includes $1,577.93 for the new principal and interest payment and $588.38 for the impound/escrow payment. Please note that the escrow payment amount is an estimate and is subject to change upon the finalization of the permanent modification. To make the loan adjustment effective, I must receive the signed Agreement by 11/27/2014.

It will take approximately 90 days for all of the changes associated with the modification to be completed. Until you receive a new statement reflecting the changes, please continue to make your new monthly payment by mail to:

M&T Bank
PO Box 62182,
Baltimore, MD 21264-2182

Sincerely,

*Kenya Belliveau*

Kenya Belliveau, Licensed Loan Originator
Bayview Loan Servicing, LLC
Phone Number: (877) 650-0140 Ext. 3729 Monday - Friday 8:30 a.m. - 8:00 p.m., ET
Fax Number:    (877) 360-9593
MLO License Number: 976245

AM028 V 1.6 Loan No.: 0091590554