**M&T Bank**

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| | |
|---|---|
| Account Number | |
| Payment Due Date | 02/01/15 |
| **Amount Due** | **$4,378.14** |

If payment received after 03/16/15, $78.90 late fee will be charged.

5-750-90321-0007161-002-1-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us



| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |



**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date:   02/24/15

## Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $519,647.96 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $558,647.96 |
| Escrow Balance | -$843.72 |
| Suspense Balance | $2,120.79 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $713.04 |
| Interest | +$864.89 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| **Total Amount Due 03/01/15** | **$4,378.14** |

## Important Messages

**Simplify your life – manage your M&T mortgage online.**
When you enroll in "My Mortgage Info", you'll be able to:
• View current loan information
• Receive notification when your payments are received and when escrow disbursements occur
• Get tax and mortgage interest information

Visit mtb.com/mymortgageinfo to enroll or call 1-800-724-2224 for more information.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $1,420.15 | $1,420.15 |
| Interest | $1,735.71 | $3,245.67 |
| Escrow (Taxes & Insurance) | $1,222.28 | $33,728.18 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | -$4,378.14 | $2,120.79 |
| **Total** | **$0.00** | **$49,402.29** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/12/15 | 12/14 | Payment | | $709.48 | $868.45 | $611.14 | | | -$4,378.14 | |
| 02/12/15 | 01/15 | Payment | | $710.67 | $867.26 | $611.14 | | | | |