**M&T Bank**

Case 0:17-cv-62305-UU Document 1-7 Entered on FLSD Docket 11/22/2017 Page 1 of 1

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

**Contact Us**

| | | |
|---|---|---|
|  | Customer Service: | 1-800-411-7627 |
| | Property Tax: | 1-866-406-0949 |
| | Property Insurance: | 1-888-882-1847 |
|  | Correspondence Address:<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | |
|  | www.mtb.com/mymortgageinfo | |

6-750-90270-0000119-001-1-000-000-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

Loan Number: ███
Statement Date: 02/23/15

### New Payment Information

| | |
|---|---:|
| Principal and/or Interest | 1,577.93 |
| Escrow Deposit | 567.25 |
| Prorated Escrow Shortage | 43.89 |
| Optional Insurance | 0.00 |
| Other | 0.00 |
| Less: Buydown/Assistance Payment | 0.00 |
| **New Payment Effective 12/01/14** | **2,189.07** |

Periodically, your escrow account is reviewed to ensure that sufficient funds will be available to pay escrow items when due. As tax and insurance amounts are subject to change each year, your monthly escrow deposit may also change. Your current monthly payment is $2,131.94 of which $1,577.93 is for principal and interest, $554.01 is deposited into your escrow account, and $0.00 is for other amounts such as optional insurance, shortage, replacement reserves, etc., that may be included with your regular mortgage payment.

### Anticipated Annual Disbursements

| | |
|---|---:|
| COUNTY TAX | 4,740.98 |
| **Total Disbursements** | **4,740.98** |

### Account Projections

Projections for coming year. The following summary shows anticipated activity in your escrow account for the next twelve months, which was used to calculate your payment above.

| Payment Due Month | Monthly Escrow Deposit | Scheduled Disbursement | Description | Projection Based On Current Balance | Projection Based On Required Balance |
|---|---:|---:|---|---:|---:|
| | | | Starting Balance | -2,066.00 | 567.25 |
| Dec 14 | 567.25 | | | -1,498.75 | 1,134.50 |
| Jan 15 | 567.25 | | | -931.50 | 1,701.75 |
| Feb 15 | 567.25 | | | -364.25 | 2,269.00 |
| Mar 15 | 567.25 | | | 203.00 | 2,836.25 |
| Apr 15 | 567.25 | | | 770.25 | 3,403.50 |
| May 15 | 567.25 | | | 1,337.50 | 3,970.75 |
| Jun 15 | 567.25 | | | 1,904.75 | 4,538.00 |
| Jul 15 | 567.25 | | | 2,472.00 | 5,105.25 |
| Aug 15 | 567.25 | | | 3,039.25 | 5,672.50 |
| Sep 15 | 567.25 | | | 3,606.50 | 6,239.75 |
| Oct 15 | 567.25 | | | 4,173.75 | 6,807.00 |
| Nov 15 | 567.25 | 4,740.98 | COUNTY TAX | 0.02 | 2,633.27 |

### Projected Escrow Balance Summary

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

The following breakdown reflects how your regular escrow payment amount is calculated:

| | |
|---|---:|
| Total scheduled disbursements: | $4,740.98 |
| divided by 12 monthly payments: | $567.25 |
| **Total escrow shortage** | **$2,633.25** |
| divided by 60 monthly payments: | $43.89 |
| **Total escrow payment:** | **$611.14** |

Note: The targeted lowest monthly balance may not be reached if a shortage is prorated and included as part of your monthly escrow payment. If you prefer, you may pay this shortage in full prior to the scheduled change. To do so, please remit the total shortage due in the form of a separate check with the coupon located at the bottom of this form. If your shortage is received and processed prior to the effective date of the analysis, we will adjust the escrow portion of your payment to $567.25 for a new total payment of $2,145.18.

### Escrow Requirements, New Mortgage Payment and Anticipated Annual Disbursements

Your lowest monthly balance for the next 12 months should reach $567.25, which equals a reserve of two months escrow deposit. In order to reach this low point, your required escrow balance after your 11/14 payment should be $567.25, whereas your actual escrow balance is -$2,066.00. The difference, $2,633.25, represents an escrow shortage and will be spread over the next 60 payments. **Based on these calculations for the coming year, your new payment amount effective 12/01/14 will be $2,189.07.**

750-4420-0115F - Escrow/Generic