**M&T Bank**
P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| | |
|---|---|
| Account Number | |
| Payment Due Date | 03/01/15 |
| **Amount Due** | **$2,189.07** |

*If payment received after 03/16/15, $78.90 late fee will be charged.*

6-750-90377-0008948-002-1-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

## Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |



**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date: 02/25/15

## Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $517,681.80 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $556,681.80 |
| Escrow Balance | $611.14 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $715.13 |
| Interest | +$862.80 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| **Total Amount Due 03/01/15** | **$2,189.07** |

## Important Messages

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019. It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $1,966.16 | $3,386.31 |
| Interest | $866.08 | $4,111.75 |
| Escrow (Taxes & Insurance) | $1,454.86 | $35,183.04 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | -$2,120.79 | $0.00 |
| **Total** | **$2,166.31** | **$51,568.60** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/25/15 | 02/15 | Partial Payment Received | $2,166.31 | | | | | | $2,166.31 | |
| 02/25/15 | 02/15 | Payment | | | | | | | -$4,287.10 | |
| 02/25/15 | 02/15 | Payment | $3,032.79 | $711.85 | $866.08 | $1,454.86 | | | | |
| 02/25/15 | 03/15 | Principal Payment | $1,254.31 | $1,254.31 | | | | | | |