

**M&T Bank**

Understanding what's important®

May 29, 2015



5-750-94249-0000493-001-1-000-000-000-000
John Civetti
Donna Finkel
810  N Victoria Park Rd
Fort Lauderdale, FL 33304

Re:    Mortgage No. ▮▮▮▮▮▮▮▮

Dear Mortgage Customer(s):

I am writing to you with regard to your mortgage account listed above.

I have tried to contact you by phone, but was unsuccessful.  I understand you did not receive billing statements for 11/2014, 12/2014, and 1/2015.  Please be advised, your loan was under modification during this time period and had a stop placed on it; as such, no statements were generated for the three aforementioned months.  Your billing statements resumed generating as of 3/3/15.

If you have additional questions regarding your mortgage, please call our Customer Service Department at 1-800-724-2224.

We appreciate the opportunity to serve you.

Sincerely,


April Marinelli
Mortgage Customer Support Rep
Retail Loan Servicing


CS100

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.