*Donna Finkel*  
*John Civetti*

---

<u>July 15, 2015</u>

**M&T Bank**
P.O. Box 62986
Baltimore, MD 21264-2986

Bayview Loan Servicing, LLC
Attn: Customer Support
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables, FL 33146
Sent via Cert Mail

      <u>Attn</u>:   *Notice of Error & Request for Information*

      <u>Re</u>:   **Qualified Written Request – <u>Notice of Error</u> *12 C.F.R. § 1024.35***

             Mortgage Loan #:    ▉▉▉▉▉▉▉
             <u>*Property Owner(s)*</u>:   *John Civetti and Donna Finkel*
             <u>*Property Address*</u>:   *810 Victoria Park Road*
                                         *Ft Lauderdale, FL 33304*

Pursuant to the Real Estate Settlement Procedures Act (RESPA); 12 U.S.C. § 2605(e)(2) and its implementing regulations, Regulation X – 12 C.F.R. § 1024.35 this is a "Notice of Error" and Request for Information in regard to the servicing of the Mortgage Loan referenced above.

You have committed a servicing error by not providing bank statements for the months of November 2014, December 2015 and January 2015. Furthermore, you are creating additional servicing errors by considering the subject loan payments late as all payments have been made on time or in advance. The subject Trial Modification began September 1, 2014 and continued through November, 2014 as indicated by the Trial Modification Letter. The borrowers have made payments for the following months on or before the first of the month.

Payment Due:
September 1, 2014    Confirmation No.    1591228
October 1, 2014       Confirmation No.    1633822
November 1, 2014    Confirmation No.    1076356
\*\*\*\*\*\*\*\*\*\*\*
December 1, 2014    Check No.    1582
January 1, 2015      Check No.    1586
February 1, 2015    Check No.    1589

| | | |
|---|---|---|
| March 1, 2015 | Check No. | 1592 |
| April 1, 2015 | Check No. | 1593 |
| May 1, 2015 | Check No. | 1594 |
| June 1, 2015 | Check No. | 1746 |
| July 1, 2015 | Check No. | 1747 |

As shown above all payments have been made on time, however the statements account payments as late and past. Additionally, you sent a letter referencing the Trial Modification as occurring in November 2014 – January 2015; however, the completely contradicts the Trial Modification Letter and the Permanent Modification Letter.

As a result you have committed the following service errors: wrongful late charges, wrongful reporting late payments, error in accounting. We ask that you correct these errors and correctly reflect the accounting as paid on time and current and remove any late charges and/or other charges accounted in error.

Moreover, due to the error in accounting, and the failure to provide statements as referenced above, there are charges or amounts added as owing in this account not explained. Specifically, prior to the Trial Modification, an accounting was provided. However after the Permanent Modification different amount for principal was provided without any accounting or explanation provided for the difference. This is an error in servicing. We request a full accounting be provided or these additional amounts added onto the loan be removed.

Sincerely,


Donna Finkel                                           John Civetti