

**M&T Bank**
Understanding what's important®

August 28, 2015



1-750-98378-0000536-001-1-000-000-000-000
John Civetti
Donna Finkel
810  N Victoria Park Rd
Fort Lauderdale, FL 33304

Re:    Mortgage No. ▮▮▮▮▮▮▮

Dear Mortgagor(s):

You currently have unapplied funds in the amount of $ 2,098.03 associated with your account. Your loan is due for 08-01-15.

To have the funds applied toward the next payment due of $ 2,189.07, please remit the balance of $ 91.04 and send the enclosed coupon to:

    M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182

Please be advised that any unapplied funds will not be applied to outstanding fees, escrow, or additional principal until your loan has been brought current.

If you are in bankruptcy or received a bankruptcy discharge of debt, this communication is not an attempt to collect the debt against you personally, but strictly for informational purposes only.

If you have any questions regarding your mortgage, please call our Customer Service Department at 716-626-7010 or 1-800-724-2224. We appreciate the opportunity to serve you.

Andrenee Smith
Payment Processing Manager        MT083
Residential Mortgages
--------------------------------------------------------------------------
Please cut along dotted line and return this portion along with your payment.


M&T Bank                          John Civetti
P.O. Box 62182                    Donna Finkel
Baltimore, MD 21264-2182          810  N Victoria Park Rd
                                  Fort Lauderdale, FL 33304

Re: Loan No. 0091590554 -- Unapplied Funds Application Request
___ Check enclosed for $ 91.04 (remaining balance due)

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose.


P.O. Box 1288, Buffalo, NY 14240,  716-626-7010  800-724-2224
*Mortgage account information, just a click away.*  www.mtb.com

 P.O. Box 619063
Dallas, TX 76261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

Account Number 



7-750-98348-0007246-002-2-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

## Additional Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/15 | 05/15 | Transaction Reversal | | -$717.51 | -$860.42 | -$611.14 | | | $2,189.07 | |
| 08/21/15 | 04/15 | Transaction Reversal | | -$716.32 | -$861.61 | -$611.14 | | | $2,189.07 | |
| 08/21/15 | 03/15 | Transaction Reversal | | -$715.13 | -$862.80 | -$611.14 | | | $2,189.07 | |
| 08/21/15 | 03/15 | Transaction Reversal | | -$1,254.31 | | | | | | |
| 08/21/15 | 03/15 | Transaction Reversal | | | | | | | $1,254.31 | |
| 08/21/15 | 02/15 | Transaction Reversal | | -$711.85 | -$866.08 | -$1,454.86 | | | $3,032.79 | |

### Are you prepared if your Payment goes up?

Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account!

To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

**Simplify your life – manage your M&T mortgage online.**

When you enroll in "My Mortgage Info", you'll be able to:
- View current loan information
- Receive notification when your payments are received and when escrow disbursements occur
- Get tax and mortgage interest information

Visit mtb.com/mymortgageinfo to enroll or call 1-800-724-2224 for more information.

**Convenient Payment Options For You**
- **Automatic Deduction:** Choose a monthly payment date from the 1st to 10th… never worry about mailing a check again! Call 1-800-724-2224 today.
- **Pay-by-Phone:** Make a fast, same-day payment! Simply call 1-800-724-2224 for personal assistance, or use our Automated Speedpay Service directly at 1-866-241-6014 and make your payment for a nominal fee.
- **Online Payments:** For details, visit www.mtb.com/mymortgageinfo or call 1-800-724-2224.
- **Branch Payments:** Make a payment anytime at an M&T Bank branch. To find the branch nearest you visit www.mtb.com or call 1-800-724-2224.
- **Western Union's Quick Collect:** This same-day service is available for a minimal fee. Call 1-800-724-1633 to find the Western Union location nearest you. Then, complete the Quick Collect form with your loan number and the city code: Trust.NY

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

7-750-98348-0007246-002-1-000-010-000-000


JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

# Mortgage Statement

| Account Number | |
| --- | --- |
| Payment Due Date | 08/01/15 |
| **Amount Due** | **$4,378.14** |

If payment received after 09/16/15, $78.90 late fee will be charged.

## Contact Us

| General Customer Service: | 1-800-724-2224 |
| --- | --- |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date:    08/27/15

## Account Information

| | |
| --- | --- |
| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $515,359.02 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $554,359.02 |
| Escrow Balance | $2,823.12 |
| Suspense Balance | $2,098.03 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
| --- | --- |
| Principal | $720.20 |
| Interest | +$857.73 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| **Total Amount Due 09/01/15** | **$4,378.14** |

** including any fees/charges imposed since last statement totaling -$315.60

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:
1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
| --- | --- | --- |
| Principal | -$1,264.80 | $5,709.09 |
| Interest | $10.49 | $8,424.31 |
| Escrow (Taxes & Insurance) | -$843.72 | $37,395.02 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $2,098.03 | $2,098.03 |
| **Total** | **$0.00** | **$62,513.95** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02/25/15 | 02/15 | Payment | | $711.85 | $866.08 | $611.14 | | | -$2,189.07 | |
| 03/16/15 | 03/15 | Payment | | $713.04 | $864.89 | $611.14 | | | -$2,189.07 | |
| 04/27/15 | 04/15 | Payment | | $714.22 | $863.71 | $611.14 | | | -$2,189.07 | |
| 05/18/15 | 05/15 | Payment | | $715.42 | $862.51 | $611.14 | | | -$2,189.07 | |
| 06/22/15 | 06/15 | Payment | | $716.61 | $861.32 | $611.14 | | | -$2,189.07 | |
| 07/27/15 | 07/15 | Payment | | $717.80 | $860.13 | $611.14 | | | -$2,189.07 | |
| 08/21/15 | 08/15 | Late Fee Waived | | | | | | | | $315.60 |
| 08/21/15 | 07/15 | Transaction Reversal | | -$719.91 | -$858.02 | -$611.14 | | | $2,189.07 | |
| 08/21/15 | 06/15 | Transaction Reversal | | -$718.71 | -$859.22 | -$611.14 | | | $2,189.07 | |

(Continued on next page.)

---

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

0091590554  0218907  0226797



M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

## AMOUNT DUE

| | | |
| --- | --- | --- |
| Amount due | | $4,378.14 |
| If received after | 09/16/15 | $4,457.04 |

Please designate how you want us to apply any additional funds.

| | |
| --- | --- |
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

⑆5730⑈00001⑇