*Donna Finkel*
*John Civetti*

---

September 9, 2015

**M&T Bank**
P.O. Box 62986
Baltimore, MD 21264-2986
Attn:   *Notice of Error &*
        *Request for Information*

Cert Mail # *7015 1520 0000 0946 4572*

Re:     **Qualified Written Request – Notice of Error _12 C.F.R. § 1024.35_**

Mortgage Loan #: ███████

*Property Owner(s):*   John Civetti and Donna Finkel
*Property Address:*    810 Victoria Park Road
                       Ft Lauderdale, FL 33304

Pursuant to the Real Estate Settlement Procedures Act (RESPA); 12 U.S.C. § 2605(e)(2) and its implementing regulations, Regulation X – 12 C.F.R. § 1024.35 this is a "Notice of Error" and Request for Information in regard to the servicing of the Mortgage Loan referenced above.

As previously shown in July, all payments have been made on time, however you recently sent a letter advising I am past due and have late charges. See attached for your reference. Despite Bayview acknowledging you made an error and also committing to resolving the error and credit all past due amounts and correct all credit reporting, you continue to attempt to collect late charges. As a result you have committed the following service errors: wrongful late charges, wrongful reporting late payments, error in accounting. We ask that you correct these errors and correctly reflect the accounting as paid on time and current and remove any late charges and/or other charges accounted in error. We have called and written regarding this error, yet you fail to make the corrections as required under RESPA

As such you have established a practice and pattern of committing errors on our loan. This continues to cause us emotional stress and physical stress due to the possible repercussions of your wrongfully considering our loan late and not paid to date.

Sincerely,

Donna Finkel

John Civetti



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

BALTIMORE MD 21264

| Certified Mail Fee | $3.45 | |
|---|---|---|
| $ | | 0250 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ | $0.00 | Here |
| ☐ Adult Signature Required $ | N/A | |
| ☐ Adult Signature Restricted Delivery $ | N/A | |
| Postage | $0.49 | 09/05/2015 |
| $ | | |
| Total Postage and Fees | $3.94 | |
| $ | | |

SEP 5 2015

Sent To *Met Bank*

Street and Apt. No., or PO Box No. *P.O. Box 62986*

City, State, ZIP+4® *Baltimore, MD 21264-2986*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1520 0000 0946 4572