**BAYVIEW** LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

September 25, 2015

John Civetti
Donna Finkel
810 North Victoria Park Road
Fort Lauderdale, FL 33304

Case Number: 1105346
Loan Number: ███████

Property Address: 810 North Victoria Park Road
Fort Lauderdale, FL 33304

Dear Mr. Civetti and Ms. Finkel:

The Customer Support Department at Bayview Loan Servicing, LLC ("BLS"), acting as agent for M&T Bank ("M&T"), has reviewed the correspondence received in our office on September 9, 2015. The correspondence requested that BLS waive late charges assessed to this account.

BLS has removed all corporate advances detailed in the correspondence mailed to you on August 21, 2015. Late charges assessed to this loan have also been removed.

At this time, this loan is due for September 1, 2015.

BLS apologizes for the inconvenience this may have caused.

We have enclosed all supporting documentation used to complete the review on your account. You are entitled to request additional documentation regarding your inquiry. If you wish to do so, please submit your request to our Customer Support Department via fax at 305-631-5660. Alternatively, you may submit your request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.

If you have any further questions or concerns, the Escalations Department may be reached by the methods listed below.

Bayview Loan Servicing, LLC, Customer Support,
4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146

The following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146

Sincerely,

Jonathan Rojas
Bayview Loan Servicing, LLC
Customer Support Department
Phone Number: (877) 691-1974
Monday – Friday 9:00 a.m. – 5:00 p.m., Eastern
Fax Number: (877) 429-0538

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146