
**M&T** Bank
Understanding what's important®

September 18, 2015


8-750-00387-0000539-001-1-000-000-000-000
John Civetti
Donna Finkel
810  N Victoria Park Rd
Fort Lauderdale, FL 33304

Re:   Mortgage No. ▇▇▇▇▇▇

Dear Mortgage Customer(s):

I am writing to you with regard to your mortgage account listed above.

I have tried to contact you by phone, but was unsuccessful in reaching you. Please be advised, we have received your correspondence on 9/3/15 in regards to the late charges on your account not being removed as you were previously advised by Bayview Loan Servicing.  Please be advised, as of 8/21/15, all the late charges on your account were removed; however, on 9/16/15 a late charge of $78.90 was assessed due to no payment being received for 9/1/15.  If you would like to dispute this late charge, please provide proof of the payment in the form of a bank statement, or front and back copy of the cancelled check.  Please send the documentation via fax to 866-409-4642 or by mail to the address below.

If you have additional questions regarding your mortgage, please call our Customer Service Department at 1-800-724-2224.

We appreciate the opportunity to serve you.

Sincerely,

April Marinelli
Mortgage Customer Support Rep
Retail Loan Servicing

CS100

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

750-2044-0115F

P.O. Box 1288, Buffalo, NY 14240,  716-626-7010  800-724-2224
Mortgage account information, just a click away.  www.mtb.com

PAGE 2/7 * RCVD AT 9/25/2015 9:32:04 AM [Eastern Daylight Time] * SVR:FLYING/13 * DNIS:6705 * CSID: * DURATION (mm-ss):03-14