## Loan Activity - Collection Contacts 12/1/2014 - 7/26/2016

738 - M & T BANK

**Loan Number:** ▮▮▮▮▮▮▮▮  **Borrower Name:** CIVETTI, JOHN

```
Date:                    12/02/2015
Time:                    14:24:00
User:                         JPB
SEE MEM1 FOR NOR INFO*****DO NOT
CONTACT THE CUSTOMER*******
```

**11/16/15 NOTICE   DELINQUENT (P-198)**

```
Collection Note
Date:                    11/16/2015
User:                          ***
NOTICE DELINQUENT (P-198)
```

**10/16/15 NOTICE   DELINQUENT (P-198)**

```
Collection Note
Date:                    10/16/2015
User:                          ***
NOTICE DELINQUENT (P-198)
```

**09/25/15 VRFD-SSN/ADD GAVE MINI/PRIV   PROPERTY OCCUPIED**

```
Collection Note
Date:                    09/25/2015
Time:                    08:56:00
User:                          ELN
VRFD-SSN/ADD GAVE MINI/PRIV
PROPERTY OCCUPIED
```

**09/25/15 MORT CALLED   MORT/COMORT HUNGUP INCOME CURTAILMENT**

```
Collection Note
Date:                    09/25/2015
Time:                    08:56:00
User:                          ELN
MORT CALLED MORT/COMORT
HUNGUPINCOME CURTAILMENT
```

**09/25/15 MRS REC'D LETTER FROM M&T BK STATING SHE WAS DUE 4**

```
Collection Note
Date:                    09/25/2015
Time:                    08:56:00
User:                          ELN
MRS REC'D LETTER FROM M&T BK
STATING SHE WAS DUE 4 SEPT. SHE
CLAIMS SHE IS CURRENT, BUT THE CK
REC'D WAS FOR AUGUST PYMT. SHE H/U
WHILE CONTACTING CS.
```

**09/25/15 DELQ STAT =   REASON FOR DELQ = 006**

```
Collection Note
Date:                    09/25/2015
Time:                    08:56:28
User:                          ELN
DELQ STAT = REASON FOR DELQ = 006
```