**M&T Bank**
Understanding what's important®

October 09, 2015


5-750-01390-0000586-001-1-000-000-000-000
John Civetti
Donna Finkel
810  N Victoria Park Rd
Fort Lauderdale, FL 33304

Re:    Mortgage No. ▮▮▮▮▮▮▮

Dear Mortgage Customer(s):

I am writing to you with regard to your mortgage account listed above.

We have received the correspondence, on 9/25/15, referencing the assessment of the late charge. The late charge in the amount of $78.90 was waived on 9/22/15. We have confirmed that check number 1750 was received on 8/31/15 and applied towards the 8/1/15 payment. Additional funds, in the amount of $2,098.03, which were held in your unapplied funds account, were applied on 9/3/15 to the principal balance. On 9/28/15, a payment in the amount of $2,189.07 was applied to satisfy the 9/1/15 payment and an additional $1,000.00 was applied to the principal balance. If your intention was to have the $2,098.03 and $1,000.00 used towards the 10/1/15 payment, please contact us at the phone number below.

If you have additional questions regarding your mortgage, please call our Customer Service Department at 1-800-724-2224.

We appreciate the opportunity to serve you.

Sincerely,


RENEE' ALEXANDER
MORTGAGE CUSTOMER SUPPORT REP
RETAIL LOAN SERVICING

CS100

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

P.O. Box 1288, Buffalo, NY 14240   716-626-7010   800-724-2224
Mortgage account information, just a click away.   www.mtb.com