11/03/2015

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986

**Re: Request for Information**
  Donna Finkel
  John Civetti
  810 N. Victoria Park RD
  Ft. Lauderdale, Fl 33304

**Certified Mail**: 7015 0640 0002 6882 9316

Loan #: ▬▬▬▬▬▬

To Whom It May Concern:

Please be advised New Regs Research Group LLC, is a nonlawyer designated Third-Party Agent for Donna Finkel and John Civetti with respect to the mortgage loan you are servicing on the property located at 810 N. Victoria Park RD, Ft. Lauderdale, Fl 33304. Our client has authorized the sending of this request on their behalf (see authorization attached).

Please provide the following information:

- The name, address, telephone number, website, email address and or any other information which identifies the alleged Owner(s) and Assignee(s) for the above referenced mortgage loan (Loan Owner).

- Copies of any and all notices or disclosures for any mortgage servicing transfers.

- Copies of any and all notices of the mortgage loan sale also known as, ownership transfers for the referenced loan to any Creditor, Investor and or Owner.

- Provide a list of all loss mitigation options the investor or assignee participates in.

- Please list any loss mitigation options the investor or assignee participates in as a result of any government and or investor settlement such as the Department of Justice settlement.

Please provide a timely response and copies of any documents you relied upon for your response to this request for information within 15 days of your response. Kindly conduct a reasonable investigation with regard to this matter. <u>Please send and address all forms of correspondence and communication to:</u>

New Regs Research Group, LLC
2350 North University Drive  # 8305
Pembroke Pines, Florida 33024

Very Truly Yours,

*[signature]*   11/03/2015

New Regs Research Group, LLC   11/03/2015