11/03/2015

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986

Re: Request for Information
Donna Finkel
John Civetti
810 N. Victoria Park RD
Ft. Lauderdale, Fl 33304

Certified Mail: 7015 0640 0002 6882 9323

Loan #: 

To Whom It May Concern:

Please be advised New Regs Research Group LLC, is a nonlawyer designated Third-Party Agent for Donna Finkel and John Civetti with respect to the mortgage loan you are servicing on the property located at 810 N. Victoria Park Rd Ft. Lauderdale, Florida 33304. The alleged borrower has authorized the sending of this request on their behalf (see authorization attached).

Please provide the following information:

► A full and complete copy and or statement of any premiums and or fees assessed to the above referenced mortgage loan account for any forced-placed insurance.

► Please provide a copy of the current insurance policy as well.

► Any call notes and or call logs related to communication with the alleged borrower about the above referenced mortgage loan.

► Provide a record of all property taxes that have been paid by the Servicer and the next due date for property taxes due to prevent and or avoid the borrower from being delinquent.

Thank you for taking the time to respond to this request and please send and address all forms of communication with:

New Regs Research Group, LLC
2350 N. University Drive  # 8305
Pembroke Pines, Florida 33024

Very truly yours,

New Regs Research Group, LLC   11/03/2015