11/03/2015

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986

Re: Request for Information
   Donna Finkel
   John Civetti
   810 N. Victoria Park RD
   Ft. Lauderdale, Fl 33304

Certified Mail: 7015 0640 0002 6882 9330

## Loan #:

To Whom It May Concern:

Please be advised New Regs Research Group LLC, is a designated nonlawyer Third-Party Agent for Donna Finkel and John Civetti with respect to the mortgage loan you are servicing on the property located at 810 N. Victoria Park Rd Ft. Lauderdale, Florida 33304. The alleged borrower has authorized the sending of this request on their behalf (see authorization attached).

## Please provide the following information:

▶The alleged date of default above referenced loan.

▶An accurate and current statement of the total outstanding balance and or the "pay-off" amount required to pay the above referenced mortgage loan in full.

▶A copy of the last Periodic Statement mailed regarding this mortgage loan.

▶A list of which credit bureaus have been notified to the above reference mortgage loan. In addition, please provide any information associated to these reporting events.

Thank you for taking the time to respond to this request. Please send and address all forms of communication with:

New Regs Research Group, LLC
2350 N. University Drive  # 8305
Pembroke Pines, Florida 33024

Very truly yours,

New Regs Research Group, LLC          11/03/2015