11/19/2015

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986

**Re: Notice of Error/Request for Information**
    Donna Finkel
    John Civetti
    810 N. Victoria Park RD
    Ft. Lauderdale, Fl 33304

Certified Mail: 7015 0640 0002 9453

Loan #: _____

To Whom It May Concern:

Please be advised New Regs Research Group LLC, is a nonlawyer designated Third-Party Agent for Donna Finkel and John Civetti with respect to the mortgage loan you are servicing on the property located at 810 N. Victoria Park RD, Ft. Lauderdale, Fl 33304. Our client has authorized the sending of this Notice of Error and Request for Information on their behalf.

**Please provide the following information:**

▶ On the October 29th Statement, M&T is charging a late fee in the amount of $78.90. All payments have been made on time and this late fee is an error. Please correct this error and explain why this error took place?



Please provide a timely response and copies of any documents you relied upon for your

response to this notice of error and request for information within 15 days of your response. Kindly conduct a reasonable investigation with regard to this matter. <u>Please send and address all forms of correspondence and communication to:</u>

**New Regs Research Group, LLC**
2350 North University Drive   # 8305
Pembroke Pines, Florida 33024

Very Truly Yours,

_(signature)_

New Regs Research Group, LLC   11/19/2015