11/16/2015

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986

**Re: Notice of Error/Request for Information**
    **Certified Mail: 7015 0640 0002 8470**
    **ID# DF1116E**
    Donna Finkel
    John Civetti
    810 N. Victoria Park RD
    Ft. Lauderdale, Fl 33304

**Loan #:**

To Whom It May Concern:

Please be advised New Regs Research Group LLC, is a nonlawyer designated Third-Party Agent for Donna Finkel and John Civetti with respect to the mortgage loan you are servicing on the property located at 810 N. Victoria Park RD, Ft. Lauderdale, Fl 33304. Our client has authorized the sending of this Notice of Error and Request for Information on their behalf.

**Please reference ID# DF1116E in your response:**

M&T Bank received several Requests for Information on or about Friday November 6, 2015. M&T Bank did not acknowledge receipt of such by notifying the borrower in writing within 5 business days (excluding legal public holidays, Saturdays and Sundays). M&T Bank was specifically asked to respond to the address directly below. We are once again furnishing the same address for all forms of correspondence and communication.

**Please provide a timely response and copies of any documents you relied upon for your response to this notice of error and request for information within 15 days of your response. Kindly conduct a reasonable investigation with regard to this matter.  <u>Please send and address all forms of correspondence and communication to:</u>**

**New Regs Research Group, LLC**
2350 North University Drive  # 8305
Pembroke Pines, Florida 33024

Very Truly Yours,

_____
New Regs Research Group, LLC    11/16/2015

11/16/2015