11/24/2015

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986



**Re: Notice of Error**
   Certified Mail: 7015 0640 0002 8623
   **ID# DF1124E1**
   Donna Finkel
   John Civetti
   810 N. Victoria Park RD
   Ft. Lauderdale, Fl 33304

Loan #: ▮▮▮▮▮▮▮▮

To Whom It May Concern:

Please be advised New Regs Research Group LLC, is a nonlawyer designated Third-Party Agent for Donna Finkel and John Civetti with respect to the mortgage loan you are servicing on the property located at 810 N. Victoria Park RD, Ft. Lauderdale, Fl 33304. Our client has authorized the sending of this Notice of Error on their behalf.

**Please reference ID# DF1124E1 in your response:**

M&T Bank sent a Mortgage Statement dated 11/16/2015. On this statement, M&T Bank requests an amount due for the above referenced loan of $4,550.94. On this statement M&T Bank also references a late charge of $157.80 and a Return Item Fee of $15.00. M&T Bank has committed an error related to these 3 items. Please correct these errors.

As you are aware, Donna Finkelstein and John Civetti do not consent to direct communication with M&T Bank or any third parties doing business with M&T Bank while New Regs Research Group, LLC is acting as her designated Third-Party Agent. Please provide a timely response and copies of any documents you relied upon for your determination to this notice of error within 15 days of your response. Kindly conduct a reasonable investigation with regard to this matter. Please send and address all forms of correspondence and communication to:

**New Regs Research Group, LLC**
2350 North University Drive  # 8305
Pembroke Pines, Florida 33024

Very Truly Yours,

New Regs Research Group, LLC    11/24/2015