**M&T** Bank



RECEIVED
NOV 2 8 2015
By _____ DW

November 5, 2015

New Regs Research Group, LLC
2350 N. University Drive #8305
Pembroke Pines, FL 33024

Re:   Mortgagor(s):         John Civetti
                            Donna Finkel

      Mortgage No.:
      Property Address:     810 N. Victoria Park Road
                            Fort Lauderdale, FL 33304

Dear New Regs Research Group, LLC,

M&T Bank ("M&T") acknowledges receipt of 4 pieces of correspondence, dated November 3, 2015, regarding a request for information.

In response to the information requested, I have enclosed:

1. The available Assignment of Mortgage
2. Servicing Disclosure Statement
3. M&T Bank Welcome Letter
4. Servicing Notes (2/2014 – Present)
5. 7/2009 – Present Payment History
6. 11/16/15 Billing Statement
7. Payoff Statement

Please be advised, the owner of your client's loan is Freddie Mac (8200 Jones Branch Drive, McLean, VA 22102) 1-800-373-3343. The master servicer is Bayview Loan Servicing (4425 Ponce De Leon Blvd., Coral Gables, FL 33146) 1-800-457-5105. The day to day servicer of the loan is M&T Bank (One M&T Plaza, Buffalo NY 14203) 1-800-724-2224.

Upon further review of the payment history, the account delinquency being with the December 2010 payment. Please refer to the enclosed payment history for further review. As such, any delinquencies have been reported to all major credit bureaus (Transunion, Equifax, Experian and CBCInnovis).

Please note your correspondence requests a copy of your client's Insurance policy. Please contact your client's insurance company, Citizens Property Insurance, directly at 1-888-685-1555 to obtain a copy. At this time, M&T Bank has not issued Lender Placed Insurance (LPI).

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose.

M&T Bank

In regards to loss mitigation information or if you find you have any specific questions related to the servicing of the above-referenced account after reviewing the information provided, you may contact the M&T Bank Homeowner's Assistance Department at phone number 1-800-724-1633.

If you find you have any specific questions related to the servicing of the above-referenced account after reviewing the information provided, please feel free to call me directly at 1-800-724-2224, extension 7652, Monday through Friday between the hours of 8:30 a.m. to 5:00 p.m. ET.

Sincerely,

Megan Whitman
Mortgage Customer Support
Retail Loan Servicing

Enclosures

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose.