12/01/2015

M&T Bank
P.O. Box 62986
Baltimore, MD 21264-2986

**Re: Notice of Error**
   Certified Mail: 7015 0640 0002 8753
   ID# DF1201E
   Donna Finkel
   John Civetti
   810 N. Victoria Park RD
   Ft. Lauderdale, Fl 33304

Loan #

To Whom It May Concern:

Please be advised New Regs Research Group LLC, is a nonlawyer designated Third-Party Agent for Donna Finkel and John Civetti with respect to the mortgage loan you are servicing on the property located at 810 N. Victoria Park RD, Ft. Lauderdale, Fl 33304. Our client has authorized the sending of this Notice of Error on their behalf (see enclosed).

**Please reference ID# DF1201E in your response:**

On or about July 20th 2015 M&T Bank received a Notice of Error highlighting numerous errors regarding late charges for payments that had been made on time. On July 24th, 2015 Bayview Loan Servicing, LLC sent a letter acknowledging receipt of the July 24th, 2015 Notice of Error. On August 21st, 2015 Bayview Loan Servicing, LLC acknowledged these errors and expressed that "adjustments" were being made to rectify these issues. On November 5th, 2015 M&T Bank provided a payment history for the above referenced account as part of its correspondence. M&T Bank has not only failed to correct the previous errors brought to its attention related to late charges but it has continued the pattern and practice of charging late fees in error, month after month. Examples of such practices include but are not limited to:

1. Check # 1750 cashed by M&T Bank on 08/31/2015 for the September 2015 payment (late fee charged)
2. Check # 1751 cashed by M&T Bank on 09/28/2015 for the October 2015 payment (late fee charged)
3. Check # 1752 cashed by M&T Bank on 10/28/2015 for the November 2015 payment (late fee charged)

As you are aware, Donna Finkel and John Civetti do not consent to direct communication with M&T Bank or any third parties doing business with M&T Bank while New Regs Research Group, LLC is acting as her designated Third-Party Agent. Please provide a timely response and copies of any documents you relied upon for your determination to this notice of error within 15 days of your response. Kindly conduct a reasonable investigation with regard to this matter. <u>Please send and address all forms of correspondence and communication to:</u>

**New Regs Research Group, LLC**
2350 North University Drive  # 8305
Pembroke Pines, Florida 33024

Very Truly Yours,

_____   12/01/2015
New Regs Research Group, LLC   12/01/2015