**Donna Finkel**
c/o J & M Advocacy Group LLC
Presidential Circle
4000 Hollywood Blvd., Ste. 435 S
Hollywood, Florida 33021

February 5, 2016

Experian
P.O. Box 2104
Allen, TX 75013-2104

TransUnion
P.O. Box 2000
Chester, PA 19022

Cc: M&T Bank

Equifax Credit Information Services, Inc.
P.O. Box 740241
Atlanta, GA 30374

CSC Credit Services
P.O. Box 981221
El Paso, TX 79998-1221

Cc Bayview Loan Servicing, LLC

To Whom it May Concern

## CORRECT YOUR INACCURATE CREDIT REPORT INFORMATION ABOUT ME

Attached is a copy of my driver's license and other documentation to prove my identity. I have also listed my other identifying information below to assist you in identifying my credit report properly.**



My Full Legal Name: Donna Finkel
My Date of Birth:
My Social Security No.:
My Street Address: 810 N. Victoria Park Road
My City, State & Zip: Fort Lauderdale, Florida 33304
My Day & Eve Phone:

**\* Please do not contact me, contact my counsel and staff listed in the authorization herein.**
The following items on my credit report are inaccurate. Please make the following corrections to my consumer credit report immediately and then send me a copy of the corrected consumer credit report:

Name: Donna Finkel
Social Security Number: 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

## INCORRECT CREDITOR ACCOUNT INFORMATION

The following Creditor Account information listed on my credit report is incorrect:

| Creditor Name | Account # | Consumer Statement | Correction Required or Action Requested |
|---|---|---|---|
| | | By Contract entered into on November 2014, the Parties entered into a loan modification agreement acknowledging I made all required payments from August 2014 Trial Payments and am considered paying as agreed. Each and all payments have been paid in full and I am current for the mortgage loan. The delinquency report should be removed immediately. I am being unfairly victimized by this Creditor because of this inaccurate credit information. A letter is attached where the Creditor acknowledges I am paying as agreed and considered current and that they would correct the credit reporting. | Immediately report this account as current and paying as agreed on my credit report. If you do not immediately correct, please include a 100 word statement in my credit report of all of the dispute information contained in this letter regarding this account. |

Thank you and I look forward to your immediate reply.

Sincerely,

Donna Finkel

Name: Donna Finkel
Social Security Number: ▓▓▓▓▓▓▓▓

## Third Party Authorization

I/We hereby authorize M & T Bank, Bayview Loan Servicing, LLC, Experian, Equifax Credit Information Services, Inc., TransUnion, and CSC Credit Services to discuss with our Third-Party Designated Agents (hereinafter, "Agents") listed below, any and all details regarding the above referenced account, including but not limited to all credit reporting information. I/we further authorize our Agents to submit on our behalf any requests for correction to our credit report and copies of credit report related to these requests.

I/we understand that I will be fully responsible for reviewing any information that is sent by Fay Servicing, LLC to my Agents listed below. This Authorization will remain effective until I/we notify Fay Servicing, LLC's Qualified Written Request department in writing that this Authorization is of no further force and effect.

J & M Advocacy Group, LLC
*Katelyn Huff, Jessica Kerr, Esquire, Christine Fennel, Joanne LeCourt*
(954) 962-1166; Fax: 954-962-1779

***** Please send all correspondence to: *****

c/o J & M Advocacy Group, LLC

Presidential Circle
4000 Hollywood Boulevard
Suite # 435 South
Hollywood, Florida 33021

Donna Finkel, February 5, 2016

Name: Donna Finkel
Social Security Number: 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

John P. Civetti
c/o J & M Advocacy Group LLC
Presidential Circle
4000 Hollywood Blvd., Ste. 435 S
Hollywood, Florida 33021

February 5, 2016

Experian
P.O. Box 2104
Allen, TX 75013-2104

TransUnion
P.O. Box 2000
Chester, PA 19022

Cc: M&T Bank

Equifax Credit Information Services, Inc.
P.O. Box 740241
Atlanta, GA 30374

CSC Credit Services
P.O. Box 981221
El Paso, TX 79998-1221

Cc: Bayview Loan Servicing, LLC

To Whom it May Concern:

## CORRECT YOUR INACCURATE CREDIT REPORT INFORMATION ABOUT ME

Attached is a copy of my driver's license and other documentation to prove my identity. I have also listed my other identifying information below to assist you in identifying my credit report properly.**



| | |
|---|---|
| My Full Legal Name: | John Paul Civetti |
| My Date of Birth: | |
| My Social Security No.: | |
| My Street Address: | 810 N. Victoria Park Road |
| My City, State & Zip: | Fort Lauderdale, Florida 33304 |
| My Day & Eve Phone: | |

**\* Please do not contact me, contact my counsel and staff listed in the authorization herein.**
The following items on my credit report are inaccurate. Please make the following corrections to my consumer credit report immediately and then send me a copy of the corrected consumer credit report:

Name: John P Civetti
Social Security Number: 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

## INCORRECT CREDITOR ACCOUNT INFORMATION

The following Creditor Account information listed on my credit report is incorrect:

| Creditor Name | Account # | Consumer Statement | Correction Required or Action Requested |
|---|---|---|---|
| | | By Contract entered into on November 2014, the Parties entered into a loan modification agreement acknowledging I made all required payments from August 2014 Trial Payments and am considered paying as agreed. Each and all payments have been paid in full and I am current for the mortgage loan. The delinquency report should be removed immediately. I am being unfairly victimized by this Creditor because of this inaccurate credit information. A letter is attached where the Creditor acknowledges I am paying as agreed and considered current and that they would correct the credit reporting. | Immediately report this account as current and paying as agreed on my credit report. If you do not immediately correct, please include a 100 word statement in my credit report of all of the dispute information contained in this letter regarding this account. |

Thank you and I look forward to your immediate reply.

Sincerely,

John P. Civetti

Page | 2

Name: John P. Civetti
Social Security Number:

## Third Party Authorization

I/We hereby authorize M & T Bank, Bayview Loan Servicing, LLC, Experian, Equifax Credit Information Services, Inc., TransUnion, and CSC Credit Services to discuss with our Third-Party Designated Agents (hereinafter, "Agents") listed below, any and all details regarding the above referenced account, including but not limited to all credit reporting information. I/we further authorize our Agents to submit on our behalf any requests for correction to our credit report and copies of credit report related to these requests.

I/we understand that I will be fully responsible for reviewing any information that is sent by Fay Servicing, LLC to my Agents listed below. This Authorization will remain effective until I/we notify Fay Servicing, LLC's Qualified Written Request department in writing that this Authorization is of no further force and effect.

J & M Advocacy Group, LLC
*Katelyn Huff, Jessica Kerr, Esquire, Christine Fennel, Joanne LeCourt, Jaci Mattocks*
(954) 962-1166;  Fax: 954-962-1779

***** Please send all correspondence to: *****
c/o J & M Advocacy Group, LLC

Presidential Circle
4000 Hollywood Boulevard
Suite # 435 South
Hollywood, Florida 33021

John P. Civetti, February 5, 2016

Name: John P Civetti
Social Security Number:



