**M&T** Bank

February 26, 2016

John Civetti and Donna Finkel
C/O J&M Advocacy Group LLC
Presidential Circle
4000 Hollywood Blvd., Ste. 435 S.
Hollywood, FL 33021

RE: Mortgage Number: ▓▓▓▓▓▓
    Property Address: 810 N. Victoria Park Road
                      Fort Lauderdale, FL 33304

Dear John Civetti and Donna Finkel:

This is in response to your recent inquiry concerning your credit file associated with the above-referenced account.

This will confirm that a correction has been submitted to Equifax, TransUnion, Experian, and CBCInnovis to remove the delinquent rating for the following payment(s):

> December 2014
> January 2015
> February 2015

Please be aware that it may take 6 to 8 weeks for the credit bureaus to update their records. If you receive a letter advising that we notified a credit bureau about the above payment (s), please disregard it, as the notice was scheduled to be sent to you prior to this correction. Please retain a copy of this letter for your records as proof that M&T Bank requested the bureaus to correct their reporting.

On behalf of M&T Bank, please accept my apology for any inconvenience this may have caused. If you have any additional questions about this information, please contact the Telephone Banking Center at 1-800-724-2224. Representatives are available Monday through Friday 8:30 a.m. to 8 p.m. EST. In keeping with M&T Bank's commitment to superior customer service, we are happy to assist you in any manner possible.

Sincerely,

*[signature]*

Art Marquez
Retail Loan Servicing

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose.

P.O. Box 1288, Buffalo, NY 14240   716 626 7010   800 724 2224
Mortgage account information, just a click away.   www.mtb.com