**M&T** Bank

February 26, 2016

John Civetti and Donna Finkel
C/O J&M Advocacy Group LLC
Presidential Circle
4000 Hollywood Blvd., Ste. 435 S.
Hollywood, FL 33021

RE: Mortgage Number:
    Property Address:  810 N. Victoria Park Road
                             Fort Lauderdale, FL 33304

Dear John Civetti and Donna Finkel:

This is in response to your recent inquiry concerning your credit file associated with the above-referenced account.

This will confirm that a correction has been submitted to Equifax, TransUnion, Experian, and CBCInnovis to remove the delinquent rating for the following payment(s):

                           December 2014
                            January 2015
                            February 2015

Please be aware that it may take 6 to 8 weeks for the credit bureaus to update their records. If you receive a letter advising that we notified a credit bureau about the above payment (s), please disregard it, as the notice was scheduled to be sent to you prior to this correction. Please retain a copy of this letter for your records as proof that M&T Bank requested the bureaus to correct their reporting.

On behalf of M&T Bank, please accept my apology for any inconvenience this may have caused. If you have any additional questions about this information, please contact the Telephone Banking Center at 1-800-724-2224. Representatives are available Monday through Friday 8:30 a.m. to 8 p.m. EST. In keeping with M&T Bank's commitment to superior customer service, we are happy to assist you in any manner possible.

Sincerely,

Art Marquez
Retail Loan Servicing

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose.

P.O. Box 1288, Buffalo, NY 14240   716 626 7010   800 724 2224
Mortgage account information, just a click away.   www.mtb.com

**J & M Advocacy Group, LLC**
4000 Hollywood Blvd., Ste. 435-S, Hollywood, FL 33021
Telephone (954)962-1166 Fax (954)962-1779 Email: Staff@jmadvocacygroup.com

March 28, 2016

**M&T Bank – Error Resolution**       **M&T Bank Legal Document Processing**
**P.O. Box 62986**                     **P.O. Box 844**
**Baltimore, MD 21264-2986**           **Buffalo, NY 14240**

Re:   **Borrowers: Dona Finkel & John Civetti**
      **Loan #:**
      **Address: 810 Victoria Park Road, Fort Lauderdale, FL 33304**

This letter is in response to your request for our office to contact you regarding our client's account. Your letter demanded we call you at the following number, 1-800-724-1633, with no mention of a reason for the communication other than to discuss the status of the borrowers account. (See attached copy of the letter received in our office today).

Although your letter erroneously states that you will be permitted to contact our client under Florida Statute § 559.72(18), if we do not call you at the referenced number, the statute does not permit you to add in more stringent requirements that a specific format of communication be used such as a phone call. Hence, we can contact you via mail, telephone, email or fax in response to your request.

In fact, we did attempt to you call the referenced number, but due to your phone system's failure to connect us with a representative, we were not able to speak with anyone at your office. The failure to provide us with an assigned representative violates RESPA's provisions requiring you to implement policies reasonably designed to enable compliance with the regulation.

We represent the borrowers in their claims against M & T for violations of FCCPA, RESPA, TILA and other state law claims. If you would like to speak with us, please call our office. We will not be forced to wait on hold for your automated system that does not connect you with a person. Additionally you fail to state a specific issue you would like to address with our office. There is no obligation that we confer regarding the status of the borrower's account.

Additionally, your attempt to circumvent the consumer protections of RESPA and FCCPA is a violation in and of itself. To the extent the letter used is a form letter, it is a practice and patter violation of RESPA and we notify you herein of the error.

If you would like to identify a specific issue, concern or legal matter you are seeking to address in writing, we can provide an appropriate response.

Regards,

Jessica L. Kerr, Esq.
For the Firm

Certified Mail Receipt # Baltimore, MD: 7015 3430 0001 0228 7520
Certified Mail Receipt # Buffalo, NY: 7015 3430 0001 0228 7544