**M&T Bank**

Customer Asset Management
475 Crosspoint Parkway, Getzville, NY 14068

August 1, 2016

J & M Advocacy Group, LLC
Attention: Jessica Kerr
Presidential Circle
4000 Hollywood Boulevard, Suite 435 South
Hollywood, Florida 33021

M&T Bank Account Number ending: xxxxxx0554

Dear Jessica Kerr:

M&T Bank ("M&T") received your duplicative correspondences dated May 31, 2016, regarding your clients John Civetti and Donna Finkel. Thank you for the opportunity to respond to your concerns.

As you are aware, the servicing of your clients' loan was transferred to Bayview Loan Servicing, LLC ("Bayview") from JPMorgan Chase Bank, N.A. ("Chase") effective February 15, 2014. Bayview has chosen M&T to service aspects of your client's loan on their behalf.

M&T determined your purported Notice of Error raised a number of concerns that have been previously addressed and resolved by M&T and/or Bayview. Indeed, your correspondence included copies of correspondence sent by M&T and/or Bayview in response to previous correspondence from you. As such, M&T has enclosed again, for your reference, copies of the response letters that sufficiently address the concerns expressed in your items 1, 2, 5, 6, 7, and 8.

Should M&T continue to receive duplicative and/or substantively similar correspondence from you, M&T reserves the right allowed under federal and state law and regulation to not respond to such future correspondence. M&T will of course continue to review any correspondence received from you regarding your client's mortgage loan to determine if you have new concerns about how your client's loan has been serviced by M&T but reserves the right to only respond to new or substantive issues raised in your future correspondence.

Notwithstanding the foregoing, in good faith, M&T will address the remainder of your concerns herein.

In regards to request number 3, M&T determined the transaction dated September 5, 2015, in the amount of $2,098.03, was applied to the unpaid principal balance. M&T corrected this error on July 19, 2016, and applied the funds retroactively to satisfy a monthly mortgage payment, bringing the account due for the August 1, 2016, payment. Because of the nature of the adjustment on the loan, three (3) additional monthly mortgage billing statements were system generated on June 29, 2016, July 13, 2016, and July 18, 2016. Please disregard the monthly mortgage billing statements generated on June 29, 2016, and July 13, 2016. The July 18, 2016, monthly mortgage billing statement is correct and accurately reflects a due date of August 1, 2016.

# ⚐ M&T Bank

Additionally, please be advised that M&T sent updates to the national credit reporting agencies to ensure your client's mortgage loan is accurately reported in regards to the September 2015 monthly mortgage payment. It may take six (6) to eight (8) weeks to reflect the update.

In regards to your request number 4, as you may be aware from M&T's response letter sent to your clients on February 17, 2016, your clients' mortgage loan is set up on a "bill and receipt" system. When a regular monthly mortgage payment is received, a statement is generated for the next payment due. The April 1, 2016, monthly mortgage payment was received on May 2, 2016. Accordingly, a statement was generated on May 2, 2016, reflecting the next payment due date of May 1, 2016. The "Bill and Receipt" process ensures a customer receives a periodic mortgage account statement within the time frames set forth in current Federal regulation.

In regards to your Request for Information:
1.  M&T determined this statement is not a Request for Information. M&T has responded to all correspondences received; if you believe M&T has not received a particular correspondence, please provide a copy of same for further research and response;
2.  enclosed is a customer account activity statement from July 2014 to present, and;
3.  enclosed are all available copies of monthly mortgage billing statements from December 1, 2014, to present; as you are aware, no statements were issued in November and December 2014 and January 2015 while your client's mortgage loan was in the closing stages of the permanent loan modification.

Per your request enclosed is a copy of the Collection Contacts from December 1, 2014 to present.

M&T respectfully declines your request to reimburse your client for the legal fees incurred from your office.

Please contact M&T's mortgage service team at (800) 724-2224 Monday through Friday between the hours of 8:30 AM and 8:00 PM EST for any additional servicing needs regarding your clients' account.

Sincerely,

Denham Wilson
CAM Escalations Analyst

Enclosures

M&T Bank is attempting to collect a debt, and any information obtained will be used for that purpose. To the extent the original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its rights under its security instrument, including the right to foreclose its lien.

## Loan Activity - Fee Activity 2/1/2014 - 7/19/2016

738 - M & T BANK

**Loan Number:** ███████████          **Borrower Name:** CIVETTI,JOHN

---

07/18/16     WAIVED   LATE CHARGE          0.00
██████████
Fee Activity
WAIVED     LATE CHARGE
Processed Date:          07/18/2016
Fee Code:                         1

User Request ID:              $$$

07/18/16     WAIVED   LATE CHARGE          0.00
██████████████
Fee Activity
WAIVED     LATE CHARGE
Processed Date:          07/18/2016
Fee Code:                         1

User Request ID:              $$$

07/18/16     WAIVED   LATE CHARGE          0.00
███████████
Fee Activity
WAIVED     LATE CHARGE
Processed Date:          07/18/2016
Fee Code:                         1

User Request ID:              $$$

07/18/16     WAIVED   LATE CHARGE          0.00
████████████████
Fee Activity
WAIVED     LATE CHARGE
Processed Date:          07/18/2016
Fee Code:                         1

User Request ID:              $$$

07/18/16     WAIVED   LATE CHARGE          0.00
██████████████
Fee Activity
WAIVED     LATE CHARGE
Processed Date:          07/18/2016
Fee Code:                         1

User Request ID:              $$$

07/18/16     WAIVED   LATE CHARGE          0.00
██████████████
Fee Activity
WAIVED     LATE CHARGE
Processed Date:          07/18/2016
Fee Code:                         1

User Request ID:              $$$

07/18/16     WAIVED   LATE CHARGE          0.00
██████████████
Fee Activity
WAIVED     LATE CHARGE

## Loan Activity - Fee Activity 2/1/2014 - 7/19/2016

### 738 - M & T BANK

**Loan Number:** ███████

**Borrower Name:** CIVETTI, JOHN

---

Processed Date:          07/18/2016
Fee Code:                        1

User Request ID:              $$$

**07/18/16     WAIVED   LATE CHARGE      0.00**

██████████
Fee Activity
WAIVED      LATE CHARGE
Processed Date:          07/18/2016
Fee Code:                        1

User Request ID:              $$$

**07/13/16     WAIVED   PROPERTY INSPECTION     14.00-**

█████████
Fee Activity
WAIVED      PROPERTY INSPECTION
Processed Date:          07/13/2016
Fee Amount:                  $14.00
Fee Code:                        7

User Request ID:              RH8

**07/13/16     WAIVED   LATE CHARGE      0.00**

█████████
Fee Activity
WAIVED      LATE CHARGE
Processed Date:          07/13/2016
Fee Code:                        1

User Request ID:              $$$

**07/13/16     WAIVED   LATE CHARGE      0.00**

███████████
Fee Activity
WAIVED      LATE CHARGE
Processed Date:          07/13/2016
Fee Code:                        1

User Request ID:              $$$

**07/11/16 06/28/16 ASSESSED   PROPERTY INSPECTION     14.00**

██████████
Fee Activity
ASSESSED    PROPERTY INSPECTION
Processed Date:          07/11/2016
Fee Amount:                  $14.00
Effective Date:          06/28/16
Fee Code:                        7

User Request ID:              SPI

**06/23/16     WAIVED   FAX FEE      15.00-**

███████████
Fee Activity
WAIVED      FAX FEE

---

## Loan Activity - Fee Activity 2/1/2014 - 7/19/2016

### 738 - M & T BANK

**Loan Number:** ███████████

**Borrower Name:** CIVETTI, JOHN

---

```
Processed Date:        06/23/2016
Fee Amount:               $15.00
Fee Code:                      H

User Request ID:             3LM
```

**06/23/16    WAIVED   LATE CHARGE    710.10-**
████████████
```
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        06/23/2016
Fee Amount:              $710.10
Fee Code:                      1

User Request ID:             3LM
```

**06/16/16    ASSESSED LATE CHARGE    78.90**
████████████
```
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        06/16/2016
Fee Amount:               $78.90
Fee Code:                      1
```

**05/16/16    ASSESSED LATE CHARGE    78.90**
████████████
```
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        05/16/2016
Fee Amount:               $78.90
Fee Code:                      1
```

**04/18/16    ASSESSED LATE CHARGE    78.90**
████████████
```
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        04/18/2016
Fee Amount:               $78.90
Fee Code:                      1
```

**03/16/16    ASSESSED LATE CHARGE    78.90**
████████████
```
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        03/16/2016
Fee Amount:               $78.90
Fee Code:                      1
```

**02/16/16    ASSESSED LATE CHARGE    78.90**
████████████
```
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        02/16/2016
```

## Loan Activity - Fee Activity 2/1/2014 - 7/19/2016
### 738 - M & T BANK

**Loan Number:** ▮▮▮▮▮▮▮                        **Borrower Name:** CIVETTI,JOHN

Fee Amount:                    $78.90
Fee Code:                           1

---

**01/19/16        ASSESSED LATE CHARGE        78.90**
▮▮▮▮▮▮▮
Fee Activity
ASSESSED   LATE CHARGE
Processed Date:        01/19/2016
Fee Amount:            $78.90
Fee Code:                   1

---

**12/16/15        ASSESSED LATE CHARGE        78.90**
▮▮▮▮▮▮▮
Fee Activity
ASSESSED   LATE CHARGE
Processed Date:        12/16/2015
Fee Amount:            $78.90
Fee Code:                   1

---

**11/16/15        ASSESSED LATE CHARGE        78.90**
▮▮▮▮▮▮▮
Fee Activity
ASSESSED   LATE CHARGE
Processed Date:        11/16/2015
Fee Amount:            $78.90
Fee Code:                   1

---

**11/09/15        ASSESSED FAX FEE        15.00**
▮▮▮▮▮▮▮
Fee Activity
ASSESSED   FAX FEE
Processed Date:        11/09/2015
Fee Amount:            $15.00
Fee Code:                   H

User Request ID:            MNW

---

**10/16/15        ASSESSED LATE CHARGE        78.90**
▮▮▮▮▮▮▮
Fee Activity
ASSESSED   LATE CHARGE
Processed Date:        10/16/2015
Fee Amount:            $78.90
Fee Code:                   1

---

**09/22/15        WAIVED  LATE CHARGE        78.90-**
▮▮▮▮▮▮▮
Fee Activity
WAIVED       LATE CHARGE
Processed Date:        09/22/2015
Fee Amount:            $78.90
Fee Code:                   1

---

## Loan Activity - Fee Activity 2/1/2014 - 7/19/2016

738 - M & T BANK

**Loan Number:** 0091590554

**Borrower Name:** CIVETTI,JOHN

User Request ID:                ROJ

**09/16/15      ASSESSED LATE CHARGE**        78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        09/16/2015
Fee Amount:                $78.90
Fee Code:                    1

**08/21/15      WAIVED  LATE CHARGE**        315.60-
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        08/21/2015
Fee Amount:                $315.60
Fee Code:                    1

User Request ID:                ROJ

**08/17/15      ASSESSED LATE CHARGE**        78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        08/17/2015
Fee Amount:                $78.90
Fee Code:                    1

**07/16/15      ASSESSED LATE CHARGE**        78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        07/16/2015
Fee Amount:                $78.90
Fee Code:                    1

**06/16/15      ASSESSED LATE CHARGE**        78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        06/16/2015
Fee Amount:                $78.90
Fee Code:                    1

**04/16/15      ASSESSED LATE CHARGE**        78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        04/16/2015
Fee Amount:                $78.90
Fee Code:                    1

## Loan Activity - Fee Activity 2/1/2014 - 7/19/2016

### 738 - M & T BANK

**Loan Number:** 0091590554                                          **Borrower Name:** CIVETTI,JOHN

---

01/16/15 01/16/15 WAIVED   LATE CHARGE        1,039.80-
0091590554
Fee Activity
WAIVED     LATE CHARGE
Processed Date:          01/16/2015
Fee Amount:              $1039.80
Effective Date:          01/16/15
Fee Code:                     1

User Request ID:              EP1

07/16/14      ASSESSED LATE CHARGE        124.71
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          07/16/2014
Fee Amount:              $124.71
Fee Code:                     1

06/16/14      ASSESSED LATE CHARGE        124.71
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          06/16/2014
Fee Amount:              $124.71
Fee Code:                     1

05/16/14      ASSESSED LATE CHARGE        124.71
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          05/16/2014
Fee Amount:              $124.71
Fee Code:                     1

04/16/14      ASSESSED LATE CHARGE        124.71
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          04/16/2014
Fee Amount:              $124.71
Fee Code:                     1

02/19/14      ASSESSED LATE CHARGE        540.96
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          02/19/2014
Fee Amount:              $540.96
Fee Code:                     1

User Request ID:              $A$

## Loan Activity - Fee Activity 2/1/2014 - 7/19/2016

738 - M & T BANK

**Loan Number:** 0091590554

**Borrower Name:** CIVETTI,JOHN



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

September 25, 2015

John Civetti
Donna Finkel
810 North Victoria Park Road
Fort Lauderdale, FL 33304

Case Number: 1105346
Loan Number: 0091590554

Property Address:  810 North Victoria Park Road
Fort Lauderdale, FL 33304

Dear Mr. Civetti and Ms. Finkel:

The Customer Support Department at Bayview Loan Servicing, LLC ("BLS"), acting as agent for M&T Bank ("M&T"), has reviewed the correspondence received in our office on September 9, 2015. The correspondence requested that BLS waive late charges assessed to this account.

BLS has removed all corporate advances detailed in the correspondence mailed to you on August 21, 2015. Late charges assessed to this loan have also been removed.

At this time, this loan is due for September 1, 2015.

BLS apologizes for the inconvenience this may have caused.

We have enclosed all supporting documentation used to complete the review on your account.  You are entitled to request additional documentation regarding your inquiry. If you wish to do so, please submit your request to our Customer Support Department via fax at 305-631-5660. Alternatively, you may submit your request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.

If you have any further questions or concerns, the Escalations Department may be reached by the methods listed below.

**Bayview Loan Servicing, LLC, Customer Support,**
**4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146**

The following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

Sincerely,


Jonathan Rojas
Bayview Loan Servicing, LLC
Customer Support Department
Phone Number:  (877) 691-1974
Monday – Friday 9:00 a.m. – 5:00 p.m., Eastern
Fax Number:  (877) 429-0538

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146

# M&T Bank

February 26, 2016

John Civetti and Donna Finkel
C/O J&M Advocacy Group LLC
Presidential Circle
4000 Hollywood Blvd., Ste. 435 S.
Hollywood, FL  33021

RE: Mortgage Number: 0091590554
    Property Address:  810 N. Victoria Park Road
                       Fort Lauderdale, FL  33304

Dear John Civetti and Donna Finkel:

This is in response to your recent inquiry concerning your credit file associated with the above-referenced account.

This will confirm that a correction has been submitted to Equifax, TransUnion, Experian, and CBCInnovis to remove the delinquent rating for the following payment(s):

December 2014
January 2015
February 2015

Please be aware that it may take 6 to 8 weeks for the credit bureaus to update their records. If you receive a letter advising that we notified a credit bureau about the above payment (s), please disregard it, as the notice was scheduled to be sent to you prior to this correction. Please retain a copy of this letter for your records as proof that M&T Bank requested the bureaus to correct their reporting.

On behalf of M&T Bank, please accept my apology for any inconvenience this may have caused. If you have any additional questions about this information, please contact the Telephone Banking Center at 1-800-724-2224. Representatives are available Monday through Friday 8:30 a.m. to 8 p.m. EST. In keeping with M&T Bank's commitment to superior customer service, we are happy to assist you in any manner possible.

Sincerely,

Art Marquez
Retail Loan Servicing

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose.

 **M&T Bank**
Customer Asset Management
475 Crosspoint Parkway, Getzville, NY 14068

April 29, 2016

J & M Advocacy Group LLC
Attention: Jessica L. Kerr, Esq.
4000 Hollywood Boulevard, Suite 435-S
Hollywood, Florida 33021-1225

M&T Bank Account Number: 0091590554

Dear Jessica L. Kerr, Esq.:

M&T Bank ("M&T") is in receipt of your correspondence dated March 28, 2016, on behalf of your clients, John Civetti and Donna Finkel, which purports to be a notice of error. Thank you for the opportunity to respond to your concerns.

M&T issued requests for contact in accordance with Florida Statute § 559.72(18) following the receipt of the notice of representation dated February 5, 2016. The purpose of the contact requests was to confirm your representation of your clients and to determine their intentions regarding their mortgage obligations. Although the letters requested contact by telephone, a requirement of only telephone contact was neither expressed nor implied. As such, your correspondence dated March 28, 2016, is sufficient as contact under Florida Statute § 559.72(18). As such, M&T's system has been updated to remove your clients' telephone number; all future telephone outreach will be through your office. Similarly, the mailing address for the account has been updated, and all written correspondence and account notifications will be sent to your office. We trust that you will communicate the contents of any such correspondence with your clients. You or your clients may revoke the notice of representation and/or request to update the telephone numbers or mailing address at any time by writing to M&T Bank, PO Box 1288, Buffalo, New York 14240.

As to any prior communication attempts that might have been made, we unfortuntatley do not have any record of those attempts. In reviewing our records, M&T has no record of receiving a call from you or your office. Calls made to M&T's Homeowner Assistance Center ("HAC") at (800) 724-1633 are connected to a representative after the caller verifies the mortgage loan number and social security number associated with the account or by pressing "0." The hours of operation for M&T's HAC are Monday through Thursday from 8:00 AM to 9:00 PM, Friday from 8:00 AM to 5:00 PM, and Saturday from 8:00 AM to 12:00 PM ET. We apologize for any inconvenience this issue may have caused you or your client.

In regards to any issues regarding the provision of an assigned representative, in accordance with applicable regulation, M&T assigns a single point of contact ("SPOC") to an account by the time it is 45 days delinquent. As of the date of this letter, your client's account has not been 45 days

# ⚠ M&T Bank

delinquent at any point since the first letter was sent on February 23, 2016 and is only past due for the April 1, 2016, monthly installment. As such, a SPOC has not been assigned. If your clients are interested in possible loss mitigation assistance, please contact M&T's HAC at (800) 724-1633 during the abovementioned hours of operation.

You indicate you represent your clients in their claims against M&T for alleged violations of FCCPA, RESPA, TILA, and other state law claims. However, you failed to provide any details or specific violations to support these allegations. As such, M&T is unable to address any concerns held by your office or your clients. If you wish to provide further information, M&T remains willing to further research your claims.

You are entitled to receive a copy of the documentation, if any, used to determine the information presented herein. Within 14 days of the date of this letter, you may send a written request for such documentation to my attention to M&T Bank, 475 Crosspoint Parkway, Getzville, New York 14068. Upon receipt of your request, M&T will forward any applicable documentation to you within 15 business days.

Please contact M&T's mortgage service team at (800) 724-2224 Monday through Friday between the hours of 8:30 AM and 8:00 PM ET for any additional servicing needs regarding your clients' account.

Sincerely,

Mare Steiniger
CAM Escalations Analyst

M&T Bank is attempting to collect a debt, and any information obtained will be used for that purpose. To the extent the original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its rights under its security instrument, including the right to foreclose its lien.

```
                         CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 08/01/16
REQ BY 7DW                                                            PAGE    1


JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD            FL 33021
LOAN NUMBER: 0091590554
*********************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION ------------------------
   DATE         TOTAL      PRINCIPAL        LOAN         CURRENT
  PAYMENT      PAYMENT     & INTEREST     INTEREST      PRINCIPAL          ESCROW
   DUE         AMOUNT       PAYMENT         RATE         BALANCE          BALANCE
08-01-16      2,172.52     1,577.93      2.00000       505,619.71        2,951.65
  2ND MORTGAGE:                           0.00  0.00000   39,000.00
*********************************************************************************

                    ACTIVITY FOR PERIOD 02/01/14 - 07/29/16
PROCESS    DUE    TRANSACTION              TRANSACTION
 DATE     DATE    CODE                     DESCRIPTION                EFFECTIVE DATE
------------------------------------------------------------------  OF TRANSACTION
TRANSACTION   PRIN. PAID/         ESCROW PAID/ ------------OTHER-------------
  AMOUNT       BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------
07-26-16   00-00   745   CORP. ADVANCE ADJUSTMENT
      14.00-        0.00       0.00     0.00
07-18-16   07-16   173   PAYMENT
       0.00         0.00       0.00     0.00
07-18-16   07-16   173   PAYMENT
       0.00       734.01     843.92   594.59   2,172.52-  SUSPENSE            07-05-16
               544,619.71            2951.65   NEW PRINCIPAL/ESCROW BALANCES
07-18-16   06-16   173   PAYMENT
       0.00         0.00       0.00     0.00
07-18-16   06-16   173   PAYMENT
       0.00       732.79     845.14   594.59   2,172.52-  SUSPENSE            06-03-16
               545,353.72            2357.06   NEW PRINCIPAL/ESCROW BALANCES
07-18-16   05-16   173   PAYMENT
       0.00         0.00       0.00     0.00
07-18-16   05-16   173   PAYMENT
       0.00       731.57     846.36   594.59   2,172.52-  SUSPENSE            05-02-16
               546,086.51            1762.47   NEW PRINCIPAL/ESCROW BALANCES
07-18-16   04-16   173   PAYMENT
       0.00         0.00       0.00     0.00
07-18-16   04-16   173   PAYMENT
       0.00       730.35     847.58   594.59   2,172.52-  SUSPENSE            03-30-16
               546,818.08            1167.88   NEW PRINCIPAL/ESCROW BALANCES
07-18-16   03-16   173   PAYMENT
       0.00         0.00       0.00     0.00
```

```
                          CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 07/19/16
REQ BY 7DW                                                                PAGE   2


JOHN CIVETTI
LOAN NUMBER: 0091590554


                      ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS    DUE     TRANSACTION              TRANSACTION
 DATE     DATE     CODE                     DESCRIPTION                  EFFECTIVE DATE
-----------------------------------------------------------------------  OF TRANSACTION
  TRANSACTION   PRIN. PAID/          ESCROW PAID/ -----------OTHER-------------
   AMOUNT        BALANCE    INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
07-18-16  03-16  173  PAYMENT
     0.00       729.13    848.80      594.59    2,172.52-  SUSPENSE           02-26-16
            547,548.43               573.29    NEW PRINCIPAL/ESCROW BALANCES
07-18-16  03-16  175  PRINCIPAL PAYMENT                                      02-01-16
     0.00        16.55      0.00       0.00       16.55-  SUSPENSE
            548,277.56                         NEW PRINCIPAL/ESCROW BALANCES
07-18-16  02-16  173  PAYMENT
     0.00        0.00       0.00       0.00
07-18-16  02-16  168  REPAY OF ESCROW ADVANCE
     0.00        0.00       0.00      594.59-    594.59   ADVANCE REFUND
07-18-16  02-16  173  PAYMENT                                                02-01-16
     0.00       727.89    850.04      594.59    2,172.52-  SUSPENSE
            548,294.11               21.30-    NEW PRINCIPAL/ESCROW BALANCES
07-18-16  01-16  173  PAYMENT
     0.00        0.00       0.00       0.00
07-18-16  01-16  168  REPAY OF ESCROW ADVANCE
     0.00        0.00       0.00      611.14-    611.14   ADVANCE REFUND
07-18-16  01-16  173  PAYMENT                                                12-28-15
     0.00       726.68    851.25      611.14    2,189.07-  SUSPENSE
            549,022.00               615.89-   NEW PRINCIPAL/ESCROW BALANCES
07-18-16  12-15  173  PAYMENT
     0.00        0.00       0.00       0.00
07-18-16  12-15  168  REPAY OF ESCROW ADVANCE
     0.00        0.00       0.00      611.14-    611.14   ADVANCE REFUND
07-18-16  12-15  173  PAYMENT                                                11-27-15
     0.00       725.47    852.46      611.14    2,189.07-  SUSPENSE
            549,748.68               1227.03-  NEW PRINCIPAL/ESCROW BALANCES
07-18-16  11-15  173  PAYMENT
     0.00        0.00       0.00       0.00
07-18-16  11-15  168  REPAY OF ESCROW ADVANCE
     0.00        0.00       0.00      611.14-    611.14   ADVANCE REFUND
07-18-16  11-15  173  PAYMENT                                                10-29-15
     0.00       724.27    853.66      611.14    2,189.07-  SUSPENSE
            550,474.15               1838.17-  NEW PRINCIPAL/ESCROW BALANCES
07-13-16  11-15  175  PRINCIPAL PAYMENT                                      09-28-15
     0.00      1,000.00     0.00       0.00    1,000.00-  SUSPENSE
            551,198.42                         NEW PRINCIPAL/ESCROW BALANCES
```

CUSTOMER ACCOUNT ACTIVITY STATEMENT

REQ BY 7DW                                                                    DATE 07/19/16
                                                                                   PAGE    3

JOHN CIVETTI
LOAN NUMBER: 0091590554

```
                          ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS    DUE     TRANSACTION              TRANSACTION                     EFFECTIVE DATE
DATE       DATE    CODE                     DESCRIPTION                     OF TRANSACTION
-----------------------------------------------------------------------------------------
 TRANSACTION  PRIN. PAID/            ESCROW PAID/ -----------OTHER------------
   AMOUNT      BALANCE    INTEREST    BALANCE    AMOUNT   CODE/DESCRIPTION
-----------------------------------------------------------------------------------------
07-13-16  10-15  173  PAYMENT
     0.00          0.00       0.00      0.00
07-13-16  10-15  168  REPAY OF ESCROW ADVANCE
     0.00          0.00       0.00    611.14-    611.14   ADVANCE REFUND
07-13-16  10-15  173  PAYMENT                                                 09-28-15
     0.00        721.40     856.53    611.14   2,189.07-  SUSPENSE
               552,198.42           2449.31-   NEW PRINCIPAL/ESCROW BALANCES
07-13-16  09-15  173  PAYMENT
     0.00          0.00       0.00      0.00
07-13-16  09-15  168  REPAY OF ESCROW ADVANCE
     0.00          0.00       0.00    520.10-    520.10   ADVANCE REFUND
07-13-16  09-15  174  PAYMENT                                                 08-31-15
     0.00        720.20     857.73    520.10   2,098.03-  SUSPENSE
               552,919.82           3060.45-   NEW PRINCIPAL/ESCROW BALANCES
07-13-16  00-00  631  PROPERTY PRESERVATION
    14.00          0.00       0.00      0.00
07-11-16  09-15  147  TRANSACTION REVERSAL
     0.00          0.00       0.00      0.00   1,000.00   SUSPENSE
07-11-16  09-15  147  TRANSACTION REVERSAL
     0.00      1,000.00-      0.00      0.00
               553,640.02
07-05-16  09-15  172  PAYMENT                           NEW PRINCIPAL/ESCROW BALANCES
 2,172.52          0.00       0.00      0.00   2,172.52   SUSPENSE
06-29-16  09-15  175  PRINCIPAL PAYMENT                                       09-28-15
     0.00      1,000.00       0.00      0.00   1,000.00-  SUSPENSE
               552,640.02                      NEW PRINCIPAL/ESCROW BALANCES
06-28-16  09-15  161  ESCROW ADVANCE
 2,444.56          0.00       0.00   2444.56
06-28-16  09-15  147  TRANSACTION REVERSAL
     0.00          0.00       0.00      0.00   2,098.03   SUSPENSE
06-28-16  09-15  147  TRANSACTION REVERSAL
     0.00      2,098.03-      0.00      0.00
               553,640.02                      NEW PRINCIPAL/ESCROW BALANCES
06-28-16  09-15  147  TRANSACTION REVERSAL
     0.00        723.69-    854.24-    611.14-  2,189.07   SUSPENSE
               551,541.99           3580.55-   NEW PRINCIPAL/ESCROW BALANCES
```

JOHN CIVETTI
LOAN NUMBER: 0091590554

```
                      ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS   DUE    TRANSACTION          TRANSACTION                EFFECTIVE DATE
DATE      DATE   CODE                 DESCRIPTION                OF TRANSACTION
-------------------------------------------------------------------------------
TRANSACTION  PRIN. PAID/         ESCROW PAID/ ------------OTHER-------------
  AMOUNT      BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
06-28-16  10-15  147  TRANSACTION REVERSAL
     0.00         0.00       0.00      0.00   1,000.00   SUSPENSE
06-28-16  10-15  147  TRANSACTION REVERSAL
     0.00     1,000.00-      0.00      0.00
             550,818.30                       NEW PRINCIPAL/ESCROW BALANCES
06-28-16  10-15  147  TRANSACTION REVERSAL
     0.00       726.57-    851.36-   611.14-  2,189.07   SUSPENSE
             549,818.30               2969.41-  NEW PRINCIPAL/ESCROW BALANCES
06-28-16  11-15  147  TRANSACTION REVERSAL
     0.00         0.00       0.00      0.00
06-28-16  11-15  147  TRANSACTION REVERSAL
     0.00       727.78-    850.15-   611.14-  2,189.07   SUSPENSE
             549,091.73               2358.27-  NEW PRINCIPAL/ESCROW BALANCES
06-28-16  12-15  147  TRANSACTION REVERSAL
     0.00         0.00       0.00      0.00
06-28-16  12-15  147  TRANSACTION REVERSAL
     0.00       728.99-    848.94-   611.14-  2,189.07   SUSPENSE
             548,363.95               1747.13-  NEW PRINCIPAL/ESCROW BALANCES
06-27-16  01-16  161  ESCROW ADVANCE
 1,135.99         0.00       0.00   1135.99
06-27-16  01-16  147  TRANSACTION REVERSAL
     0.00       730.20-    847.73-   594.59-  2,172.52   SUSPENSE
             547,634.96               1135.99-  NEW PRINCIPAL/ESCROW BALANCES
06-27-16  02-16  147  TRANSACTION REVERSAL
     0.00         0.00       0.00     16.55-     16.55   SUSPENSE
                                     541.40-  NEW PRINCIPAL/ESCROW BALANCES
06-27-16  02-16  147  TRANSACTION REVERSAL
     0.00       731.42-    846.51-   594.59-  2,172.52   SUSPENSE
             546,904.76               524.85-  NEW PRINCIPAL/ESCROW BALANCES
06-27-16  03-16  147  TRANSACTION REVERSAL
     0.00         0.00       0.00      0.00
06-27-16  03-16  147  TRANSACTION REVERSAL
     0.00       732.64-    845.29-   594.59-  2,172.52   SUSPENSE
             546,173.34                69.74   NEW PRINCIPAL/ESCROW BALANCES
06-27-16  04-16  147  TRANSACTION REVERSAL
     0.00         0.00       0.00      0.00
```

```
REQ BY 7DW          CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 07/19/16
                                                                     PAGE   5


JOHN CIVETTI
LOAN NUMBER: 0091590554

                    ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS    DUE    TRANSACTION              TRANSACTION                EFFECTIVE DATE
DATE       DATE   CODE                     DESCRIPTION                OF TRANSACTION
---------------------------------------------------------------------------------
TRANSACTION   PRIN. PAID/           ESCROW PAID/ ------------OTHER-------------
  AMOUNT      BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------------
06-27-16  04-16  147  TRANSACTION REVERSAL
     0.00       733.86-   844.07-   594.59-  2,172.52  SUSPENSE
            545,440.70              664.33   NEW PRINCIPAL/ESCROW BALANCES
06-27-16  05-16  147  TRANSACTION REVERSAL
     0.00         0.00     0.00      0.00
06-27-16  05-16  147  TRANSACTION REVERSAL
     0.00       735.09-   842.84-   594.59-  2,172.52  SUSPENSE
            544,706.84             1258.92   NEW PRINCIPAL/ESCROW BALANCES
06-23-16  06-16  132  LATE CHARGE ADJUSTMENT
     0.00         0.00     0.00      0.00     710.10 1 LATE CHARGE
06-16-16  06-16  152  LATE CHARGE ASSESSMENT
     0.00         0.00     0.00      0.00      78.90-1 LATE CHARGE
06-07-16  06-16  172  PAYMENT
    69.00         0.00     0.00      0.00      69.00    SUSPENSE
06-06-16  05-16  173  PAYMENT
     0.00         0.00     0.00      0.00
06-06-16  05-16  173  PAYMENT
  2,172.52       735.09    842.84    594.59                            06-03-16
            543,971.75             1853.51   NEW PRINCIPAL/ESCROW BALANCES
05-16-16  05-16  152  LATE CHARGE ASSESSMENT
     0.00         0.00     0.00      0.00      78.90-1 LATE CHARGE
05-02-16  04-16  172  PAYMENT
     0.00         0.00     0.00      0.00
05-02-16  04-16  172  PAYMENT
  2,172.52       733.86    844.07    594.59
            544,706.84             1258.92   NEW PRINCIPAL/ESCROW BALANCES
04-26-16  00-00  745  CORP. ADVANCE ADJUSTMENT
  1,200.00-       0.00     0.00      0.00
04-18-16  04-16  152  LATE CHARGE ASSESSMENT
     0.00         0.00     0.00      0.00      78.90-1 LATE CHARGE
03-30-16  03-16  172  PAYMENT
     0.00         0.00     0.00      0.00
03-30-16  03-16  172  PAYMENT
  2,172.52       732.64    845.29    594.59
            545,440.70              664.33   NEW PRINCIPAL/ESCROW BALANCES
03-28-16  00-00  601  MISC. CORPORATE DISBURSEMENT
  1,200.00        0.00     0.00      0.00
```

CUSTOMER ACCOUNT ACTIVITY STATEMENT

REQ BY 7DW

DATE 07/19/16
PAGE 6

JOHN CIVETTI
LOAN NUMBER: 0091590554

```
                         ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS   DUE    TRANSACTION            TRANSACTION                EFFECTIVE DATE
DATE      DATE   CODE                   DESCRIPTION                OF TRANSACTION
------------------------------------------------------------------------------------
TRANSACTION   PRIN. PAID/           ESCROW PAID/ -----------OTHER-------------
  AMOUNT       BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------------
03-16-16  03-16  152  LATE CHARGE ASSESSMENT
     0.00          0.00       0.00     0.00      78.90-1 LATE CHARGE
02-26-16  02-16  172  PAYMENT
     0.00          0.00       0.00     0.00
02-26-16  02-16  168  REPAY OF ESCROW ADVANCE
     0.00          0.00       0.00   524.85-   524.85  ADVANCE REFUND
02-26-16  02-16  172  PAYMENT
  2,172.52       731.42     846.51   594.59
               546,173.34             69.74    NEW PRINCIPAL/ESCROW BALANCES
02-16-16  02-16  152  LATE CHARGE ASSESSMENT
     0.00          0.00       0.00     0.00      78.90-1 LATE CHARGE
02-03-16  02-16  168  REPAY OF ESCROW ADVANCE
     0.00          0.00       0.00    16.55-    16.55  ADVANCE REFUND
02-03-16  02-16  173  PAYMENT                                           02-01-16
     0.00          0.00       0.00    16.55     16.55- SUSPENSE
                                     524.85-   NEW PRINCIPAL/ESCROW BALANCES
02-01-16  01-16  172  PAYMENT
     0.00          0.00       0.00     0.00
02-01-16  01-16  168  REPAY OF ESCROW ADVANCE
     0.00          0.00       0.00   594.59-   594.59  ADVANCE REFUND
02-01-16  01-16  172  PAYMENT
  2,189.07       730.20     847.73   594.59     16.55  SUSPENSE
               546,904.76            541.40-   NEW PRINCIPAL/ESCROW BALANCES
01-19-16  01-16  152  LATE CHARGE ASSESSMENT
     0.00          0.00       0.00     0.00      78.90-1 LATE CHARGE
12-28-15  12-15  172  PAYMENT
     0.00          0.00       0.00     0.00
12-28-15  12-15  168  REPAY OF ESCROW ADVANCE
     0.00          0.00       0.00   611.14-   611.14  ADVANCE REFUND
12-28-15  12-15  172  PAYMENT
  2,189.07       728.99     848.94   611.14
               547,634.96           1135.99-   NEW PRINCIPAL/ESCROW BALANCES
12-16-15  12-15  152  LATE CHARGE ASSESSMENT
     0.00          0.00       0.00     0.00      78.90-1 LATE CHARGE
12-10-15  12-15  161  ESCROW ADVANCE
  1,747.13         0.00       0.00  1747.13
```

```
                              CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 07/19/16
REQ BY 7DW                                                                    PAGE    7


JOHN CIVETTI
LOAN NUMBER: 0091590554

                       ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS   DUE     TRANSACTION              TRANSACTION              EFFECTIVE DATE
DATE      DATE    CODE                     DESCRIPTION              OF TRANSACTION
-----------------------------------------------------------------------------------
TRANSACTION  PRIN. PAID/          ESCROW PAID/ ------------OTHER-------------
AMOUNT       BALANCE   INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------------
12-10-15  01-16  351  HAZARD INSURANCE
   2,316.00-       0.00       0.00    2316.00-
                                      1747.13-  NEW PRINCIPAL/ESCROW BALANCES
11-27-15  11-15  172  PAYMENT
      0.00         0.00       0.00       0.00
11-27-15  11-15  168  REPAY OF ESCROW ADVANCE
      0.00         0.00       0.00      42.27-     42.27  ADVANCE REFUND
11-27-15  11-15  172  PAYMENT
   2,189.07      727.78     850.15     611.14
               548,363.95              568.87   NEW PRINCIPAL/ESCROW BALANCES
11-16-15  11-15  152  LATE CHARGE ASSESSMENT
      0.00         0.00       0.00       0.00       78.90-1 LATE CHARGE
11-05-15  11-15  161  ESCROW ADVANCE
     42.27         0.00       0.00      42.27
11-05-15  11-15  312  COUNTY TAX
   4,698.81-       0.00       0.00    4698.81-
                                       42.27-  NEW PRINCIPAL/ESCROW BALANCES
10-29-15  10-15  172  PAYMENT
      0.00         0.00       0.00       0.00
10-29-15  10-15  172  PAYMENT
   2,189.07      726.57     851.36     611.14
               549,091.73             4656.54   NEW PRINCIPAL/ESCROW BALANCES
10-16-15  10-15  152  LATE CHARGE ASSESSMENT
      0.00         0.00       0.00       0.00       78.90-1 LATE CHARGE
09-28-15  10-15  175  PRINCIPAL PAYMENT
   1,000.00    1,000.00      0.00       0.00
               549,818.30                       NEW PRINCIPAL/ESCROW BALANCES
09-28-15  09-15  172  PAYMENT
      0.00         0.00       0.00       0.00
09-28-15  09-15  172  PAYMENT
   2,189.07      723.69     854.24     611.14
               550,818.30             4045.40   NEW PRINCIPAL/ESCROW BALANCES
09-22-15  09-15  132  LATE CHARGE ADJUSTMENT
      0.00         0.00       0.00       0.00       78.90 1 LATE CHARGE
09-16-15  09-15  152  LATE CHARGE ASSESSMENT
      0.00         0.00       0.00       0.00       78.90-1 LATE CHARGE
```

Case 0:17-cv-62305-UU Document 1-31 Entered on FLSD Docket 11/22/2017 Page 22 of 80

CUSTOMER ACCOUNT ACTIVITY STATEMENT

JOHN CIVETTI
LOAN NUMBER: 0091590554

```
                          ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS    DUE     TRANSACTION              TRANSACTION                      EFFECTIVE DATE
DATE       DATE    CODE                     DESCRIPTION                      OF TRANSACTION
-----------------------------------------------------------------------------------------
TRANSACTION   PRIN. PAID/            ESCROW PAID/ -----------OTHER-------------
  AMOUNT        BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------------------
09-03-15  09-15  175  PRINCIPAL PAYMENT                                        08-31-15
    0.00     2,098.03       0.00      0.00    2,098.03-  SUSPENSE
          551,541.99                          NEW PRINCIPAL/ESCROW BALANCES
09-01-15  08-15  173  PAYMENT
    0.00        0.00        0.00      0.00
09-01-15  08-15  173  PAYMENT                                                  08-31-15
    0.00      719.00      858.93    611.14    2,189.07-  SUSPENSE
          553,640.02                 3434.26   NEW PRINCIPAL/ESCROW BALANCES
08-31-15  08-15  172  PAYMENT
 2,189.07       0.00        0.00      0.00    2,189.07   SUSPENSE
08-27-15  07-15  173  PAYMENT
    0.00        0.00        0.00      0.00
08-27-15  07-15  173  PAYMENT                                                  07-27-15
    0.00      717.80      860.13    611.14    2,189.07-  SUSPENSE
          554,359.02                 2823.12   NEW PRINCIPAL/ESCROW BALANCES
08-27-15  06-15  173  PAYMENT
    0.00        0.00        0.00      0.00
08-27-15  06-15  173  PAYMENT                                                  06-22-15
    0.00      716.61      861.32    611.14    2,189.07-  SUSPENSE
          555,076.82                 2211.98   NEW PRINCIPAL/ESCROW BALANCES
08-27-15  05-15  173  PAYMENT
    0.00        0.00        0.00      0.00
08-27-15  05-15  173  PAYMENT                                                  05-18-15
    0.00      715.42      862.51    611.14    2,189.07-  SUSPENSE
          555,793.43                 1600.84   NEW PRINCIPAL/ESCROW BALANCES
08-27-15  04-15  173  PAYMENT
    0.00        0.00        0.00      0.00
08-27-15  04-15  173  PAYMENT                                                  04-27-15
    0.00      714.22      863.71    611.14    2,189.07-  SUSPENSE
          556,508.85                  989.70   NEW PRINCIPAL/ESCROW BALANCES
08-27-15  03-15  173  PAYMENT
    0.00        0.00        0.00      0.00
08-27-15  03-15  168  REPAY OF ESCROW ADVANCE
    0.00        0.00        0.00    232.58-     232.58  ADVANCE REFUND
08-27-15  03-15  173  PAYMENT                                                  03-16-15
    0.00      713.04      864.89    611.14    2,189.07-  SUSPENSE
          557,223.07                  378.56   NEW PRINCIPAL/ESCROW BALANCES
```

```
                             CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 07/19/16
REQ BY 7DW                                                                 PAGE    9


JOHN CIVETTI
LOAN NUMBER: 0091590554

                          ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS   DUE    TRANSACTION                    TRANSACTION                    EFFECTIVE DATE
DATE      DATE   CODE                           DESCRIPTION                    OF TRANSACTION
--------------------------------------------------------------------------------------------
TRANSACTION    PRIN. PAID/          ESCROW PAID/ ------------OTHER-------------
 AMOUNT         BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------------------
08-27-15  02-15  173  PAYMENT
     0.00          0.00       0.00      0.00
08-27-15  02-15  168  REPAY OF ESCROW ADVANCE
     0.00          0.00       0.00    611.14-    611.14   ADVANCE REFUND
08-27-15  02-15  173  PAYMENT                                                     02-25-15
     0.00        711.85     866.08    611.14   2,189.07-  SUSPENSE
               557,936.11             232.58-  NEW PRINCIPAL/ESCROW BALANCES
08-21-15  02-15  161  ESCROW ADVANCE
   843.72          0.00       0.00    843.72
08-21-15  02-15  147  TRANSACTION REVERSAL
     0.00        711.85-    866.08- 1454.86-   3,032.79   SUSPENSE
               558,647.96             843.72-  NEW PRINCIPAL/ESCROW BALANCES
08-21-15  03-15  147  TRANSACTION REVERSAL
     0.00          0.00       0.00      0.00
08-21-15  03-15  147  TRANSACTION REVERSAL
     0.00          0.00       0.00      0.00   1,254.31   SUSPENSE
08-21-15  03-15  147  TRANSACTION REVERSAL
     0.00      1,254.31-      0.00      0.00
               557,936.11
                                               NEW PRINCIPAL/ESCROW BALANCES
08-21-15  03-15  147  TRANSACTION REVERSAL
     0.00        715.13-    862.80-   611.14-  2,189.07   SUSPENSE
               556,681.80             611.14   NEW PRINCIPAL/ESCROW BALANCES
08-21-15  04-15  147  TRANSACTION REVERSAL
     0.00        716.32-    861.61-   611.14-  2,189.07   SUSPENSE
               555,966.67            1222.28   NEW PRINCIPAL/ESCROW BALANCES
08-21-15  05-15  147  TRANSACTION REVERSAL
     0.00          0.00       0.00      0.00
08-21-15  05-15  147  TRANSACTION REVERSAL
     0.00        717.51-    860.42-   611.14-  2,189.07   SUSPENSE
               555,250.35            1833.42   NEW PRINCIPAL/ESCROW BALANCES
08-21-15  06-15  147  TRANSACTION REVERSAL
     0.00          0.00       0.00      0.00
08-21-15  06-15  147  TRANSACTION REVERSAL
     0.00        718.71-    859.22-   611.14-  2,189.07   SUSPENSE
               554,532.84            2444.56   NEW PRINCIPAL/ESCROW BALANCES
08-21-15  07-15  147  TRANSACTION REVERSAL
     0.00          0.00       0.00      0.00
```

CUSTOMER ACCOUNT ACTIVITY STATEMENT

REQ BY 7DW

DATE 07/19/16
PAGE   10

JOHN CIVETTI
LOAN NUMBER: 0091590554

```
                    ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS    DUE     TRANSACTION              TRANSACTION              EFFECTIVE DATE
DATE       DATE    CODE                     DESCRIPTION              OF TRANSACTION
------------------------------------------------------------------------------------
TRANSACTION   PRIN. PAID/          ESCROW PAID/ ------------OTHER-------------
AMOUNT        BALANCE    INTEREST  BALANCE    AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------------
08-21-15  07-15  147  TRANSACTION REVERSAL
       0.00       719.91-   858.02-   611.14-  2,189.07   SUSPENSE
               553,814.13            3055.70   NEW PRINCIPAL/ESCROW BALANCES
08-21-15  08-15  132  LATE CHARGE ADJUSTMENT
       0.00        0.00      0.00      0.00     315.60 1 LATE CHARGE
08-17-15  08-15  152  LATE CHARGE ASSESSMENT
       0.00        0.00      0.00      0.00      78.90-1 LATE CHARGE
07-27-15  07-15  172  PAYMENT
       0.00        0.00      0.00      0.00
07-27-15  07-15  172  PAYMENT
    2,189.07      719.91    858.02    611.14
               553,094.22            3666.84   NEW PRINCIPAL/ESCROW BALANCES
07-16-15  07-15  152  LATE CHARGE ASSESSMENT
       0.00        0.00      0.00      0.00      78.90-1 LATE CHARGE
06-22-15  06-15  172  PAYMENT
       0.00        0.00      0.00      0.00
06-22-15  06-15  172  PAYMENT
    2,189.07      718.71    859.22    611.14
               553,814.13            3055.70   NEW PRINCIPAL/ESCROW BALANCES
06-16-15  06-15  152  LATE CHARGE ASSESSMENT
       0.00        0.00      0.00      0.00      78.90-1 LATE CHARGE
05-18-15  05-15  172  PAYMENT
       0.00        0.00      0.00      0.00
05-18-15  05-15  172  PAYMENT
    2,189.07      717.51    860.42    611.14
               554,532.84            2444.56   NEW PRINCIPAL/ESCROW BALANCES
04-28-15  00-00  745  CORP. ADVANCE ADJUSTMENT
    2,100.00       0.00      0.00      0.00
04-27-15  04-15  172  PAYMENT
       0.00        0.00      0.00      0.00
04-27-15  04-15  172  PAYMENT
    2,189.07      716.32    861.61    611.14
               555,250.35            1833.42   NEW PRINCIPAL/ESCROW BALANCES
04-16-15  04-15  152  LATE CHARGE ASSESSMENT
       0.00        0.00      0.00      0.00      78.90-1 LATE CHARGE
03-27-15  00-00  766  MISC. REPAYMENT
    2,100.00       0.00      0.00      0.00
```

```
                          CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 07/19/16
REQ BY 7DW                                                                  PAGE   11


JOHN CIVETTI
LOAN NUMBER: 0091590554


                          ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS   DUE     TRANSACTION                  TRANSACTION                EFFECTIVE DATE
DATE      DATE    CODE                         DESCRIPTION                OF TRANSACTION
-----------------------------------------------------------------------------------------
TRANSACTION   PRIN. PAID/        ESCROW PAID/ ------------OTHER------------
  AMOUNT       BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------------------
03-26-15  00-00   745  CORP. ADVANCE ADJUSTMENT
  41,394.33-       0.00        0.00      0.00
03-16-15  03-15   172  PAYMENT
      0.00         0.00        0.00      0.00
03-16-15  03-15   172  PAYMENT
  2,189.07       715.13      862.80    611.14
               555,966.67             1222.28   NEW PRINCIPAL/ESCROW BALANCES
03-16-15  00-00   766  MISC. REPAYMENT
  41,393.40        0.00        0.00      0.00
03-16-15  00-00   601  MISC. CORPORATE DISBURSEMENT
  41,393.40        0.00        0.00      0.00
02-25-15  03-15   175  PRINCIPAL PAYMENT
  1,254.31     1,254.31        0.00      0.00
               556,681.80                       NEW PRINCIPAL/ESCROW BALANCES
02-25-15  02-15   172  PAYMENT
      0.00         0.00        0.00      0.00
02-25-15  02-15   168  REPAY OF ESCROW ADVANCE
      0.00         0.00        0.00    843.72-   843.72  ADVANCE REFUND
02-25-15  02-15   172  PAYMENT
  3,032.79       711.85      866.08   1454.86
               557,936.11              611.14   NEW PRINCIPAL/ESCROW BALANCES
02-25-15  02-15   172  PAYMENT
  4,287.10-        0.00        0.00      0.00  4,287.10-  SUSPENSE
02-25-15  02-15   172  PAYMENT
  2,166.31         0.00        0.00      0.00  2,166.31  SUSPENSE
02-24-15  01-15   173  PAYMENT
      0.00         0.00        0.00      0.00
02-24-15  01-15   168  REPAY OF ESCROW ADVANCE
      0.00         0.00        0.00    611.14-   611.14  ADVANCE REFUND
02-24-15  01-15   173  PAYMENT                                             02-12-15
      0.00       710.67      867.26    611.14
               558,647.96              843.72-  NEW PRINCIPAL/ESCROW BALANCES
02-24-15  12-14   173  PAYMENT
      0.00         0.00        0.00      0.00
02-24-15  12-14   168  REPAY OF ESCROW ADVANCE
      0.00         0.00        0.00    611.14-   611.14  ADVANCE REFUND
```

Case 0:17-cv-62305-UU Document 1-31 Entered on FLSD Docket 11/22/2017 Page 26 of 80

JOHN CIVETTI
LOAN NUMBER: 0091590554

```
                         ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS   DUE    TRANSACTION          TRANSACTION                EFFECTIVE DATE
DATE      DATE   CODE                 DESCRIPTION                OF TRANSACTION
------------------------------------------------------------------------------
TRANSACTION   PRIN. PAID/       ESCROW PAID/ ------------OTHER-------------
  AMOUNT       BALANCE    INTEREST  BALANCE   AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------
02-24-15  12-14  173  PAYMENT                                      02-12-15
      0.00      709.48    868.45    611.14   4,378.14-  SUSPENSE
              559,358.63           1454.86-  NEW PRINCIPAL/ESCROW BALANCES
02-24-15  00-00  631  PROPERTY PRESERVATION
      0.31       0.00      0.00      0.00
02-24-15  00-00  631  PROPERTY PRESERVATION
      0.31       0.00      0.00      0.00
02-24-15  00-00  631  PROPERTY PRESERVATION
      0.31       0.00      0.00      0.00
02-13-15  00-00  745  CORP. ADVANCE ADJUSTMENT
  1,465.00-      0.00      0.00      0.00
02-13-15  00-00  745  CORP. ADVANCE ADJUSTMENT
  1,465.00       0.00      0.00      0.00
02-12-15  12-14  170  INITIAL ESCROW DEPOSIT, INTERIM INTEREST
      0.00       0.00  1,509.96      0.00   1,509.96-  SUSPENSE
02-12-15  12-14  168  REPAY OF ESCROW ADVANCE
      0.00       0.00      0.00   5505.90-  5,505.90   ADVANCE REFUND
02-12-15  12-14  170  INITIAL ESCROW DEPOSIT, INTERIM INTEREST
  5,505.90       0.00      0.00   5505.90
                                   2066.00-  NEW PRINCIPAL/ESCROW BALANCES
02-12-15  12-14  168  REPAY OF ESCROW ADVANCE
      0.00       0.00      0.00   9000.00-  9,000.00   ADVANCE REFUND
02-12-15  12-14  170  INITIAL ESCROW DEPOSIT, INTERIM INTEREST
  9,000.00       0.00      0.00   9000.00
                                   7571.90-  NEW PRINCIPAL/ESCROW BALANCES
02-12-15  12-14  168  REPAY OF ESCROW ADVANCE
      0.00       0.00      0.00   9000.00-  9,000.00   ADVANCE REFUND
02-12-15  12-14  170  INITIAL ESCROW DEPOSIT, INTERIM INTEREST
  9,000.00       0.00      0.00   9000.00
                                  16571.90-  NEW PRINCIPAL/ESCROW BALANCES
02-12-15  12-14  168  REPAY OF ESCROW ADVANCE
      0.00       0.00      0.00   9000.00-  9,000.00   ADVANCE REFUND
02-12-15  12-14  170  INITIAL ESCROW DEPOSIT, INTERIM INTEREST
  9,000.00       0.00      0.00   9000.00
                                  25571.90-  NEW PRINCIPAL/ESCROW BALANCES
02-12-15  00-00  766  MISC. REPAYMENT
  8,887.50       0.00      0.00      0.00
```

Case 0:17-cv-62305-UU   Document 1-31   Entered on FLSD Docket 11/22/2017   Page 27 of 80

JOHN CIVETTI
LOAN NUMBER: 0091590554

```
                      ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS   DUE    TRANSACTION               TRANSACTION              EFFECTIVE DATE
DATE      DATE   CODE                      DESCRIPTION              OF TRANSACTION
-------------------------------------------------------------------------------
TRANSACTION   PRIN. PAID/     ESCROW PAID/ ------------OTHER-------------
  AMOUNT       BALANCE   INTEREST  BALANCE    AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
02-12-15  00-00  601  MISC. CORPORATE DISBURSEMENT
  41,393.40        0.00       0.00      0.00
02-09-15  12-14  143  ADJUSTMENT
    NEW DUE DATE: 12-01-14, OLD DUE DATE: 04-01-10
02-09-15  04-10  143  ADJUSTMENT
      0.00  114,673.84-      0.00      0.00
            560,068.11                          NEW PRINCIPAL/ESCROW BALANCES
02-09-15  04-10  143  ADJUSTMENT
      0.00   39,000.00-      0.00      0.00
            445,394.27                          NEW PRINCIPAL/ESCROW BALANCES
01-27-15  04-10  172  PAYMENT
   2,166.31        0.00       0.00      0.00   2,166.31   SUSPENSE
01-27-15  00-00  745  CORP. ADVANCE ADJUSTMENT
     10.50-        0.00       0.00      0.00
01-26-15  00-00  630  ATTORNEY ADVANCES
      3.50         0.00       0.00      0.00
01-26-15  00-00  630  ATTORNEY ADVANCES
    125.00         0.00       0.00      0.00
01-26-15  00-00  630  ATTORNEY ADVANCES
      3.50         0.00       0.00      0.00
01-26-15  00-00  630  ATTORNEY ADVANCES
      3.50         0.00       0.00      0.00
01-22-15  00-00  630  ATTORNEY ADVANCES
    500.00         0.00       0.00      0.00
01-22-15  00-00  630  ATTORNEY ADVANCES
    375.00         0.00       0.00      0.00
01-22-15  00-00  630  ATTORNEY ADVANCES
    250.00         0.00       0.00      0.00
01-16-15  04-10  132  LATE CHARGE ADJUSTMENT
      0.00         0.00       0.00      0.00   1,039.80 1 LATE CHARGE
01-09-15  04-10  161  ESCROW ADVANCE
   2,066.00        0.00       0.00   2066.00
01-09-15  01-15  351  HAZARD INSURANCE
   2,066.00-       0.00       0.00   2066.00-
                                    34571.90-   NEW PRINCIPAL/ESCROW BALANCES
12-18-14  04-10  173  PAYMENT                                        12-17-14
   2,166.31        0.00       0.00      0.00   2,166.31   SUSPENSE
```

```
JOHN CIVETTI
LOAN NUMBER: 0091590554

                          ACTIVITY FOR PERIOD 07/01/14 - 07/18/16
PROCESS   DUE     TRANSACTION              TRANSACTION                    EFFECTIVE DATE
DATE      DATE    CODE                     DESCRIPTION                    OF TRANSACTION
-------------------------------------------------------------------------------------
TRANSACTION  PRIN. PAID/           ESCROW PAID/ -----------OTHER------------
AMOUNT       BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------------
11-25-14  04-10  173  PAYMENT                                             11-24-14
  2,166.31        0.00      0.00     0.00   2,166.31   SUSPENSE
11-06-14  04-10  161  ESCROW ADVANCE
  4,740.98        0.00      0.00   4740.98
11-06-14  11-14  312  COUNTY TAX
  4,740.98-       0.00      0.00   4740.98-
                                  32505.90-  NEW PRINCIPAL/ESCROW BALANCES
10-07-14  03-10  173  PAYMENT
     0.00       459.87   2,034.27    0.00   2,494.14-  SUSPENSE
              406,394.27                              NEW PRINCIPAL/ESCROW BALANCES
10-07-14  03-10  172  PAYMENT
  2,166.08        0.00      0.00     0.00   2,166.08   SUSPENSE
09-15-14  00-00  632  STATUTORY EXPENSES
   250.00         0.00      0.00     0.00
09-15-14  00-00  630  ATTORNEY ADVANCES
   125.00         0.00      0.00     0.00
09-03-14  02-10  173  PAYMENT
     0.00       457.58   2,036.56    0.00   2,494.14-  SUSPENSE
              406,854.14                              NEW PRINCIPAL/ESCROW BALANCES
09-03-14  02-10  172  PAYMENT
  2,166.08        0.00      0.00     0.00   2,166.08   SUSPENSE
08-08-14  00-00  632  STATUTORY EXPENSES
    10.00         0.00      0.00     0.00
08-08-14  00-00  632  STATUTORY EXPENSES
    10.00         0.00      0.00     0.00
07-31-14  02-10  172  PAYMENT
  2,166.08        0.00      0.00     0.00   2,166.08   SUSPENSE
07-29-14  00-00  631  PROPERTY PRESERVATION
    14.00         0.00      0.00     0.00
07-18-14  00-00  630  ATTORNEY ADVANCES
   350.00         0.00      0.00     0.00
07-16-14  02-10  152  LATE CHARGE ASSESSMENT
     0.00         0.00      0.00     0.00   124.71-1 LATE CHARGE
```

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 04/01/10 |
| **Amount Due** | **$169,194.58** |

If payment received after 11/16/14, $124.71 late fee will be charged.

4-750-85134-0001497-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   10/07/14

## Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 6.000% |
| Maturity Date | 05/2038 |
| Outstanding Principal* | $406,394.27 |
| Escrow Balance | -$27,764.92 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $608.04 |
| Interest | +$1,886.10 |
| Tax/Insurance | +$392.93 |
| Overage / Shortage | +$185.69 |
| **Amount Billed this Statement** | **$3,072.76** |
| Amount Unpaid from Prior Statement | +$158,909.52 |
| Unpaid Late Charge(s) | +$1,039.80 |
| Recoverable Corporate Advance | +$6,172.50 |
| **Total Amount Due 11/01/14** | **$169,194.58** |

## Important Messages

Our records indicate that your account is currently in foreclosure. The amount reflected above is not necessarily the amount that is required to reinstate your loan. Prior to sending any funds/payments please contact the attorney firm handling your foreclosure to obtain the current reinstatement or payoff amount. A letter was previously sent to you with this contact information. If you are unsure what attorney firm is handling your foreclosure, please contact a Foreclosure Specialist at 1-800-724-1633.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $459.87 | $917.45 |
| Interest | $2,034.27 | $4,070.83 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$328.06 | $1,509.96 |
| **Total** | **$2,166.08** | **$6,498.24** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/14 | 03/10 | Payment | | $459.87 | $2,034.27 | | | | -$2,494.14 | |
| 10/07/14 | 03/10 | Partial Payment Received | $2,166.08 | | | | | | $2,166.08 | |

739-4402-0614F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | | |
|---|---|---|
| Amount due | | $169,194.58 |
| If received after | 11/16/14 | $169,319.29 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

 M&T Bank

10/07/2014

4-750-85134-0001497-001-000-010-000-000
JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

Account Number:     0091590554

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.**
Your loan became delinquent on 04/02/2010. As of 10/07/14 the payments are 1,650 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

Our records indicate that M&T and you have agreed to a/n Modification. If you have any questions about this Agreement, please call 1-800-724-1633.

## Recent Account History**

- Payment due 05/01/14: Payment of $3,481.95 remains outstanding

- Payment due 06/01/14: Payment of $3,481.95 remains outstanding

- Payment due 07/01/14: Payment of $3,481.95 remains outstanding

- Payment due 08/01/14: Payment of $3,481.95 remains outstanding

- Payment due 09/01/14: Payment of $3,481.95 remains outstanding

- Payment due 10/01/14: Payment of $3,481.95 remains outstanding


- Current mortgage account payment due 11/01/14: $3,072.76

- Outstanding Fees/Charges: $7,212.30

    **Total amount needed to bring mortgage loan account current:  $169,194.58****


**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**M&T Bank**
P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 04/01/10 |
| **Amount Due** | **$169,194.58** |

If payment received after 11/16/14, $124.71 late fee will be charged.

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

8-750-85484-0095201-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   10/16/14

### Account Information

| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 6.000% |
| Maturity Date | 05/2038 |
| Outstanding Principal* | $406,394.27 |
| Escrow Balance | -$27,764.92 |
| Suspense Balance | $1,509.96 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $608.04 |
| Interest | +$1,886.10 |
| Tax/Insurance | +$392.93 |
| Overage / Shortage | +$185.69 |
| **Amount Billed this Statement** | **$3,072.76** |
| Amount Unpaid from Prior Statement | +$158,909.52 |
| Unpaid Late Charge(s) | +$1,039.80 |
| Recoverable Corporate Advance | +$6,172.50 |
| **Total Amount Due 11/01/14** | **$169,194.58** |

### Important Messages

Our records indicate that your account is currently in foreclosure. The amount reflected above is not necessarily the amount that is required to reinstate your loan. Prior to sending any funds/payments please contact the attorney firm handling your foreclosure to obtain the current reinstatement or payoff amount. A letter was previously sent to you with this contact information. If you are unsure what attorney firm is handling the foreclosure, please contact a Foreclosure Specialist at 1-800-724-1633.

### Past Payments Breakdown

| *May reflect more than 30 days of information | Paid Since Last Statement* | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $917.45 |
| Interest | $0.00 | $4,070.83 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $1,509.96 |
| **Total** | **$0.00** | **$6,498.24** |

### Transaction Activity

No transactions have occurred on your loan between the last billing statement and this statement date.

750-4402-301.tif

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| | | |
|---|---|---|
| Amount due | | $169,194.58 |
| If received after | 11/16/14 | $169,319.29 |

Please designate how you want us to apply any additional funds.

| | | |
|---|---|---|
| Additional Principal | $ | |
| Additional Escrow | $ | |
| Unpaid Late Charges | $ | |
| Other  (Must specify) | $ | |
| **Total Amount Enclosed** | **$** | |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

**INTERNET REPRINT**

 **M&T Bank**

10/16/2014

8-750-85484-0095201-001-000-010-000-000
JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

Account Number:     0091590554

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.**
Your loan became delinquent on 04/02/2010. As of 10/16/14 the payments are 1,659 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

Our records indicate that M&T and you have agreed to a/n Modification. If you have any questions about this Agreement, please call 1-800-724-1633.

## Recent Account History**

- Payment due 05/01/14: Payment of $3,481.95 remains outstanding

- Payment due 06/01/14: Payment of $3,481.95 remains outstanding

- Payment due 07/01/14: Payment of $3,481.95 remains outstanding

- Payment due 08/01/14: Payment of $3,481.95 remains outstanding

- Payment due 09/01/14: Payment of $3,481.95 remains outstanding

- Payment due 10/01/14: Payment of $3,481.95 remains outstanding


- Current mortgage account payment due 11/01/14: $3,072.76

- Outstanding Fees/Charges: $7,212.30

   **Total amount needed to bring mortgage loan account current:  $169,194.58****


**The above mortgage account is in foreclosure status and may be incurring additional fees. To protect any ownership interest you may have in the property secured by the mortgage account, you may contact 1-800-724-1633 or the foreclosure attorney/trustee for an accurate amount due to bring the loan current and cancel the current foreclosure action.

**M&T Bank**
P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 02/01/15 |
| **Amount Due** | **$4,378.14** |

If payment received after 03/16/15, $78.90 late fee will be charged.

5-750-90321-0007161-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   02/24/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $519,647.96 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $558,647.96 |
| Escrow Balance | -$843.72 |
| Suspense Balance | $2,120.79 |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| Principal | $713.04 |
|---|---|
| Interest | +$864.89 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| **Total Amount Due 03/01/15** | **$4,378.14** |

### Important Messages

**Simplify your life – manage your M&T mortgage online.**

When you enroll in "My Mortgage Info", you'll be able to:
• View current loan information
• Receive notification when your payments are received and when escrow disbursements occur
• Get tax and mortgage interest information

Visit mtb.com/mymortgageinfo to enroll or call 1-800-724-2224 for more information.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $1,420.15 | $1,420.15 |
| Interest | $1,735.71 | $3,245.67 |
| Escrow (Taxes & Insurance) | $1,222.28 | $33,728.18 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | -$4,378.14 | $2,120.79 |
| **Total** | **$0.00** | **$49,402.29** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/12/15 | 12/14 | Payment | | $709.48 | $868.45 | $611.14 | | | | |
| 02/12/15 | 01/15 | Payment | | $710.67 | $867.26 | $611.14 | | | -$4,378.14 | |

730-4402-0814F

---

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| Amount due | | $4,378.14 |
|---|---|---|
| If received after | 03/16/15 | $4,457.04 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

**M&T Bank**
P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 03/01/15 |
| **Amount Due** | **$2,189.07** |

If payment received after 03/16/15, $78.90 late fee will be charged.

6-750-90377-0008948-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

## Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:     02/25/15

## Account Information

| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $517,681.80 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $556,681.80 |
| Escrow Balance | $611.14 |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*  This is NOT a payoff figure. To obtain the full amount required to pay off your loan,
please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $715.13 |
| Interest | +$862.80 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| **Total Amount Due 03/01/15** | **$2,189.07** |

## Important Messages

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage
payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest
rate adjustment, we urge you to contact us as soon as possible at
1-800-724-2224.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $1,966.16 | $3,386.31 |
| Interest | $866.08 | $4,111.75 |
| Escrow (Taxes & Insurance) | $1,454.86 | $35,183.04 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | -$2,120.79 | $0.00 |
| Total | $2,166.31 | $51,568.60 |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/25/15 | 02/15 | Partial Payment Received | $2,166.31 | | | | | | $2,166.31 | |
| 02/25/15 | 02/15 | Payment | | | | | | | -$4,287.10 | |
| 02/25/15 | 02/15 | Payment | $3,032.79 | $711.85 | $866.08 | $1,454.86 | | | | |
| 02/25/15 | 03/15 | Principal Payment | $1,254.31 | $1,254.31 | | | | | | |

750-4422-0814F

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

## AMOUNT DUE

| | | |
|---|---|---|
| Due by | 03/01/15 | $2,189.07 |
| If received after | 03/16/15 | $2,267.97 |

Please designate how you want us to apply any additional funds

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

**M&T Bank**
P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 04/01/15 |

**Amount Due**  **$2,189.07**

If payment received after 04/16/15, $78.90 late fee will be charged.

3-750-91128-0103250-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

## Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:     03/16/15

## Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $516,966.67 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $555,966.67 |
| Escrow Balance | $1,222.28 |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan,
please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| Principal | $716.32 |
|---|---|
| Interest | +$861.61 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| **Total Amount Due 04/01/15** | **$2,189.07** |

## Important Messages

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage
payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest
rate adjustment, we urge you to contact us as soon as possible at
1-800-724-2224.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $715.13 | $4,101.44 |
| Interest | $862.80 | $4,974.55 |
| Escrow (Taxes & Insurance) | $611.14 | $35,794.18 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,189.07** | **$53,757.67** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/15 | 03/15 | Payment | $2,189.07 | $715.13 | $862.80 | $611.14 | | | | |

750-4402-3514F

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | | |
|---|---|---|
| Due by | 04/01/15 | $2,189.07 |
| If received after | 04/16/15 | $2,267.97 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

**INTERNET REPRINT**

**M&T Bank**
P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 04/01/15 |

**Amount Due** **$4,457.04**

*If payment received after 05/16/15, $78.90 late fee will be charged.*

7-750-92482-0027873-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date: 04/16/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $516,966.67 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $555,966.67 |
| Escrow Balance | $1,222.28 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* *This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| Principal | $717.51 |
|---|---|
| Interest | +$860.42 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$78.90 |
| **Total Amount Due 05/01/15** | **$4,457.04** |

\*\* *including any fees/charges imposed since last statement totaling $78.90*

### Important Messages

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

\*\*\*Please note, there is currently $78.90 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $4,101.44 |
| Interest | $0.00 | $4,974.55 |
| Escrow (Taxes & Insurance) | $0.00 | $35,794.18 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$53,757.67** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16/15 | 04/15 | Late Charge | | | | | | | | -$78.90 |

750-4402-3814F

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| Amount due | $4,457.04 |
|---|---|
| If received after 05/16/15 | $4,535.94 |

Please designate how you want us to apply any additional funds

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

**M&T Bank**
P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 05/01/15 |
| **Amount Due** | **$2,267.97** |

If payment received after 05/16/15, $78.90 late fee will be charged.

7-750-92898-0000780-001-000-010-000-100

JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:       04/27/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $516,250.35 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $555,250.35 |
| Escrow Balance | $1,833.42 |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan,
please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $717.51 |
| Interest | +$860.42 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Unpaid Late Charge(s) | +$78.90 |
| **Total Amount Due 05/01/15** | **$2,267.97** |

### Important Messages

***Please note, there is currently $78.90 in fees outstanding on your M&T
mortgage account. To pay this fee balance in full along with your next
regular monthly payment, please remit the amount listed under "Amount
Due" on the attached coupon.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $716.32 | $4,817.76 |
| Interest | $861.61 | $5,836.16 |
| Escrow (Taxes & Insurance) | $611.14 | $36,405.32 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $2,189.07 | $55,946.74 |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/27/15 | 04/15 | Payment | $2,189.07 | $716.32 | $861.61 | $611.14 | | | | |

750-4492-0814F

AYP

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | | |
|---|---|---|
| Due by | 05/01/15 | $2,267.97 |
| If received after | 05/16/15 | $2,346.87 |

Please designate how you want us to apply any additional funds

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

**M&T Bank**

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 06/01/15 |

**Amount Due**     **$2,267.97**

If payment received after 06/16/15, $78.90 late fee will be charged.

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:     05/18/15

2-750-93800-0026755-001-100-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $515,532.84 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $554,532.84 |
| Escrow Balance | $2,444.56 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan,
please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| Principal | $718.71 |
|---|---|
| Interest | +$859.22 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Unpaid Late Charge(s) | +$78.90 |
| **Total Amount Due 06/01/15** | **$2,267.97** |

### Important Messages

Please read the enclosed notice about your right to request information about your account or to report any suspected errors.  So that we may respond to you in a timely manner, you'll find important addresses where these specific inquiries should be submitted in writing.

\*\*\*Please note, there is currently $78.90 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $717.51 | $5,535.27 |
| Interest | $860.42 | $6,696.58 |
| Escrow (Taxes & Insurance) | $611.14 | $37,016.46 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,189.07** | **$58,135.81** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/18/15 | 05/15 | Payment | $2,189.07 | $717.51 | $860.42 | $611.14 | | | | |

BEDPOB

750-4402-3814F

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| Due by | 06/01/15 | $2,267.97 |
|---|---|---|
| If received after | 06/16/15 | $2,346.87 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 06/01/15 |
| **Amount Due** | **$4,535.94** |

If payment received after 07/16/15, $78.90 late fee will be charged.

5-750-95049-0055301-001-000-011-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date:      06/16/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $515,532.84 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $554,532.84 |
| Escrow Balance | $2,444.56 |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*  This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $719.91 |
| Interest | +$858.02 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$157.80 |
| **Total Amount Due 07/01/15** | **$4,535.94** |

** including any fees/charges imposed since last statement totaling $78.90

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $5,535.27 |
| Interest | $0.00 | $6,696.58 |
| Escrow (Taxes & Insurance) | $0.00 | $37,016.46 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$58,135.81** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/16/15 | 06/15 | Late Charge | | | | | | | | -$78.90 |

750-4430-4515F

ESMT15

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| | | |
|---|---|---|
| Amount due | | $4,535.94 |
| If received after | 07/16/15 | $4,614.84 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

**INTERNET REPRINT**

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 07/01/15 |
| **Amount Due** | **$2,346.87** |

If payment received after 07/16/15, $78.90 late fee will be charged.

6-750-95303-0008696-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | | |
|---|---|---|
| General Customer Service: | | 1-800-724-2224 |
| Property Tax: | | 1-866-406-0949 |
| Property Insurance: | | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date: 06/22/15

## Account Information

| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $514,814.13 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $553,814.13 |
| Escrow Balance | $3,055.70 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $719.91 |
| Interest | +$858.02 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Unpaid Late Charge(s) | +$157.80 |
| **Total Amount Due 07/01/15** | **$2,346.87** |

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $718.71 | $6,253.98 |
| Interest | $859.22 | $7,555.80 |
| Escrow (Taxes & Insurance) | $611.14 | $37,627.60 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $2,189.07 | $60,324.88 |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/22/15 | 06/15 | Payment | $2,189.07 | $718.71 | $859.22 | $611.14 | | | | |

750-4430-3515F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Due by | 07/01/15 | $2,346.87 |
|---|---|---|
| If received after | 07/16/15 | $2,425.77 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

INTERNET REPRINT

# M&T Bank

## Mortgage Statement

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

| Account Number | 0091590554 |
| Payment Due Date | 07/01/15 |

**Amount Due** **$4,614.84**

If payment received after 08/16/15, $78.90 late fee will be charged.

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   07/16/15

0-750-96390-0088517-001-001-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Account Information

| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $514,814.13 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $553,814.13 |
| Escrow Balance | $3,055.70 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*  This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| Principal | $721.11 |
| Interest | +$856.82 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$236.70 |
| **Total Amount Due 08/01/15** | **$4,614.84** |

** Including any fees/charges imposed since last statement totaling $78.90

### Important Messages

***Please note, there is currently $236.70 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $6,253.98 |
| Interest | $0.00 | $7,555.80 |
| Escrow (Taxes & Insurance) | $0.00 | $37,627.60 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$60,324.88** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/16/15 | 07/15 | Late Charge | | | | | | | | -$78.90 |

750-4430-0415F

CAB

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| Amount due | | $4,614.84 |
| If received after | 08/16/15 | $4,693.74 |

Please designate how you want us to apply any additional funds

| Additional Principal | $ | |
| Additional Escrow | $ | |
| Unpaid Late Charges | $ | |
| Other (Must specify) | $ | |
| **Total Amount Enclosed** | $ | |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

**INTERNET REPRINT**

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 08/01/15 |
| **Amount Due** | **$2,425.77** |

*If payment received after 08/16/15, $78.90 late fee will be charged.*

### Contact Us



| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

0-750-96798-0011625-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date: 07/27/15

## Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $514,094.22 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $553,094.22 |
| Escrow Balance | $3,666.84 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan,
please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

## Explanation of Amount Due

| Principal | $721.11 |
|---|---|
| Interest | +$856.82 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Unpaid Late Charge(s) | +$236.70 |
| **Total Amount Due 08/01/15** | **$2,425.77** |

## Important Messages

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage
payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest
rate adjustment, we urge you to contact us as soon as possible at
1-800-724-2224.
\*\*\*Please note, there is currently $236.70 in fees outstanding on your
M&T mortgage account. To pay this fee balance in full along with your
next regular monthly payment, please remit the amount listed under
"Amount Due" on the attached coupon.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $719.91 | $6,973.89 |
| Interest | $858.02 | $8,413.82 |
| Escrow (Taxes & Insurance) | $611.14 | $38,238.74 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $2,189.07 | $62,513.95 |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/15 | 07/15 | Payment | $2,189.07 | $719.91 | $858.02 | $611.14 | | | | |

750-4430-05155F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Due by | 08/01/15 | $2,425.77 |
|---|---|---|
| If received after | 08/16/15 | $2,504.67 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 08/01/15 |
| **Amount Due** | **$4,693.74** |

If payment received after 09/16/15, $78.90 late fee will be charged.

6-750-97834-0061043-001-000-011-000-100

JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:      08/17/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $514,094.22 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $553,094.22 |
| Escrow Balance | $3,666.84 |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*  This is NOT a payoff figure. To obtain the full amount required to pay off your loan,
please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $722.31 |
| Interest | +$855.62 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$315.60 |
| **Total Amount Due 09/01/15** | **$4,693.74** |

** including any fees/charges imposed since last statement totaling $78.90

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements
for your M&T mortgage! To sign up for e-statements:
1.   Visit www.mtb.com/mymortgageinfo
2.   Select "Mortgage Statement" from the left navigation bar
3.   Click on "sign me up for e-bill"
4.   Read the terms and conditions of the M&T Electronic Statement
Delivery page and then re-enter your user name and password for
mtb.com/mymortgageinfo
5.   Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing
M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $6,973.89 |
| Interest | $0.00 | $8,413.82 |
| Escrow (Taxes & Insurance) | $0.00 | $38,238.74 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$62,513.95** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/17/15 | 08/15 | Late Charge | | | | | | | | -$78.90 |

750-4433-3615F

ESMT15 AYP

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | |
|---|---|
| Amount due | $4,693.74 |
| If received after      09/16/15 | $4,772.64 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 08/01/15 |
| **Amount Due** | **$4,378.14** |

*If payment received after 09/16/15, $78.90 late fee will be charged.*

7-750-98348-0007246-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:    08/27/15

## Account Information

| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $515,359.02 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $554,359.02 |
| Escrow Balance | $2,823.12 |
| Suspense Balance | $2,098.03 |

| | |
|---|---|
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I rate Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $720.20 |
| Interest | +$857.73 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| **Total Amount Due 09/01/15** | **$4,378.14** |

*\*\* Including any fees/charges imposed since last statement totaling -$315.60*

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | -$1,264.80 | $5,709.09 |
| Interest | $10.49 | $8,424.31 |
| Escrow (Taxes & Insurance) | -$843.72 | $37,395.02 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $2,098.03 | $2,098.03 |
| **Total** | **$0.00** | **$62,513.95** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/25/15 | 02/15 | Payment | | $711.85 | $866.08 | $611.14 | | | -$2,189.07 | |
| 03/16/15 | 03/15 | Payment | | $713.04 | $864.89 | $611.14 | | | -$2,189.07 | |
| 04/27/15 | 04/15 | Payment | | $714.22 | $863.71 | $611.14 | | | -$2,189.07 | |
| 05/18/15 | 05/15 | Payment | | $715.42 | $862.51 | $611.14 | | | -$2,189.07 | |
| 06/22/15 | 06/15 | Payment | | $716.61 | $861.32 | $611.14 | | | -$2,189.07 | |
| 07/27/15 | 07/15 | Payment | | $717.80 | $860.13 | $611.14 | | | -$2,189.07 | |
| 08/21/15 | 08/15 | Late Fee Waived | | | | | | | | $315.60 |
| 08/21/15 | 07/15 | Transaction Reversal | | -$719.91 | -$858.02 | -$611.14 | | | $2,189.07 | |
| 08/21/15 | 06/15 | Transaction Reversal | | -$718.71 | -$859.22 | -$611.14 | | | $2,189.07 | |

(Continued on next page.)

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | | |
|---|---|---|
| Amount due | | $4,378.14 |
| If received after | 09/16/15 | $4,457.04 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

750-4430-3515F

**INTERNET REPRINT**

# M&T Bank

REPRESENTATION OF PRINTED DOCUMENT
P.O. Box 619063
Dallas, TX 76261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

Account Number

0091590554

7-750-98348-0007246-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

## Additional Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/15 | 05/15 | Transaction Reversal | | -$717.51 | -$860.42 | -$611.14 | | | $2,189.07 | |
| 08/21/15 | 04/15 | Transaction Reversal | | -$716.32 | -$861.61 | -$611.14 | | | $2,189.07 | |
| 08/21/15 | 03/15 | Transaction Reversal | | -$715.13 | -$862.80 | -$611.14 | | | $2,189.07 | |
| 08/21/15 | 03/15 | Transaction Reversal | | -$1,254.31 | | | | | | |
| 08/21/15 | 03/15 | Transaction Reversal | | | | | | | $1,254.31 | |
| 08/21/15 | 02/15 | Transaction Reversal | | -$711.85 | -$866.08 | -$1,454.86 | | | $3,032.79 | |

**Are you prepared if your Payment goes up?**

Your next scheduled interest rate adjustment is 11/01/2019.

It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account!
To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

**Simplify your life – manage your M&T mortgage online.**

When you enroll in "My Mortgage Info", you'll be able to:
• View current loan information
• Receive notification when your payments are received and when escrow disbursements occur
• Get tax and mortgage interest information

Visit mtb.com/mymortgageinfo to enroll or call 1-800-724-2224 for more information.

**Convenient Payment Options For You**
• **Automatic Deduction:** Choose a monthly payment date from the 1st to 10th... never worry about mailing a check again! Call 1-800-724-2224 today.
• **Pay-by-Phone:** Make a fast, same-day payment! Simply call 1-800-724-2224 for personal assistance, or use our Automated Speedpay Service directly at 1-866-241-6014 and make your payment for a nominal fee.
• **Online Payments:** For details, visit www.mtb.com/mymortgageinfo or call 1-800-724-2224.
• **Branch Payments:** Make a payment anytime at an M&T Bank branch. To find the branch nearest you visit www.mtb.com or call 1-800-724-2224.
• **Western Union's Quick Collect:** This same-day service is available for a minimal fee. Call 1-800-724-1633 to find the Western Union location nearest you.
Then, complete the Quick Collect form with your loan number and the city code: Trust.NY

## PAYMENT OPTIONS

 **Payment by mail**

 **Online payment**

**Pay-by-phone**

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageenfo

 **Pay at any M&T branch or through Western Union**
Call 1-800-724-7933 or nearest Western Union Location

## ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan, including:

* Payments
  - Sign up for recurring automatic deductions
  - One-time payments
  - Schedule extra payments (one-time, recurring type, etc.)

* Notify me® payment alerts –
  payments received or
  escrow disbursements
* You can also view your loan payment
  history, amortization schedule,
  principal balance, interest rate and
  escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

* **Additional Amount.** Please designate how you want additional funds to be applied, we will apply them as unless otherwise directed to your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your account allows for prepayments

* **Crediting of Payments.** Please be prompt - Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order and to M&T Bank and is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices

* To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

* **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

* To locate a HUD-approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T's Automated Phone Service by calling 116-828-1212 or 1-800-724-2224. Please have your loan number and the last five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday - Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
* You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
* You also have the right to file complaints about M&T Bank with the New York State Department of Financial Services
* You can get further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-800-342-3736, or by visiting the Department's website at www.dfs.ny.gov

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

As part of the Servicemembers Civil Relief Act (50 USC App. §§501-596), as well as the New York State laws that provide for certain benefits and/or protections for the military and/or military dependents, please contact our dedicated SCRA Servicing Team at branch telephone number (SM), Monday-Friday at 1-866-350-SCRA (7272), fax (716) XX XXX or via email at scraservicing@mtb.com, or by mail at the address below. Thank you.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1099/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| (\$17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park - 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

* **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.

* **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgagee loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125)

* **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process

* **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692 PA customers bills - M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-888-408-0949 (Fax # 1-817-826-0675)

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC

## ADDRESS CHANGE REQUEST

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you. Thank you!

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 09/01/15 |

### Amount Due $4,378.14

If payment received after 10/16/15, $78.90 late fee will be charged.

8-750-98524-0021844-001-000-011-000-000

JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:     09/01/15

## Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $514,640.02 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $553,640.02 |
| Escrow Balance | $3,434.26 |
| Suspense Balance | $2,098.03 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan,
please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $721.40 |
| Interest | +$856.53 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| **Total Amount Due 10/01/15** | **$4,378.14** |

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $719.00 | $6,428.09 |
| Interest | $858.93 | $9,283.24 |
| Escrow (Taxes & Insurance) | $611.14 | $38,006.16 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $2,098.03 |
| **Total** | **$2,189.07** | **$64,703.02** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/15 | 08/15 | Partial Payment Received | $2,189.07 | | | | | | $2,189.07 | |
| 08/31/15 | 08/15 | Payment | | $719.00 | $858.93 | $611.14 | | | -$2,189.07 | |

750-4430-55135

ESMT15

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

## AMOUNT DUE

| | | |
|---|---|---|
| Due by | 10/01/15 | $4,378.14 |
| If received after | 10/16/15 | $4,457.04 |

Please designate how you want us to apply any additional funds

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 09/01/15 |
| **Amount Due** | **$4,457.04** |

If payment received after 10/16/15, $78.90 late fee will be charged.

0-750-00285-0052469-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date:     09/16/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $512,541.99 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $551,541.99 |
| Escrow Balance | $3,434.26 |
| | |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan,
please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $724.90 |
| Interest | +$853.03 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$78.90 |
| **Total Amount Due 10/01/15** | **$4,457.04** |

** including any fees/charges imposed since last statement totaling $78.90

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $2,098.03 | $8,526.12 |
| Interest | $0.00 | $9,283.24 |
| Escrow (Taxes & Insurance) | $0.00 | $38,006.16 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | -$2,098.03 | $0.00 |
| **Total** | **$0.00** | **$64,703.02** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/15 | 09/15 | Principal Payment | | $2,098.03 | | | | | -$2,098.03 | |
| 09/16/15 | 09/15 | Late Charge | | | | | | | | -$78.90 |

750-4430-09/15F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | | |
|---|---|---|
| Amount due | | $4,457.04 |
| If received after | 10/16/15 | $4,535.94 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

INTERNET REPRINT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 10/01/15 |

**Amount Due** **$2,189.07**

If payment received after 10/16/15, $78.90 late fee will be charged.

3-750-00812-0014520-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:     09/28/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $510,818.30 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $549,818.30 |
| Escrow Balance | $4,045.40 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| Principal | $726.57 |
|---|---|
| Interest | +$851.36 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| **Total Amount Due 10/01/15** | **$2,189.07** |

** Including any fees/charges imposed since last statement totalling -$78.90

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $1,723.69 | $10,249.81 |
| Interest | $854.24 | $10,137.48 |
| Escrow (Taxes & Insurance) | $611.14 | $38,617.30 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$3,189.07** | **$67,892.09** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/15 | 09/15 | Late Fee Waived | | | | | | | | $78.90 |
| 09/28/15 | 09/15 | Payment | $2,189.07 | $723.69 | $854.24 | $611.14 | | | | |
| 09/28/15 | 10/15 | Principal Payment | $1,000.00 | $1,000.00 | | | | | | |

750-4433-5015F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| Due by | 10/01/15 | $2,189.07 |
|---|---|---|
| If received after | 10/16/15 | $2,267.97 |

Please designate how you want us to apply any additional funds

| Additional Principal | $ | |
|---|---|---|
| Additional Escrow | $ | |
| Unpaid Late Charges | $ | |
| Other  (Must specify) | $ | |
| **Total Amount Enclosed** | **$** | |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 10/01/15 |
| **Amount Due** | **$4,457.04** |

If payment received after 11/16/15, $78.90 late fee will be charged.

3-750-01647-0060682-001-000-011-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   10/16/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $510,818.30 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $549,818.30 |
| Escrow Balance | $4,045.40 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*  This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $727.78 |
| Interest | +$850.15 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$78.90 |
| **Total Amount Due 11/01/15** | **$4,457.04** |

** including any fees/charges imposed since last statement totaling $78.90

### Important Messages

Our records show that we have not received the required mortgage payment on the account listed.

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $10,249.81 |
| Interest | $0.00 | $10,137.48 |
| Escrow (Taxes & Insurance) | $0.00 | $38,617.30 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$67,892.09** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/15 | 10/15 | Late Charge | | | | | | | | -$78.90 |

750-4410-56159

ESMT15

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Amount due | | $4,457.04 |
|---|---|---|
| If received after | 11/16/15 | $4,535.94 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

INTERNET REPRINT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 11/01/15 |
| **Amount Due** | **$2,267.97** |

If payment received after 11/16/15, $78.90 late fee will be charged.

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

2-750-02229-0009062-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810  N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:     10/29/15

## Account Information

| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $510,091.73 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $549,091.73 |
| Escrow Balance | $4,656.54 |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| Principal | $727.78 |
|---|---|
| Interest | +$850.15 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Unpaid Late Charge(s) | +$78.90 |
| **Total Amount Due 11/01/15** | **$2,267.97** |

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $726.57 | $10,976.38 |
| Interest | $851.36 | $10,988.84 |
| Escrow (Taxes & Insurance) | $611.14 | $39,228.44 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,189.07** | **$70,081.16** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/15 | 10/15 | Payment | $2,189.07 | $726.57 | $851.36 | $611.14 | | | | |

750-4433-95 15F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

## AMOUNT DUE

| Due by | 11/01/15 | $2,267.97 |
|---|---|---|
| If received after | 11/16/15 | $2,346.87 |

Please designate how you want to apply any additional funds

| Additional Principal | $ | |
|---|---|---|
| Additional Escrow | $ | |
| Unpaid Late Charges | $ | |
| Other  (Must specify) | $ | |
| **Total Amount Enclosed** | **$** | |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

**INTERNET REPRINT**

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 11/01/15 |
| **Amount Due** | **$4,550.94** |

If payment received after 12/16/15, $78.90 late fee will be charged.

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   11/16/15

7-750-02932-0059779-001-000-011-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Account Information

| Property Address | 810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $510,091.73 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $549,091.73 |
| Escrow Balance | -$42.27 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $728.99 |
| Interest | +$848.94 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$157.80 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 12/01/15** | **$4,550.94** |

** including any fees/charges imposed since last statement totaling $93.90

### Important Messages

Our records show that we have not received the required mortgage payment on the account listed.

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $10,976.38 |
| Interest | $0.00 | $10,988.84 |
| Escrow (Taxes & Insurance) | $0.00 | $39,228.44 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $70,081.16 |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/15 | 11/15 | County Tax Disbursement | | | | -$4,698.81 | | | | |
| 11/09/15 | 11/15 | Fax Fee | | | | | | | | -$15.00 |
| 11/16/15 | 11/15 | Late Charge | | | | | | | | -$78.90 |

730-4430-3515F

ESMT15

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | | |
|---|---|---|
| Amount due | | $4,550.94 |
| If received after | 12/16/15 | $4,629.84 |

Please designate how you want us to apply any additional funds

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 12/01/15 |

**Amount Due** **$2,361.87**

If payment received after 12/16/15, $78.90 late fee will be charged.

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:    11/27/15

0-750-03448-0000052-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

## Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $509,363.95 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $548,363.95 |
| Escrow Balance | $568.87 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $728.99 |
| Interest | +$848.94 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Unpaid Late Charge(s) | +$157.80 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 12/01/15** | **$2,361.87** |

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $727.78 | $11,704.16 |
| Interest | $850.15 | $11,838.99 |
| Escrow (Taxes & Insurance) | $611.14 | $39,839.58 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $2,189.07 | $72,270.23 |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/15 | 11/15 | Payment | $2,189.07 | $727.78 | $850.15 | $611.14 | | | | |

730-4433-34137

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | | |
|---|---|---|
| Due by | 12/01/15 | $2,361.87 |
| If received after | 12/16/15 | $2,440.77 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

**M&T** Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

PRESENTATION OF PRINTED DOCUMENT

# Mortgage Statement

| Account Number | 0091590554 |
| Payment Due Date | 12/01/15 |
| **Amount Due** | **$4,613.29** |

If payment received after 01/16/16, $78.90 late fee will be charged.

9-750-04336-0055805-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
C/O NEW REGS RESEARCH GRP LLC
2350 N UNIVERSITY DR # 8305
PEMBROKE PINES FL 33024

## Contact Us



| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
| Lending Services, Customer Support | P.O. Box 62102 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:      12/16/15

## Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
| --- | --- |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $509,363.95 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $548,363.95 |
| Escrow Balance | -$1,747.13 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| Principal | $730.20 |
| Interest | +$847.73 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$236.70 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 01/01/16** | **$4,613.29** |

** including any fees/charges imposed since last statement totaling $78.90

## Important Messages

**Important information regarding your 2015 Mortgage Interest Statement (IRS Form 1098)*** In January 2016, you may receive your Annual Mortgage Interest Statement  (IRS Form 1098) in the same envelope as your Mortgage Statement.

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
| --- | --- | --- |
| Principal | $0.00 | $11,704.16 |
| Interest | $0.00 | $11,838.99 |
| Escrow (Taxes & Insurance) | $0.00 | $39,839.58 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$72,270.23** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/10/15 | 01/16 | Hazard Disbursement | | | | -$2,316.00 | | | | |
| 12/16/15 | 12/15 | Late Charge | | | | | | | | -$78.90 |

**M&T** Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

## AMOUNT DUE

| Amount due | | $4,613.29 |
| If received after | 01/16/16 | $4,692.19 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 01/01/16 |
| **Amount Due** | **$2,424.22** |

If payment received after 01/16/16, $78.90 late fee will be charged.

4-750-04793-0018435-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
C/O NEW REGS RESEARCH GRP LLC
2350 N UNIVERSITY DR # 8305
PEMBROKE PINES FL 33024

### Contact Us

| | | |
|---|---|---|
| General Customer Service: | | 1-800-724-2224 |
| Property Tax: | | 1-866-406-0949 |
| Property Insurance: | | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:  12/28/15

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $508,634.96 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $547,634.96 |
| Escrow Balance | -$1,135.99 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $730.20 |
| Interest | +$847.73 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Unpaid Late Charge(s) | +$236.70 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 01/01/16** | **$2,424.22** |

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $728.99 | $12,433.15 |
| Interest | $848.94 | $12,687.93 |
| Escrow (Taxes & Insurance) | $611.14 | $40,450.72 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,189.07** | **$74,459.30** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/15 | 12/15 | Payment | $2,189.07 | $728.99 | $848.94 | $611.14 | | | | |

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Due by | 01/01/16 | $2,424.22 |
|---|---|---|
| If received after | 01/16/16 | $2,503.12 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 01/01/16 |
| **Amount Due** | **$4,675.64** |

*If payment received after 02/16/16, $78.90 late fee will be charged.*

0-750-05812-0096783-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| **General Customer Service:** | 1-800-724-2224 |
| **Property Tax:** | 1-866-406-0949 |
| **Property Insurance:** | 1-888-882-1847 |

| **Correspondence Address:** | **Payment Mailing Address:** |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

**www.mtb.com/mymortgageinfo**

Statement Date:   01/19/16

### Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $508,634.96 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $547,634.96 |
| Escrow Balance | -$1,135.99 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $731.42 |
| Interest | +$846.51 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$315.60 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 02/01/16** | **$4,675.64** |

*\*\* including any fees/charges imposed since last statement totaling $78.90*

### Important Messages

Our records show that we have not received the required mortgage payment on the account this time.

***Please note, there is currently $330.60 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/19/16 | 01/16 | Late Charge | | | | | | | | -$78.90 |

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | |
|---|---|
| Amount due | $4,675.64 |
| If received after 02/16/16 | $4,754.54 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

**INTERNET REPRINT**

REPRESENTATION OF PRINTED DOCUMENT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 02/01/16 |
| **Amount Due** | **$4,675.64** |

*If payment received after 03/16/16, $78.90 late fee will be charged.*

7-750-06237-0025773-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | Mortgage Payments |
| P.O. Box 1288 | P.O. Box 62182 |
| Buffalo, NY 14240-1288 | Baltimore, MD 21264-2182 |

www.mtb.com/mymortgageinfo

Statement Date:   02/01/16

### Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $507,904.76 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $546,904.76 |
| Escrow Balance | -$541.40 |
| Suspense Balance | $16.55 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $732.64 |
| Interest | +$845.29 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s) | +$315.60 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 03/01/16** | **$4,675.64** |

### Important Messages

\*\*\*Please note, there is currently $330.60 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $730.20 | $730.20 |
| Interest | $847.73 | $847.73 |
| Escrow (Taxes & Insurance) | $594.59 | $594.59 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $16.55 | $16.55 |
| **Total** | **$2,189.07** | **$2,189.07** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/16 | 01/16 | Partial Payment Received | $2,189.07 | $730.20 | $847.73 | $594.59 | | | $16.55 | |

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| | | |
|---|---|---|
| Due by | 03/01/16 | $4,675.64 |
| If received after | 03/16/16 | $4,754.54 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

**INTERNET REPRINT**

REPRESENTATION OF PRINTED DOCUMENT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 02/01/16 |
| **Amount Due** | **$4,754.54** |

If payment received after 03/16/16, $78.90 late fee will be charged.

5-750-06897-0123812-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us



| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-866-882-1847 |



| **Correspondence Address:** | **Payment Mailing Address:** |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2782 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:    02/16/16

## Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $507,904.76 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $546,904.76 |
| Escrow Balance | -$524.85 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff loan. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| Principal | $732.64 |
|---|---|
| Interest | +$845.29 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$394.50 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 03/01/16** | **$4,754.54** |

** including any fees/charges imposed since last statement totaling $78.90

## Important Messages

Our records show that we have not received the required mortgage payment on the account listed.

***Please note, there is currently $409.50 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $730.20 |
| Interest | $0.00 | $847.73 |
| Escrow (Taxes & Insurance) | $16.55 | $611.14 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$16.55 | $0.00 |
| **Total** | **$0.00** | **$2,189.07** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/16 | 02/16 | Payment | | | | $16.55 | | | -$16.55 | |
| 02/16/16 | 02/16 | Late Charge | | | | | | | | -$78.90 |

750-4430-0516F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Amount due | $4,754.54 |
|---|---|
| If received after   03/16/16 | $4,833.44 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

**INTERNET REPRINT**

# M&T Bank

REPRESENTATION OF PRINTED DOCUMENT

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 03/01/16 |
| **Amount Due** | **$2,582.02** |

If payment received after 03/16/16, $78.90 late fee will be charged.

0-750-07340-0013173-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
ATTN JESSICA KERR ESQ AND ALL
4000 HOLLYWOOD BLVD SUITE 435
HOLLYWOOD FL 33021

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date:     02/26/16

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $507,173.34 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $546,173.34 |
| Escrow Balance | $69.74 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $732.64 |
| Interest | +$845.29 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Unpaid Late Charge(s) | +$394.50 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 03/01/16** | **$2,582.02** |

### Important Messages

***Please note, there is currently $409.50 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $731.42 | $1,461.62 |
| Interest | $846.51 | $1,694.24 |
| Escrow (Taxes & Insurance) | $594.59 | $1,205.73 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,172.52** | **$4,361.59** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/16 | 02/16 | Payment | $2,172.52 | $731.42 | $846.51 | $594.59 | | | | |

750-4450-0516F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Due by | 03/01/16 | $2,582.02 |
|---|---|---|
| If received after | 03/16/16 | $2,660.92 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

**INTERNET REPRINT**

**M&T** Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 03/01/16 |

**Amount Due** **$4,833.44**

If payment received after 04/16/16, $78.90 late fee will be charged.

8-750-08161-0083437-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

## Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date: 03/16/16

## Account Information

Property Address: 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304

| | |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $507,173.34 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $546,173.34 |
| Escrow Balance | $89.74 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $733.86 |
| Interest | +$844.07 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$473.40 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 04/01/16** | **$4,833.44** |

** Including any fees/charges imposed since last statement totaling $78.90

## Important Messages

***Please note, there is currently $488.40 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $1,461.62 |
| Interest | $0.00 | $1,694.24 |
| Escrow (Taxes & Insurance) | $0.00 | $1,205.73 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$4,361.59** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/16 | 03/16 | Late Charge | | | | | | | | -$76.90 |

750-44300-0516F

**M&T** Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

## AMOUNT DUE

| Amount due | $4,833.44 |
|---|---|
| If received after 04/16/16 | $4,912.34 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

**INTERNET REPRINT**

REPRESENTATION OF PRINTED DOCUMENT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 04/01/16 |
| **Amount Due** | **$2,660.92** |

If payment received after 04/16/16, $78.90 late fee will be charged.

### Contact Us

|  | | |
|---|---|---|
| General Customer Service: | | 1-800-724-2224 |
| Property Tax: | | 1-866-406-0949 |
| Property Insurance: | | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   03/30/16

8-750-08759-0011911-001-001-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |

| | |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $506,440.70 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $545,440.70 |
| Escrow Balance | $664.33 |

| | |
|---|---|
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $733.86 |
| Interest | +$844.07 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Unpaid Late Charge(s) | +$473.40 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 04/01/16** | **$2,660.92** |

### Important Messages

\*\*\*Please note, there is currently $488.40 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $732.64 | $2,194.26 |
| Interest | $845.29 | $2,539.53 |
| Escrow (Taxes & Insurance) | $594.59 | $1,800.32 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,172.52** | **$6,534.11** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/16 | 03/16 | Payment | $2,172.52 | $732.64 | $845.29 | $594.59 | | | | |

CAB

750-4430-0515F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Due by | 04/01/16 | $2,660.92 |
|---|---|---|
| If received after | 04/16/16 | $2,739.82 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ | |
|---|---|---|
| Additional Escrow | $ | |
| Unpaid Late Charges | $ | |
| Other (Must specify) | $ | |
| Total Amount Enclosed | $ | |

**INTERNET REPRINT**

**M&T** Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

REPRESENTATION OF PRINTED DOCUMENT

# Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 04/01/16 |

**Amount Due** $4,912.34

If payment received after 05/16/16, $78.90 late fee will be charged.

2-750-09570-0049941-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

## Contact Us

| | |
|---|---|
| **General Customer Service:** | 1-800-724-2224 |
| **Property Tax:** | 1-866-406-0949 |
| **Property Insurance:** | 1-888-882-1847 |

| **Correspondence Address:** | **Payment Mailing Address:** |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date: 04/18/16

## Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $506,440.70 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $545,440.70 |
| Escrow Balance | $664.33 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $735.09 |
| Interest | +$842.84 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$552.30 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 05/01/16** | **$4,912.34** |

** including any fees/charges imposed since last statement totaling $78.90

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:
1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $2,194.26 |
| Interest | $0.00 | $2,539.53 |
| Escrow (Taxes & Insurance) | $0.00 | $1,800.32 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$6,534.11** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/18/16 | 04/16 | Late Charge | | | | | | | | -$78.90 |

**M&T** Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

## AMOUNT DUE

| | |
|---|---|
| Amount due | $4,912.34 |
| If received after 05/16/16 | $4,991.24 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

**INTERNET REPRINT**

REPRESENTATION OF PRINTED DOCUMENT

# M&T Bank

## Mortgage Statement

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 05/01/16 |
| **Amount Due** | **$4,912.34** |

If payment received after 06/16/16, $78.90 late fee will be charged.

8-750-10167-0021956-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2162 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   05/02/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $505,706.84 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $544,706.84 |
| Escrow Balance | $1,258.92 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $736.31 |
| Interest | +$841.62 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s) | +$552.30 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 06/01/16** | **$4,912.34** |

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $733.86 | $2,928.12 |
| Interest | $844.07 | $3,383.60 |
| Escrow (Taxes & Insurance) | $594.59 | $2,394.91 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $2,172.52 | $8,706.63 |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/02/16 | 04/16 | Payment | $2,172.52 | $733.86 | $844.07 | $594.59 | | | | |

750-4430-0816F

## M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| | | |
|---|---|---|
| Amount due | | $4,912.34 |
| If received after   06/16/16 | | $4,991.24 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

**INTERNET REPRINT**

REPRESENTATION OF PRINTED DOCUMENT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 05/01/16 |
| **Amount Due** | **$4,991.24** |

If payment received after 06/16/16, $78.90 late fee will be charged.

2-750-10782-0072579-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date:  05/16/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $505,706.84 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $544,706.84 |
| Escrow Balance | $1,258.92 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $736.31 |
| Interest | +$841.62 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$631.20 |
| Return Item/Other Fees** | +$15.00 |
| **Total Amount Due 06/01/16** | **$4,991.24** |

** including any fees/charges imposed since last statement totaling $78.90

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:
1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $2,928.12 |
| Interest | $0.00 | $3,383.60 |
| Escrow (Taxes & Insurance) | $0.00 | $2,394.91 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$8,706.63** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/16 | 05/16 | Late Charge | | | | | | | | -$78.90 |

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | |
|---|---|
| Amount due | $4,991.24 |
| If received after  06/16/16 | $5,070.14 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

**INTERNET REPRINT**

**M&T Bank**

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

REPRESENTATION OF PRINTED DOCUMENT

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 06/01/16 |
| **Amount Due** | **$4,991.24** |

If payment received after 07/16/16, $78.90 late fee will be charged.

7-750-11631-0025652-001-000-011-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| | |
|---|---|
| **General Customer Service:** | 1-800-724-2224 |
| **Property Tax:** | 1-866-406-0949 |
| **Property Insurance:** | 1-888-882-1847 |

| **Correspondence Address:** | **Payment Mailing Address:** |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

 www.mtb.com/mymortgageinfo

Statement Date:      06/06/16

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $504,971.75 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $543,971.75 |
| Escrow Balance | $1,853.51 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $737.54 |
| Interest | +$840.39 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s) | +$631.20 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 07/01/16** | **$4,991.24** |

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1.  Visit www.mtb.com/mymortgageinfo
2.  Select "Mortgage Statement" from the left navigation bar
3.  Click on "sign me up for e-bill"
4.  Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5.  Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $735.09 | $3,663.21 |
| Interest | $842.84 | $4,226.44 |
| Escrow (Taxes & Insurance) | $594.59 | $2,989.50 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,172.52** | **$10,879.15** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/16 | 05/16 | Payment | $2,172.52 | $735.09 | $842.84 | $594.59 | | | | |

ESMT15

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | |
|---|---|
| Amount due | $4,991.24 |
| If received after   07/16/16 | $5,070.14 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

**INTERNET REPRINT**

REPRESENTATION OF PRINTED DOCUMENT

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 06/01/16 |
| **Amount Due** | **$5,070.14** |

If payment received after 07/16/16, $78.90 late fee will be charged.

4-750-12073-0029209-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| | | |
|---|---|---|
| General Customer Service: | | 1-800-724-2224 |
| Property Tax: | | 1-866-406-0949 |
| Property Insurance: | | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   06/16/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $504,971.75 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $543,971.75 |
| Escrow Balance | $1,853.51 |
| Suspense Balance | $69.00 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $737.54 |
| Interest | +$840.39 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$710.10 |
| Return Item/Charge(s)** | +$15.00 |
| **Total Amount Due 07/01/16** | **$5,070.14** |

** including any fees/charges imposed since last statement totaling $78.90

### Important Messages

***Please note, there is currently $725.10 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from your checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $3,663.21 |
| Interest | $0.00 | $4,226.44 |
| Escrow (Taxes & Insurance) | $0.00 | $2,989.50 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $69.00 | $69.00 |
| Total | $69.00 | $10,948.15 |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/16 | 06/16 | Partial Payment Received | $69.00 | | | | | | $69.00 | |
| 06/16/16 | 06/16 | Late Charge | | | | | | | | -$78.90 |

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| | |
|---|---|
| Amount due | $5,070.14 |
| If received after 07/16/16 | $5,149.04 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

**INTERNET REPRINT**



**M&T** Bank
P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 08/01/16 |

**Amount Due**   **$2,172.52**

If payment received after 08/16/16, $78.90 late fee will be charged.

## Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

Correspondence Address:
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

Payment Mailing Address:
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

0-750-13350-0030785-001-001-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

Statement Date:   07/18/16

## Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $505,619.71 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $544,619.71 |
| Escrow Balance | $2,951.65 |
| Suspense Balance | $69.00 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $735.23 |
| Interest | +$842.70 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| **Total Amount Due 08/01/16** | **$2,172.52** |

## Important Messages

**Simplify your life – manage your M&T mortgage online.**

When you enroll in "My Mortgage Info", you'll be able to:
• View current loan information
• Receive notification when your payments are received and when escrow disbursements occur
• Get tax and mortgage interest information

Visit mtb.com/mymortgageinfo to enroll or call 1-800-724-2224 for more information.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $6,578.71 | $3,015.25 |
| Interest | $7,639.21 | $5,948.78 |
| Escrow (Taxes & Insurance) | $5,400.96 | $4,087.64 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$19,618.88 | $69.00 |
| **Total** | **$0.00** | **$13,120.67** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/15 | 11/15 | Payment | | $724.27 | $853.66 | $611.14 | | | -$2,189.07 | |
| 11/27/15 | 12/15 | Payment | | $725.47 | $852.46 | $611.14 | | | -$2,189.07 | |
| 12/28/15 | 01/16 | Payment | | $726.68 | $851.25 | $611.14 | | | -$2,189.07 | |
| 02/01/16 | 02/16 | Payment | | $727.89 | $850.04 | $594.59 | | | -$2,172.52 | |
| 02/01/16 | 03/16 | Principal Payment | | $16.55 | | | | | -$16.55 | |
| 02/26/16 | 03/16 | Payment | | $729.13 | $848.80 | $594.59 | | | -$2,172.52 | |
| 03/30/16 | 04/16 | Payment | | $730.35 | $847.58 | $594.59 | | | -$2,172.52 | |
| 05/02/16 | 05/16 | Payment | | $731.57 | $846.36 | $594.59 | | | -$2,172.52 | |
| 06/03/16 | 06/16 | Payment | | $732.79 | $845.14 | $594.59 | | | -$2,172.52 | |
| 07/05/16 | 07/16 | Payment | | $734.01 | $843.92 | $594.59 | | | -$2,172.52 | |

CAB

**M&T** Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| Due by | 08/01/16 | $2,172.52 |
|---|---|---|
| If received after | 08/16/16 | $2,251.42 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

750-4430-0615F

**INTERNET REPRINT**



**M&T** Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 09/01/15 |

## Amount Due    $23,963.92

If payment received after 07/16/16, $78.90 late fee will be charged.

1-750-12590-0000004-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

## Contact Us



| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date:    06/29/16

## Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $513,640.02 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $552,640.02 |
| Escrow Balance | -$3,580.55 |
| Suspense Balance | $21,802.46 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

## Explanation of Amount Due

| Principal | $733.98 |
|---|---|
| Interest | +$843.95 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$21,791.40 |
| **Total Amount Due 07/01/16** | **$23,963.92** |

** including any fees/charges imposed since last statement totaling -$725.10

## Important Messages

Your account is severely past due. We want to help you prevent further damage to your credit and avoid the possible loss of your home. We may be able to offer you special assistance during this difficult time. Additionally, advances may have occurred on your loan since this statement was produced. Please call us at 1-800-724-1633 to obtain an updated amount required to bring your loan current or to discuss alternate repayment options that may be available to you.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | -$8,668.27 | -$5,005.06 |
| Interest | -$7,631.13 | -$3,404.69 |
| Escrow (Taxes & Insurance) | -$5,434.06 | -$2,444.56 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $21,733.46 | $21,802.46 |
| **Total** | **$0.00** | **$10,948.15** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/28/15 | 09/15 | Principal Payment | | $1,000.00 | | | | | -$1,000.00 | |
| 06/23/16 | 06/16 | Fax Fee | $15.00 | | | | | | | $15.00 |
| 06/23/16 | 06/16 | Late Fee Waived | | | | | | | | $710.10 |
| 06/27/16 | 05/16 | Transaction Reversal | | -$735.09 | -$842.84 | -$594.59 | | | $2,172.52 | |
| 06/27/16 | 04/16 | Transaction Reversal | | -$733.86 | -$844.07 | -$594.59 | | | $2,172.52 | |
| 06/27/16 | 03/16 | Transaction Reversal | | -$732.64 | -$845.29 | -$594.59 | | | $2,172.52 | |
| 06/27/16 | 02/16 | Transaction Reversal | | -$731.42 | -$846.51 | -$594.59 | | | $2,172.52 | |
| 06/27/16 | 02/16 | Transaction Reversal | | | | -$16.55 | | | $16.55 | |
| 06/27/16 | 01/16 | Transaction Reversal | | -$730.20 | -$847.73 | -$594.59 | | | $2,172.52 | |

(Continued on next page.)

**M&T** Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

## AMOUNT DUE

| Amount due | $23,963.92 |
|---|---|
| If received after   07/16/16 | $24,042.82 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | **$** |

**INTERNET REPRINT**

REPRESENTATION OF PRINTED DOCUMENT

**M&T Bank**

P.O. Box 619063
Dallas, TX 76261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

Account Number      0091590554

1-750-12590-0000004-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Additional Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/16 | 12/15 | Transaction Reversal | | -$728.99 | -$848.94 | -$611.14 | | | $2,189.07 | |
| 06/28/16 | 11/15 | Transaction Reversal | | -$727.78 | -$850.15 | -$611.14 | | | $2,189.07 | |
| 06/28/16 | 10/15 | Transaction Reversal | | -$726.57 | -$851.36 | -$611.14 | | | $2,189.07 | |
| 06/28/16 | 10/15 | Transaction Reversal | | -$1,000.00 | | | | | | |
| 06/28/16 | 10/15 | Transaction Reversal | | | | | | | $1,000.00 | |
| 06/28/16 | 09/15 | Transaction Reversal | | -$723.69 | -$854.24 | -$611.14 | | | $2,189.07 | |
| 06/28/16 | 09/15 | Transaction Reversal | | -$2,098.03 | | | | | | |
| 06/28/16 | 09/15 | Transaction Reversal | | | | | | | $2,098.03 | |

**Simplify your life – manage your M&T mortgage online.**

When you enroll in "My Mortgage Info", you'll be able to:
• View current loan information
• Receive notification when your payments are received and when escrow disbursements occur
• Get tax and mortgage interest information

Visit mtb.com/mymortgageinfo to enroll or call 1-800-724-2224 for more information.

**Convenient Payment Options For You**
• **Automatic Deduction:** Choose a monthly payment date from the 1st to 10th… never worry about mailing a check again! Call 1-800-724-2224 today.
• **Pay-by-Phone:** Make a fast, same-day payment! Simply call 1-800-724-2224 for personal assistance, or use our Automated Speedpay Service directly at 1-866-241-6014 and make your payment for a nominal fee.
• **Online Payments:** For details, visit www.mtb.com/mymortgageinfo or call 1-800-724-2224.
• **Branch Payments:** Make a payment anytime at an M&T Bank branch. To find the branch nearest you visit www.mtb.com or call 1-800-724-2224.
• **Western Union's Quick Collect:** This same-day service is available for a minimal fee. Call 1-800-724-1633 to find the Western Union location nearest you. Then, complete the Quick Collect form with your loan number and the city code: Trust.NY

750-4438-0615F   PAGE 2

**M&T** Bank

06/29/2016

1-750-12590-0000004-001-000-010-000-000
JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

Account Number:      0091590554

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.**
Your loan became delinquent on 09/02/2015. As of 06/29/16 the payments are 302 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

Our records indicate that M&T and you have agreed to a/n Modification. If you have any questions about this Agreement, please call 1-800-724-1633.

The mortgage loan account is currently delinquent and is being reviewed for further legal action. Please call M&T today at 1-800-724-1633 between the hours of 8:00 A.M. and 10:00 P.M. (EST) Monday through Thursday, 8:00 A.M. and 5:00 P.M. (EST) Friday, or 8:00 A.M. and 12:00 P.M. (EST) Saturday to obtain more information or to discuss payment arrangements to protect any interest you may have in the property.

## Recent Account History

- Payment due 01/01/16: Payment of $2,172.52 remains outstanding

- Payment due 02/01/16: Payment of $2,172.52 remains outstanding

- Payment due 03/01/16: Payment of $2,172.52 remains outstanding

- Payment due 04/01/16: Payment of $2,172.52 remains outstanding

- Payment due 05/01/16: Payment of $2,172.52 remains outstanding

- Payment due 06/01/16: Payment of $2,172.52 remains outstanding

- Current mortgage account payment due 07/01/16: $2,172.52

**Total amount needed to bring mortgage loan account current:  $23,963.92**

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 11/01/15 |
| **Amount Due** | **$21,758.30** |

If payment received after 08/16/16, $78.90 late fee will be charged.

4-750-13157-0000071-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

Correspondence Address:
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

Payment Mailing Address:
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date: 07/13/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $512,198.42 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $551,198.42 |
| Escrow Balance | -$2,449.31 |
| Suspense Balance | $19,687.88 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $735.20 |
| Interest | +$842.73 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$19,585.78 |
| **Total Amount Due 08/01/16** | **$21,758.30** |

### Important Messages

Your account is severely past due. We want to help you prevent further damage to your credit and avoid the possible loss of your home. We may be able to offer you special assistance during this difficult time. Additionally, advances may have occurred on your loan since this statement was produced. Please call us at 1-800-724-1633 to obtain an updated amount required to bring your loan current or to discuss alternate repayment options that may be available to you.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $1,441.60 | -$3,563.46 |
| Interest | $1,714.26 | -$1,690.43 |
| Escrow (Taxes & Insurance) | $1,131.24 | -$1,313.32 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$2,114.58 | $19,687.88 |
| **Total** | **$2,172.52** | **$13,120.67** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/15 | 09/15 | Payment | | $720.20 | $857.73 | $520.10 | | | -$2,098.03 | |
| 09/28/15 | 10/15 | Payment | | $721.40 | $856.53 | $611.14 | | | -$2,189.07 | |
| 09/28/15 | 11/15 | Principal Payment | $1,000.00 | | | | | | -$1,000.00 | |
| 07/05/16 | 09/15 | Partial Payment Received | $2,172.52 | | | | | | $2,172.52 | |
| 07/11/16 | 07/16 | Property Inspection | | | | | | | | -$14.00 |
| 07/11/16 | 09/15 | Transaction Reversal | | -$1,000.00 | | | | | | |
| 07/11/16 | 09/15 | Transaction Reversal | | | | | | | $1,000.00 | |
| 07/13/16 | 07/16 | Property Inspection | $14.00 | | | | | | | $14.00 |

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | |
|---|---|
| Amount due | $21,758.30 |
| If received after 08/16/16 | $21,837.20 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

**INTERNET REPRINT**

**M&T Bank**

07/13/2016

4-750-13157-0000071-001-000-010-000-000
JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

Account Number:      0091590554

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.**
Your loan became delinquent on 11/02/2015. As of 07/13/16 the payments are 255 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

Our records indicate that M&T and you have agreed to a/n Modification. If you have any questions about this Agreement, please call 1-800-724-1633.

The mortgage loan account is currently delinquent and is being reviewed for further legal action. Please call M&T today at 1-800-724-1633 between the hours of 8:00 A.M. and 10:00 P.M. (EST) Monday through Thursday, 8:00 A.M. and 5:00 P.M. (EST) Friday, or 8:00 A.M. and 12:00 P.M. (EST) Saturday to obtain more information or to discuss payment arrangements to protect any interest you may have in the property.

**Recent Account History**

- Payment due 02/01/16: Payment of $2,172.52 remains outstanding

- Payment due 03/01/16: Payment of $2,172.52 remains outstanding

- Payment due 04/01/16: Payment of $2,172.52 remains outstanding

- Payment due 05/01/16: Payment of $2,172.52 remains outstanding

- Payment due 06/01/16: Payment of $2,172.52 remains outstanding

- Payment due 07/01/16: Payment of $2,172.52 remains outstanding

- Current mortgage account payment due 08/01/16 : $2,172.52

   **Total amount needed to bring mortgage loan account current:  $21,758.30**

## Loan Activity - Collection Contacts 12/1/2014 - 7/26/2016

### 738 - M & T BANK

**Loan Number:** 0091590554　　　　　　　　　　**Borrower Name:** CIVETTI,JOHN

---

PRI CMT REMOVED 754 400 0634 954 843 3546  954 536 4045 CU
0091590554
Collection Note
Date:                     12/02/2015
Time:                     14:24:00
User:                          JPB
REMOVED 754 400 0634 954 843 3546
954 536 4045 CUSTOMER HAS NOR ON
FILE***SEE MEM1 FOR CONTACT
INFO****

07/19/16 MOD: PROG    STAT TA STAT DATE 07/19/16 RSN
0091590554
Collection Note
Date:                     07/19/2016
Time:                     15:48:41
User:                          (S3
MOD: PROG STAT TA STAT DATE
07/19/16 RSN

07/18/16 EDI CODE 20 PRODUCED
0091590554
Collection Note
Date:                     07/18/2016
User:                          ***
EDI CODE 20 PRODUCED

07/13/16 EDI CODE 20 PRODUCED
0091590554
Collection Note
Date:                     07/13/2016
User:                          ***
EDI CODE 20 PRODUCED

07/11/16 ORIGINAL OWNER    CONDITION ON 070116  MAINSG
0091590554
Collection Note
Date:                     07/11/2016
User:                          ***
ORIGINAL OWNER CONDITION ON 070116
MAINSG

07/11/16 MISAPPLICATN REVERSAL
0091590554
Collection Note
Date:                     07/11/2016
User:                          ***
MISAPPLICATN REVERSAL

06/28/16 MISAPPLICATN REVERSAL
0091590554
Collection Note
Date:                     06/28/2016
User:                          ***
MISAPPLICATN REVERSAL

---

## Loan Activity - Collection Contacts 12/1/2014 - 7/26/2016
### 738 - M & T BANK

**Loan Number:** 0091590554                               **Borrower Name:** CIVETTI, JOHN

---

**06/27/16 MISAPPLICATN REVERSAL**
0091590554
Collection Note
Date:                    06/27/2016
User:                        ***
MISAPPLICATN REVERSAL

**06/06/16 EDI CODE 20 PRODUCED**
0091590554
Collection Note
Date:                    06/06/2016
User:                        ***
EDI CODE 20 PRODUCED

**05/02/16 DELQ STAT = H4   REASON FOR DELQ =**
0091590554
Collection Note
Date:                    05/02/2016
Time:                      15:01:21
User:                        DB2
DELQ STAT = H4 REASON FOR DELQ =

**05/02/16 EDI CODE 20 PRODUCED**
0091590554
Collection Note
Date:                    05/02/2016
User:                        ***
EDI CODE 20 PRODUCED

**04/13/16 RECVD NOTICE FROM NOR STATING THAT THEY DO IN FACT**
0091590554
Collection Note
Date:                    04/13/2016
Time:                      12:59:00
User:                        JPB
RECVD NOTICE FROM NOR STATING THAT
THEY DO IN FACT REPRESENT THE
CUSTOMER

**02/23/16 REMOVED PERSON CODE 5 DUE TO NOR**
0091590554
Collection Note
Date:                    02/23/2016
Time:                      15:01:00
User:                        JPB
REMOVED PERSON CODE 5 DUE TO NOR

**02/20/16 TEL PRIMARY # CALL CANNOT GOTHRU**
0091590554
Collection Note
Date:                    02/20/2016
Time:                      08:46:00
User:                        MEL
TEL PRIMARY #CALL CANNOT GOTHRU

**02/16/16 NOTICE      DELINQUENT (P-198)**
0091590554

---

**Loan Activity - Collection Contacts 12/1/2014 - 7/26/2016**

738 - M & T BANK

**Loan Number:** 0091590554        **Borrower Name:** CIVETTI,JOHN

```
Collection Note
Date:                    02/16/2016
User:                         ***
NOTICE DELINQUENT (P-198)
```

**02/08/16 TEL PRIMARY # CALL CANNOT GOTHRU**
```
0091590554
Collection Note
Date:                    02/08/2016
Time:                      19:18:00
User:                         MEL
TEL PRIMARY #CALL CANNOT GOTHRU
```

**02/08/16 TEL PRIMARY # CALL CANNOT GOTHRU**
```
0091590554
Collection Note
Date:                    02/08/2016
Time:                      19:16:00
User:                         MEL
TEL PRIMARY #CALL CANNOT GOTHRU
```

**02/08/16 TEL PRIMARY # CALL CANNOT GOTHRU**
```
0091590554
Collection Note
Date:                    02/08/2016
Time:                      18:16:00
User:                         MEL
TEL PRIMARY #CALL CANNOT GOTHRU
```

**02/01/16 EDI CODE 20 PRODUCED**
```
0091590554
Collection Note
Date:                    02/01/2016
User:                         ***
EDI CODE 20 PRODUCED
```

**02/01/16 DELQ STAT = H4   REASON FOR DELQ =**
```
0091590554
Collection Note
Date:                    02/01/2016
User:                         ***
DELQ STAT = H4 REASON FOR DELQ =
```

**01/27/16 TEL PRIMARY # CALL CANNOT GOTHRU**
```
0091590554
Collection Note
Date:                    01/27/2016
Time:                      18:35:00
User:                         MEL
TEL PRIMARY #CALL CANNOT GOTHRU
```

**01/27/16 TEL PRIMARY # CALL CANNOT GOTHRU**
```
0091590554
Collection Note
Date:                    01/27/2016
Time:                      18:19:00
```

## Loan Activity - Collection Contacts 12/1/2014 - 7/26/2016

738 - M & T BANK

**Loan Number:** 0091590554

**Borrower Name:** CIVETTI, JOHN

---

User:                          MEL
TEL PRIMARY #CALL CANNOT GOTHRU

**01/27/16 TEL PRIMARY # CALL CANNOT GOTHRU**
0091590554
Collection Note
Date:                    01/27/2016
Time:                    16:33:00
User:                          MEL
TEL PRIMARY #CALL CANNOT GOTHRU

**01/19/16 NOTICE      DELINQUENT (P-198)**
0091590554
Collection Note
Date:                    01/19/2016
User:                          ***
NOTICE DELINQUENT (P-198)

**01/14/16 TEL PRIMARY# LMTC ON MACH/VM**
0091590554
Collection Note
Date:                    01/14/2016
Time:                    11:09:00
User:                          KER
TEL PRIMARY# LMTC ON MACH/VM

**01/13/16 REVIEWED CORRS SHOWS THIRD PARTY AUTH ONLY REMOVED**
0091590554
Collection Note
Date:                    01/13/2016
Time:                    14:40:00
User:                          JPB
REVIEWED CORRS SHOWS THIRD PARTY
AUTH ONLY REMOVED STOPS AND FLAGS

**01/13/16 REMOVED 954 536 4045 CUSTOMER HAS NOR ON FILE SEE M**
0091590554
Collection Note
Date:                    01/13/2016
Time:                    14:34:00
User:                          JPB
REMOVED 954 536 4045 CUSTOMER HAS
NOR ON FILE SEE MEM1

**01/13/16 REMOVED THIRD PARTIES NUMBER 305 891 5858**
0091590554
Collection Note
Date:                    01/13/2016
Time:                    14:33:00
User:                          JPB
REMOVED THIRD PARTIES NUMBER 305
891 5858

**12/02/15 SEE MEM1 FOR NOR INFO*****DO NOT CONTACT THE CUSTOM**
0091590554
Collection Note

---

Printed By: DENHAM WILSON        on 7/26/2016 12:43:22 PM

## Loan Activity - Collection Contacts 12/1/2014 - 7/26/2016

### 738 - M & T BANK

**Loan Number:** 0091590554

**Borrower Name:** CIVETTI,JOHN

---

```
Date:                    12/02/2015
Time:                     14:24:00
User:                         JPB
SEE MEM1 FOR NOR INFO*****DO NOT
CONTACT THE CUSTOMER*******
```

**11/16/15 NOTICE      DELINQUENT (P-198)**
```
0091590554
Collection Note
Date:                    11/16/2015
User:                          ***
NOTICE DELINQUENT (P-198)
```

**10/16/15 NOTICE      DELINQUENT (P-198)**
```
0091590554
Collection Note
Date:                    10/16/2015
User:                          ***
NOTICE DELINQUENT (P-198)
```

**09/25/15 VRFD-SSN/ADD  GAVE MINI/PRIV     PROPERTY OCCUPIED**
```
0091590554
Collection Note
Date:                    09/25/2015
Time:                     08:56:00
User:                         ELN
VRFD-SSN/ADD GAVE MINI/PRIV
PROPERTY OCCUPIED
```

**09/25/15 MORT CALLED  MORT/COMORT HUNGUP INCOME CURTAILMENT**
```
0091590554
Collection Note
Date:                    09/25/2015
Time:                     08:56:00
User:                         ELN
MORT CALLED MORT/COMORT
HUNGUPINCOME CURTAILMENT
```

**09/25/15 MRS REC'D LETTER FROM M&T BK STATING SHE WAS DUE 4**
```
0091590554
Collection Note
Date:                    09/25/2015
Time:                     08:56:00
User:                         ELN
MRS REC'D LETTER FROM M&T BK
STATING SHE WAS DUE 4 SEPT. SHE
CLAIMS SHE IS CURRENT, BUT THE CK
REC'D WAS FOR AUGUST PYMT. SHE H/U
WHILE CONTACTING CS.
```

**09/25/15 DELQ STAT =      REASON FOR DELQ = 006**
```
0091590554
Collection Note
Date:                    09/25/2015
Time:                     08:56:28
User:                         ELN
DELQ STAT = REASON FOR DELQ = 006
```

---

**Loan Activity - Collection Contacts 12/1/2014 - 7/26/2016**

738 - M & T BANK

**Loan Number:** 0091590554

**Borrower Name:** CIVETTI, JOHN

---

**09/23/15 REMOVED NN1 AS IS ONLY ATP**

```
Collection Note
Date:                09/23/2015
Time:                  19:02:00
User:                       JPB
REMOVED NN1 AS IS ONLY ATP
```

**09/01/15 EDI CODE 20 PRODUCED**

```
Collection Note
Date:                09/01/2015
User:                       ***
EDI CODE 20 PRODUCED
```

**08/27/15 EDI CODE 20 PRODUCED**

```
Collection Note
Date:                08/27/2015
User:                       ***
EDI CODE 20 PRODUCED
```

**08/27/15 SPC REVIEW**

```
Collection Note
Date:                08/27/2015
Time:                  13:32:00
User:                       KD1
SPC REVIEW
```

**08/27/15 SENT ENMA9L TO BAYVIEW TO REVIEW ACCOUNT AND APLY F**

```
Collection Note
Date:                08/27/2015
Time:                  13:32:00
User:                       KD1
SENT ENMA9L TO BAYVIEW TO REVIEW
ACCOUNT AND APLY FUNDS
```

**08/21/15 MISAPPLICATN REVERSAL**

```
Collection Note
Date:                08/21/2015
User:                       ***
MISAPPLICATN REVERSAL
```

**07/20/15 SPC REVIEW**

```
Collection Note
Date:                07/20/2015
Time:                  14:46:00
User:                       JSM
SPC REVIEW
```

## Loan Activity - Collection Contacts 12/1/2014 - 7/26/2016

738 - M & T BANK

**Loan Number:** 0091590554

**Borrower Name:** CIVETTI,JOHN

07/03/15 SPC REVIEW
███████████

```
Collection Note
Date:                07/03/2015
Time:                   09:33:00
User:                        JSM
SPC REVIEW
```

06/03/15 SPC REVIEW
███████████

```
Collection Note
Date:                06/03/2015
Time:                   11:38:00
User:                        JSM
SPC REVIEW
```

05/08/15 SPC REVIEW
███████████

```
Collection Note
Date:                05/08/2015
Time:                   10:55:00
User:                        JSM
SPC REVIEW
```

03/13/15 REMOVED PERSON CODE 5 DUE TO C&D
███████████

```
Collection Note
Date:                03/13/2015
Time:                   14:58:00
User:                        JPB
REMOVED PERSON CODE 5 DUE TO C&D
```

02/24/15 EDI CODE 20 PRODUCED
███████████

```
Collection Note
Date:                02/24/2015
User:                        ***
EDI CODE 20 PRODUCED
```

02/24/15 MOD: PROG   STAT MA STAT DATE 02/24/15 RSN
███████████

```
Collection Note
Date:                02/24/2015
Time:                   11:23:55
User:                        (S3
MOD: PROG STAT MA STAT DATE
02/24/15 RSN
```

02/09/15 EDI CODE 20 PRODUCED
███████████

```
Collection Note
Date:                02/09/2015
User:                        ***
EDI CODE 20 PRODUCED
```

01/16/15 MOD: PROG   STAT TA STAT DATE 01/16/15 RSN
███████████

**Loan Activity - Collection Contacts 12/1/2014 - 7/26/2016**

738 - M & T BANK

**Loan Number:** ███

**Borrower Name:** CIVETTI,JOHN

```
Collection Note
Date:                      01/16/2015
Time:                       14:58:39
User:                            (S3
MOD: PROG STAT TA STAT DATE
01/16/15 RSN
```

12/01/14 DELQ STAT = H9   REASON FOR DELQ =
███

```
Collection Note
Date:                      12/01/2014
Time:                       14:50:53
User:                            (S3
DELQ STAT = H9 REASON FOR DELQ =
```