Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

August 1, 2016

J&M Advocacy Group, LLC
Attention: Jessica Kerr
Presidential Circle
4000 Hollywood Boulevard, Suite 435 South
Hollywood, FL 33021

Case Number: 10000012568
Loan Number: ▮▮▮▮▮▮▮▮▮
Property Address:   810 North Victoria Park
                    Fort Lauderdale, FL 33304

Dear Ms. Kerr:

The Customer Support Department at Bayview Loan Servicing, LLC ("BLS"), acting as agent for M&T Bank ("M&T"), has reviewed  the correspondence received in our office on June 3, 2016.

The servicing of the loan was transferred to BLS effective February 15, 2014. BLS has chosen M&T Bank ("M&T") to service aspects of the loan on its behalf.

M&T addressed the other concerns set forth in the identical correspondence received in a written response on August 1, 2016. Please find enclosed a copy of the written response for reference.

At this time this loan is reported due for the August 1, 2016, payment, in active bankruptcy status.

BLS has enclosed all supporting documentation used to complete the review on this account. John Civetti and Donna Finkel are entitled to request additional documentation regarding their inquiry. If John Civetti and Donna Finkel wish to do so, he may submit a request to our Customer Support Department via fax at 305-631-5660. Alternatively, John Civetti and Donna Finkel may submit a request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL  33146

Sincerely,

Jonathan Rojas

Bayview Loan Servicing, LLC

Customer Support Department

Phone Number:  (877) 691-1974

Monday – Friday 9:00 a.m. – 5:00 p.m., Eastern

Fax Number:  (877) 429-0538

Enclosures

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146

 **M&T Bank**

Customer Asset Management
475 Crosspoint Parkway, Getzville, NY 14068

August 1, 2016

J & M Advocacy Group, LLC
Attention: Jessica Kerr
Presidential Circle
4000 Hollywood Boulevard, Suite 435 South
Hollywood, Florida 33021

M&T Bank Account Number ending: xxxxxx0554

Dear Jessica Kerr:

M&T Bank ("M&T") received your duplicative correspondences dated May 31, 2016, regarding your clients John Civetti and Donna Finkel. Thank you for the opportunity to respond to your concerns.

As you are aware, the servicing of your clients' loan was transferred to Bayview Loan Servicing, LLC ("Bayview") from JPMorgan Chase Bank, N.A. ("Chase") effective February 15, 2014. Bayview has chosen M&T to service aspects of your client's loan on their behalf.

M&T determined your purported Notice of Error raised a number of concerns that have been previously addressed and resolved by M&T and/or Bayview. Indeed, your correspondence included copies of correspondence sent by M&T and/or Bayview in response to previous correspondence from you. As such, M&T has enclosed again, for your reference, copies of the response letters that sufficiently address the concerns expressed in your items 1, 2, 5, 6, 7, and 8.

Should M&T continue to receive duplicative and/or substantively similar correspondence from you, M&T reserves the right allowed under federal and state law and regulation to not respond to such future correspondence. M&T will of course continue to review any correspondence received from you regarding your client's mortgage loan to determine if you have new concerns about how your client's loan has been serviced by M&T but reserves the right to only respond to new or substantive issues raised in your future correspondence.

Notwithstanding the foregoing, in good faith, M&T will address the remainder of your concerns herein.

In regards to request number 3, M&T determined the transaction dated September 5, 2015, in the amount of $2,098.03, was applied to the unpaid principal balance. M&T corrected this error on July 19, 2016, and applied the funds retroactively to satisfy a monthly mortgage payment, bringing the account due for the August 1, 2016, payment. Because of the nature of the adjustment on the loan, three (3) additional monthly mortgage billing statements were system generated on June 29, 2016, July 13, 2016, and July 18, 2016. Please disregard the monthly mortgage billing statements generated on June 29, 2016, and July 13, 2016. The July 18, 2016, monthly mortgage billing statement is correct and accurately reflects a due date of August 1, 2016.

# M&T Bank

Additionally, please be advised that M&T sent updates to the national credit reporting agencies to ensure your client's mortgage loan is accurately reported in regards to the September 2015 monthly mortgage payment. It may take six (6) to eight (8) weeks to reflect the update.

In regards to your request number 4, as you may be aware from M&T's response letter sent to your clients on February 17, 2016, your clients' mortgage loan is set up on a "bill and receipt" system. When a regular monthly mortgage payment is received, a statement is generated for the next payment due. The April 1, 2016, monthly mortgage payment was received on May 2, 2016. Accordingly, a statement was generated on May 2, 2016, reflecting the next payment due date of May 1, 2016. The "Bill and Receipt" process ensures a customer receives a periodic mortgage account statement within the time frames set forth in current Federal regulation.

In regards to your Request for Information:

1. M&T determined this statement is not a Request for Information. M&T has responded to all correspondences received; if you believe M&T has not received a particular correspondence, please provide a copy of same for further research and response;
2. enclosed is a customer account activity statement from July 2014 to present, and;
3. enclosed are all available copies of monthly mortgage billing statements from December 1, 2014, to present; as you are aware, no statements were issued in November and December 2014 and January 2015 while your client's mortgage loan was in the closing stages of the permanent loan modification.

Per your request enclosed is a copy of the Collection Contacts from December 1, 2014 to present.

M&T respectfully declines your request to reimburse your client for the legal fees incurred from your office.

Please contact M&T's mortgage service team at (800) 724-2224 Monday through Friday between the hours of 8:30 AM and 8:00 PM EST for any additional servicing needs regarding your clients' account.

Sincerely,

Denham Wilson
CAM Escalations Analyst

Enclosures

M&T Bank is attempting to collect a debt, and any information obtained will be used for that purpose. To the extent the original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its rights under its security instrument, including the right to foreclose its lien.

**Loan Activity - Fee Activity 2/1/2014 - 7/19/2016**

738 - M & T BANK

**Loan Number:** 0091590554                    **Borrower Name:** CIVETTI, JOHN

07/18/16    WAIVED  LATE CHARGE        0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        07/18/2016
Fee Code:                    1

User Request ID:          $$$

07/18/16    WAIVED  LATE CHARGE        0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        07/18/2016
Fee Code:                    1

User Request ID:          $$$

07/18/16    WAIVED  LATE CHARGE        0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        07/18/2016
Fee Code:                    1

User Request ID:          $$$

07/18/16    WAIVED  LATE CHARGE        0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        07/18/2016
Fee Code:                    1

User Request ID:          $$$

07/18/16    WAIVED  LATE CHARGE        0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        07/18/2016
Fee Code:                    1

User Request ID:          $$$

07/18/16    WAIVED  LATE CHARGE        0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        07/18/2016
Fee Code:                    1

User Request ID:          $$$

07/18/16    WAIVED  LATE CHARGE        0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE

**Loan Activity - Fee Activity 2/1/2014 - 7/19/2016**

738 - M & T BANK

**Loan Number:** 0091590554                          **Borrower Name:** CIVETTI,JOHN

---

Processed Date:        07/18/2016
Fee Code:                    1

User Request ID:            $$$

07/18/16    WAIVED   LATE CHARGE          0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        07/18/2016
Fee Code:                    1

User Request ID:            $$$

07/13/16    WAIVED   PROPERTY INSPECTION    14.00-
0091590554
Fee Activity
WAIVED    PROPERTY INSPECTION
Processed Date:        07/13/2016
Fee Amount:              $14.00
Fee Code:                    7

User Request ID:            RH8

07/13/16    WAIVED   LATE CHARGE          0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        07/13/2016
Fee Code:                    1

User Request ID:            $$$

07/13/16    WAIVED   LATE CHARGE          0.00
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        07/13/2016
Fee Code:                    1

User Request ID:            $$$

07/11/16 06/28/16 ASSESSED  PROPERTY INSPECTION    14.00
0091590554
Fee Activity
ASSESSED  PROPERTY INSPECTION
Processed Date:        07/11/2016
Fee Amount:              $14.00
Effective Date:        06/28/16
Fee Code:                    7

User Request ID:            SPI

06/23/16    WAIVED   FAX FEE          15.00-
0091590554
Fee Activity
WAIVED    FAX FEE

---

**Loan Activity - Fee Activity 2/1/2014 - 7/19/2016**

738 - M & T BANK

Borrower Name: CIVETTI, JOHN

Loan Number: 0091590554

Processed Date:        06/23/2016
Fee Amount:              $15.00
Fee Code:                    H

User Request ID:          3LM

06/23/16    WAIVED  LATE CHARGE        710.10-
0091590554
Fee Activity
WAIVED     LATE CHARGE
Processed Date:        06/23/2016
Fee Amount:            $710.10
Fee Code:                   1

User Request ID:          3LM

06/16/16    ASSESSED LATE CHARGE        78.90
0091590554
Fee Activity
ASSESSED   LATE CHARGE
Processed Date:        06/16/2016
Fee Amount:             $78.90
Fee Code:                   1

05/16/16    ASSESSED LATE CHARGE        78.90
0091590554
Fee Activity
ASSESSED   LATE CHARGE
Processed Date:        05/16/2016
Fee Amount:             $78.90
Fee Code:                   1

04/18/16    ASSESSED LATE CHARGE        78.90
0091590554
Fee Activity
ASSESSED   LATE CHARGE
Processed Date:        04/18/2016
Fee Amount:             $78.90
Fee Code:                   1

03/16/16    ASSESSED LATE CHARGE        78.90
0091590554
Fee Activity
ASSESSED   LATE CHARGE
Processed Date:        03/16/2016
Fee Amount:             $78.90
Fee Code:                   1

02/16/16    ASSESSED LATE CHARGE        78.90
0091590554
Fee Activity
ASSESSED   LATE CHARGE
Processed Date:        02/16/2016

Printed By: DENHAM WILSON      on 7/19/2016 4:20:27 PM

**Loan Activity - Fee Activity 2/1/2014 - 7/19/2016**

738 - M & T BANK

**Loan Number:** 0091590554                                   **Borrower Name:** CIVETTI, JOHN

---

```
Fee Amount:              $78.90
Fee Code:                    1


01/19/16    ASSESSED LATE CHARGE        78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        01/19/2016
Fee Amount:               $78.90
Fee Code:                    1


12/16/15    ASSESSED LATE CHARGE        78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        12/16/2015
Fee Amount:               $78.90
Fee Code:                    1


11/16/15    ASSESSED LATE CHARGE        78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        11/16/2015
Fee Amount:               $78.90
Fee Code:                    1


11/09/15    ASSESSED FAX FEE        15.00
0091590554
Fee Activity
ASSESSED  FAX FEE
Processed Date:        11/09/2015
Fee Amount:               $15.00
Fee Code:                    H

User Request ID:             MNW

10/16/15    ASSESSED LATE CHARGE        78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:        10/16/2015
Fee Amount:               $78.90
Fee Code:                    1


09/22/15    WAIVED  LATE CHARGE        78.90-
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:        09/22/2015
Fee Amount:               $78.90
Fee Code:                    1
```

## Loan Activity - Fee Activity 2/1/2014 - 7/19/2016

738 - M & T BANK

**Loan Number:** 0091590554                    **Borrower Name:** CIVETTI, JOHN

User Request ID:                ROJ

**09/16/15**      ASSESSED LATE CHARGE         78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          09/16/2015
Fee Amount:                  $78.90
Fee Code:                        1

**08/21/15**      WAIVED  LATE CHARGE        315.60-
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:          08/21/2015
Fee Amount:                 $315.60
Fee Code:                        1

User Request ID:                ROJ

**08/17/15**      ASSESSED LATE CHARGE         78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          08/17/2015
Fee Amount:                  $78.90
Fee Code:                        1

**07/16/15**      ASSESSED LATE CHARGE         78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          07/16/2015
Fee Amount:                  $78.90
Fee Code:                        1

**06/16/15**      ASSESSED LATE CHARGE         78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          06/16/2015
Fee Amount:                  $78.90
Fee Code:                        1

**04/16/15**      ASSESSED LATE CHARGE         78.90
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          04/16/2015
Fee Amount:                  $78.90
Fee Code:                        1

**Loan Activity - Fee Activity 2/1/2014 - 7/19/2016**

738 - M & T BANK

**Loan Number:** 0091590554                                    **Borrower Name:** CIVETTI, JOHN

01/16/15 01/16/15 WAIVED  LATE CHARGE      1,039.80-
0091590554
Fee Activity
WAIVED    LATE CHARGE
Processed Date:          01/16/2015
Fee Amount:                $1039.80
Effective Date:          01/16/15
Fee Code:                       1

User Request ID:                EP1

07/16/14    ASSESSED LATE CHARGE      124.71
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          07/16/2014
Fee Amount:                $124.71
Fee Code:                       1


06/16/14    ASSESSED LATE CHARGE      124.71
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          06/16/2014
Fee Amount:                $124.71
Fee Code:                       1


05/16/14    ASSESSED LATE CHARGE      124.71
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          05/16/2014
Fee Amount:                $124.71
Fee Code:                       1


04/16/14    ASSESSED LATE CHARGE      124.71
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          04/16/2014
Fee Amount:                $124.71
Fee Code:                       1


02/19/14    ASSESSED LATE CHARGE      540.96
0091590554
Fee Activity
ASSESSED  LATE CHARGE
Processed Date:          02/19/2014
Fee Amount:                $540.96
Fee Code:                       1

User Request ID:                $A$

**Loan Activity - Fee Activity 2/1/2014 - 7/19/2016**

738 - M & T BANK

**Loan Number:** 0091590554

**Borrower Name:** CIVETTI,JOHN



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

September 25, 2015

John Civetti
Donna Finkel
810 North Victoria Park Road
Fort Lauderdale, FL 33304

Case Number: 1105346
Loan Number: 0091590554

Property Address:  810 North Victoria Park Road
Fort Lauderdale, FL 33304

Dear Mr. Civetti and Ms. Finkel:

The Customer Support Department at Bayview Loan Servicing, LLC ("BLS"), acting as agent for M&T Bank ("M&T"), has reviewed the correspondence received in our office on September 9, 2015. The correspondence requested that BLS waive late charges assessed to this account.

BLS has removed all corporate advances detailed in the correspondence mailed to you on August 21, 2015. Late charges assessed to this loan have also been removed.

At this time, this loan is due for September 1, 2015.

BLS apologizes for the inconvenience this may have caused.

We have enclosed all supporting documentation used to complete the review on your account.  You are entitled to request additional documentation regarding your inquiry. If you wish to do so, please submit your request to our Customer Support Department via fax at 305-631-5660. Alternatively, you may submit your request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.

If you have any further questions or concerns, the Escalations Department may be reached by the methods listed below.

**Bayview Loan Servicing, LLC, Customer Support,**
**4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146**

 Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

Sincerely,


Jonathan Rojas
Bayview Loan Servicing, LLC
Customer Support Department
Phone Number:  (877) 691-1974
Monday – Friday 9:00 a.m. – 5:00 p.m., Eastern
Fax Number:  (877) 429-0538

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146

# M&T Bank

February 26, 2016

John Civetti and Donna Finkel
C/O J&M Advocacy Group LLC
Presidential Circle
4000 Hollywood Blvd., Ste. 435 S.
Hollywood, FL 33021

RE: Mortgage Number: 0091590554
    Property Address:  810 N. Victoria Park Road
                      Fort Lauderdale, FL 33304

Dear John Civetti and Donna Finkel:

This is in response to your recent inquiry concerning your credit file associated with the above-referenced account.

This will confirm that a correction has been submitted to Equifax, TransUnion, Experian, and CBCInnovis to remove the delinquent rating for the following payment(s):

                        December 2014
                        January 2015
                        February 2015

Please be aware that it may take 6 to 8 weeks for the credit bureaus to update their records. If you receive a letter advising that we notified a credit bureau about the above payment (s), please disregard it, as the notice was scheduled to be sent to you prior to this correction. Please retain a copy of this letter for your records as proof that M&T Bank requested the bureaus to correct their reporting.

On behalf of M&T Bank, please accept my apology for any inconvenience this may have caused. If you have any additional questions about this information, please contact the Telephone Banking Center at 1-800-724-2224. Representatives are available Monday through Friday 8:30 a.m. to 8 p.m. EST. In keeping with M&T Bank's commitment to superior customer service, we are happy to assist you in any manner possible.

Sincerely,

Art Marquez
Retail Loan Servicing

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose.

P.O. Box 1288, Buffalo, NY 14240  716 626 7010  800 724 2224
Mortgage account information, just a click away.  www.mtb.com



**M&T Bank**
Customer Asset Management
475 Crosspoint Parkway, Getzville, NY 14068

April 29, 2016

J & M Advocacy Group LLC
Attention: Jessica L. Kerr, Esq.
4000 Hollywood Boulevard, Suite 435-S
Hollywood, Florida 33021-1225

M&T Bank Account Number: 0091590554

Dear Jessica L. Kerr, Esq.:

M&T Bank ("M&T") is in receipt of your correspondence dated March 28, 2016, on behalf of your clients, John Civetti and Donna Finkel, which purports to be a notice of error. Thank you for the opportunity to respond to your concerns.

M&T issued requests for contact in accordance with Florida Statute § 559.72(18) following the receipt of the notice of representation dated February 5, 2016. The purpose of the contact requests was to confirm your representation of your clients and to determine their intentions regarding their mortgage obligations. Although the letters requested contact by telephone, a requirement of only telephone contact was neither expressed nor implied. As such, your correspondence dated March 28, 2016, is sufficient as contact under Florida Statute § 559.72(18). As such, M&T's system has been updated to remove your clients' telephone number; all future telephone outreach will be through your office. Similarly, the mailing address for the account has been updated, and all written correspondence and account notifications will be sent to your office. We trust that you will communicate the contents of any such correspondence with your clients. You or your clients may revoke the notice of representation and/or request to update the telephone numbers or mailing address at any time by writing to M&T Bank, PO Box 1288, Buffalo, New York 14240.

As to any prior communication attempts that might have been made, we unfortuntatley do not have any record of those attempts. In reviewing our records, M&T has no record of receiving a call from you or your office. Calls made to M&T's Homeowner Assistance Center ("HAC") at (800) 724-1633 are connected to a representative after the caller verifies the mortgage loan number and social security number associated with the account or by pressing "0." The hours of operation for M&T's HAC are Monday through Thursday from 8:00 AM to 9:00 PM, Friday from 8:00 AM to 5:00 PM, and Saturday from 8:00 AM to 12:00 PM ET. We apologize for any inconvenience this issue may have caused you or your client.

In regards to any issues regarding the provision of an assigned representative, in accordance with applicable regulation, M&T assigns a single point of contact ("SPOC") to an account by the time it is 45 days delinquent. As of the date of this letter, your client's account has not been 45 days

# M&T Bank

delinquent at any point since the first letter was sent on February 23, 2016 and is only past due for the April 1, 2016, monthly installment. As such, a SPOC has not been assigned. If your clients are interested in possible loss mitigation assistance, please contact M&T's HAC at (800) 724-1633 during the abovementioned hours of operation.

You indicate you represent your clients in their claims against M&T for alleged violations of FCCPA, RESPA, TILA, and other state law claims. However, you failed to provide any details or specific violations to support these allegations. As such, M&T is unable to address any concerns held by your office or your clients. If you wish to provide further information, M&T remains willing to further research your claims.

You are entitled to receive a copy of the documentation, if any, used to determine the information presented herein. Within 14 days of the date of this letter, you may send a written request for such documentation to my attention to M&T Bank, 475 Crosspoint Parkway, Getzville, New York 14068. Upon receipt of your request, M&T will forward any applicable documentation to you within 15 business days.

Please contact M&T's mortgage service team at (800) 724-2224 Monday through Friday between the hours of 8:30 AM and 8:00 PM ET for any additional servicing needs regarding your clients' account.

Sincerely,

Mare Steiniger
CAM Escalations Analyst

M&T Bank is attempting to collect a debt, and any information obtained will be used for that purpose. To the extent the original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains its rights under its security instrument, including the right to foreclose its lien.

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 08/01/16 |
| **Amount Due** | **$2,172.52** |

If payment received after 08/16/16, $78.90 late fee will be charged.

0-750-13350-0030785-001-001-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

Correspondence Address:
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

Payment Mailing Address:
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date:   07/18/16

## Account Information

Property Address: 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304

| | |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $505,619.71 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $544,619.71 |
| Escrow Balance | $2,951.65 |
| Suspense Balance | $69.00 |

Next Scheduled Interest Rate Change   11/01/2019
Next Scheduled P&I Payment Change   12/01/2019

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $735.23 |
| Interest | +$842.70 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| **Total Amount Due 08/01/16** | **$2,172.52** |

## Important Messages

**Simplify your life – manage your M&T mortgage online.**

When you enroll in "My Mortgage Info", you'll be able to:
• View current loan information
• Receive notification when your payments are received and when escrow disbursements occur
• Get tax and mortgage interest information

Visit mtb.com/mymortgageinfo to enroll or call 1-800-724-2224 for more information.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $6,578.71 | $3,015.25 |
| Interest | $7,639.21 | $5,948.78 |
| Escrow (Taxes & Insurance) | $5,400.96 | $4,087.64 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$19,618.88 | $69.00 |
| **Total** | **$0.00** | **$13,120.67** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/15 | 11/15 | Payment | | $724.27 | $853.66 | $611.14 | | | -$2,189.07 | |
| 11/27/15 | 12/15 | Payment | | $725.47 | $852.46 | $611.14 | | | -$2,189.07 | |
| 12/28/15 | 01/16 | Payment | | $726.68 | $851.25 | $611.14 | | | -$2,172.52 | |
| 02/01/16 | 02/16 | Payment | | $727.89 | $850.04 | $594.59 | | | -$2,172.52 | |
| 02/01/16 | 03/16 | Principal Payment | | $16.55 | | | | | -$16.55 | |
| 02/26/16 | 03/16 | Payment | | $729.13 | $848.80 | $594.59 | | | -$2,172.52 | |
| 03/30/16 | 04/16 | Payment | | $730.35 | $847.58 | $594.59 | | | -$2,172.52 | |
| 05/02/16 | 05/16 | Payment | | $731.57 | $846.36 | $594.59 | | | -$2,172.52 | |
| 06/03/16 | 06/16 | Payment | | $732.79 | $845.14 | $594.59 | | | -$2,172.52 | |
| 07/05/16 | 07/16 | Payment | | $734.01 | $843.92 | $594.59 | | | -$2,172.52 | |

CAB

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| | | |
|---|---|---|
| Due by | 08/01/16 | $2,172.52 |
| If received after | 08/16/16 | $2,251.42 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union**\*\*
Call 1-800-724-1633 for nearest Western Union Location

 **Pay-by-phone**\*\*
1-866-241-6014

\*\*A fee may apply for this service.

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)

- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied in the following order: escrow advances, late charges, NSF fees, payment shortages, all other fees and/ or Principal. If you prefer additional funds be applied in a different manner please be sure to designate how you want the funds applied. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment slip by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday – Friday, Toll Free at: 1-855-350-SCRA (7272), or International at: 302-934-4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)\*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage the amount of which must be at least equal to the lesser of the full replacement cost coverage amount or your current loan amount. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-866-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

**MEMBER FDIC**

750-4431-0515B

ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you. Thank you!

## M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 11/01/15 |
| **Amount Due** | **$21,758.30** |

If payment received after 08/16/16, $78.90 late fee will be charged.

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

4-750-13157-0000071-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

Statement Date:      07/13/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $512,198.42 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $551,198.42 |
| Escrow Balance | -$2,449.31 |
| Suspense Balance | $19,687.88 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $735.20 |
| Interest | +$842.73 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$19,585.78 |
| **Total Amount Due 08/01/16** | **$21,758.30** |

### Important Messages

Your account is severely past due. We want to help you prevent further damage to your credit and avoid the possible loss of your home. We may be able to offer you special assistance during this difficult time. Additionally, advances may have occurred on your loan since this statement was produced. Please call us at 1-800-724-1633 to obtain an updated amount required to bring your loan current or to discuss alternate repayment options that may be available to you.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $1,441.60 | -$3,563.46 |
| Interest | $1,714.26 | -$1,690.43 |
| Escrow (Taxes & Insurance) | $1,131.24 | -$1,313.32 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$2,114.58 | $19,687.88 |
| **Total** | **$2,172.52** | **$13,120.67** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/15 | 09/15 | Payment | | $720.20 | $857.73 | $520.10 | | | -$2,098.03 | |
| 09/28/15 | 10/15 | Payment | | $721.40 | $856.53 | $611.14 | | | -$2,189.07 | |
| 09/28/15 | 11/15 | Principal Payment | | $1,000.00 | | | | | -$1,000.00 | |
| 07/05/16 | 09/15 | Partial Payment Received | $2,172.52 | | | | | | $2,172.52 | |
| 07/11/16 | 07/16 | Property Inspection | | | | | | | | -$14.00 |
| 07/11/16 | 09/15 | Transaction Reversal | | -$1,000.00 | | | | | | |
| 07/11/16 | 09/15 | Transaction Reversal | | | | | | | $1,000.00 | |
| 07/13/16 | 07/16 | Property Inspection | $14.00 | | | | | | | $14.00 |

## M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| Amount due | $21,758.30 |
|---|---|
| If received after 08/16/16 | $21,837.20 |

Please designate how you want to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**\*\*
1-866-241-6014

**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union**\*\*
Call 1-800-724-1633 for
nearest Western Union Location

\*\*A fee may apply for this service.

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied in this following order: escrow advances, late charges, NSF fees, payment shortages, all other fees and/or Principal. If you prefer additional funds be applied in a different manner please be sure to designate how you want the funds applied. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday – Friday, Toll Free at: 1-855-350-SCRA (7272), or International at: 302-934-4872, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)\*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement. | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage the amount of which must be at least equal to the lesser of the full replacement cost coverage amount or your current loan amount. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1856 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675). This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC    EQUAL HOUSING LENDER

---

**ADDRESS CHANGE REQUEST:**

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you.  Thank you!

**M&T Bank**

07/13/2016

4-750-13157-0000071-001-000-010-000-000
JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

Account Number:     0091590554

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.**
Your loan became delinquent on 11/02/2015. As of 07/13/16 the payments are 255 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

Our records indicate that M&T and you have agreed to an Modification. If you have any questions about this Agreement, please call 1-800-724-1633.

The mortgage loan account is currently delinquent and is being reviewed for further legal action. Please call M&T today at 1-800-724-1633 between the hours of 8:00 A.M. and 10:00 P.M. (EST) Monday through Thursday, 8:00 A.M. and 5:00 P.M. (EST) Friday, or 8:00 A.M. and 12:00 P.M. (EST) Saturday to obtain more information or to discuss payment arrangements to protect any interest you may have in the property.

## Recent Account History

- Payment due 02/01/16: Payment of $2,172.52 remains outstanding

- Payment due 03/01/16: Payment of $2,172.52 remains outstanding

- Payment due 04/01/16: Payment of $2,172.52 remains outstanding

- Payment due 05/01/16: Payment of $2,172.52 remains outstanding

- Payment due 06/01/16: Payment of $2,172.52 remains outstanding

- Payment due 07/01/16: Payment of $2,172.52 remains outstanding

- Current mortgage account payment due 08/01/16 : $2,172.52

    **Total amount needed to bring mortgage loan account current: $21,758.30**

## M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

### Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 09/01/15 |
| **Amount Due** | **$23,963.92** |

*If payment received after 07/16/16, $78.90 late fee will be charged.*

1-750-12590-0000004-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date: 06/29/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $513,640.02 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $552,640.02 |
| Escrow Balance | -$3,580.55 |
| Suspense Balance | $21,802.46 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $733.98 |
| Interest | +$843.95 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$21,791.40 |
| **Total Amount Due 07/01/16** | **$23,963.92** |

*\*\* Including any fees/charges imposed since last statement totaling -$725.10*

### Important Messages

Your account is severely past due. We want to help you prevent further damage to your credit and avoid the possible loss of your home. We may be able to offer you special assistance during this difficult time. Additionally, advances may have occurred on your loan since this statement was produced. Please call us at 1-800-724-1633 to obtain an updated amount required to bring your loan current or to discuss alternate repayment options that may be available to you.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | -$8,668.27 | -$5,005.06 |
| Interest | -$7,631.13 | -$3,404.69 |
| Escrow (Taxes & Insurance) | -$5,434.06 | -$2,444.56 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $21,733.46 | $21,802.46 |
| **Total** | **$0.00** | **$10,948.15** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/28/15 | 09/15 | Principal Payment | $1,000.00 | | | | | | -$1,000.00 | |
| 06/23/16 | 06/16 | Fax Fee | $15.00 | | | | | | | $15.00 |
| 06/23/16 | 06/16 | Late Fee Waived | | | | | | | | $710.10 |
| 06/27/16 | 05/16 | Transaction Reversal | | -$735.09 | -$842.84 | -$594.59 | | | $2,172.52 | |
| 06/27/16 | 04/16 | Transaction Reversal | | -$733.86 | -$844.07 | -$594.59 | | | $2,172.52 | |
| 06/27/16 | 03/16 | Transaction Reversal | | -$732.64 | -$845.29 | -$594.59 | | | $2,172.52 | |
| 06/27/16 | 02/16 | Transaction Reversal | | -$731.42 | -$846.51 | -$594.59 | | | $2,172.52 | |
| 06/27/16 | 02/16 | Transaction Reversal | | | -$16.55 | | | | $16.55 | |
| 06/27/16 | 01/16 | Transaction Reversal | | -$730.20 | -$847.73 | -$594.59 | | | $2,172.52 | |

(Continued on next page.)

## M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | |
|---|---|
| Amount due | $23,963.92 |
| If received after 07/16/16 | $24,042.82 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone***
1-866-241-6014

*A fee may apply for this service

**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at an M&T branch or
through Western Union***
Call 1-800-724-1633 for
nearest Western Union Location

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any payment payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the 'Contact Us' section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan#_____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-400-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC

750-4431-0518

---

**ADDRESS CHANGE REQUEST:**

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you. Thank you!

**M&T Bank**

P.O. Box 619063
Dallas, TX 76261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

Account Number      0091590554

1-750-12590-0000004-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

**Additional Transaction Activity**

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/16 | 12/15 | Transaction Reversal | | -$728.99 | -$848.94 | -$611.14 | | | $2,189.07 | |
| 06/28/16 | 11/15 | Transaction Reversal | | -$727.78 | -$850.15 | -$611.14 | | | $2,189.07 | |
| 06/28/16 | 10/15 | Transaction Reversal | | -$726.57 | -$851.36 | -$611.14 | | | $2,189.07 | |
| 06/28/16 | 10/15 | Transaction Reversal | | -$1,000.00 | | | | | | |
| 06/28/16 | 10/15 | Transaction Reversal | | | | | | | $1,000.00 | |
| 06/28/16 | 09/15 | Transaction Reversal | | -$723.69 | -$854.24 | -$611.14 | | | $2,189.07 | |
| 06/28/16 | 09/15 | Transaction Reversal | | -$2,098.03 | | | | | | |
| 06/28/16 | 09/15 | Transaction Reversal | | | | | | | $2,098.03 | |

**Simplify your life – manage your M&T mortgage online.**

When you enroll in "My Mortgage Info", you'll be able to:
• View current loan information
• Receive notification when your payments are received and when escrow disbursements occur
• Get tax and mortgage interest information

Visit mtb.com/mymortgageinfo to enroll or call 1-800-724-2224 for more information.

**Convenient Payment Options For You**
• **Automatic Deduction:** Choose a monthly payment date from the 1st to 10th... never worry about mailing a check again! Call 1-800-724-2224 today.
• **Pay-by-Phone:** Make a fast, same-day payment! Simply call 1-800-724-2224 for personal assistance, or use our Automated Speedpay Service directly at 1-866-241-6014 and make your payment for a nominal fee.
• **Online Payments:** For details, visit www.mtb.com/mymortgageinfo or call 1-800-724-2224.
• **Branch Payments:** Make a payment anytime at an M&T Bank branch. To find the branch nearest you visit www.mtb.com or call 1-800-724-2224.
• **Western Union's Quick Collect:** This same-day service is available for a minimal fee. Call 1-800-724-1633 to find the Western Union location nearest you. Then, complete the Quick Collect form with your loan number and the city code: Trust,NY

750-4438-0815F    PAGE 2

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**
1-866-241-6014

**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union**
Call 1-800-724-1633 for nearest Western Union Location

**A fee may apply for this service.

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)

- "Notify me" payment alerts – payments received or escrow disbursements

- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, and the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is not constitute an attempt to collect a debt or to enforce personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272), Toll Free 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan#_____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills:  M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts **on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

**MEMBER FDIC**  **EQUAL HOUSING LENDER**

---

ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you.  Thank you!

M&T Bank

06/29/2016

1-750-12590-0000004-001-000-010-000-000
JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

Account Number:      0091590554

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

**Our records indicate we have not received the most recent payments due on the above mortgage account.** Your loan became delinquent on 09/02/2015. As of 06/29/16 the payments are 302 days delinquent on the mortgage loan account.

As a person having an ownership interest in the property, if the mortgage loan account becomes delinquent you risk the loss of your property to foreclosure and additional fees related thereto, including but not limited to property evaluations, inspections, court costs, and attorneys fees, all of which are added to the mortgage loan account.

If there is any difficulty in repaying the mortgage loan account, you may call 1-800-569-4287 or consult http://www.hud.gov to obtain a list of HUD approved housing counseling agencies.

Our records indicate that M&T and you have agreed to ah Modification. If you have any questions about this Agreement, please call 1-800-724-1633.

The mortgage loan account is currently delinquent and is being reviewed for further legal action. Please call M&T today at 1-800-724-1633 between the hours of 8:00 A.M. and 10:00 P.M. (EST) Monday through Thursday, 8:00 A.M. and 5:00 P.M. (EST) Friday, or 8:00 A.M. and 12:00 P.M. (EST) Saturday to obtain more information or to discuss payment arrangements to protect any interest you may have in the property.

## Recent Account History

- Payment due 01/01/16: Payment of $2,172.52 remains outstanding

- Payment due 02/01/16: Payment of $2,172.52 remains outstanding

- Payment due 03/01/16: Payment of $2,172.52 remains outstanding

- Payment due 04/01/16: Payment of $2,172.52 remains outstanding

- Payment due 05/01/16: Payment of $2,172.52 remains outstanding

- Payment due 06/01/16: Payment of $2,172.52 remains outstanding

- Current mortgage account payment due 07/01/16 : $2,172.52

  **Total amount needed to bring mortgage loan account current:  $23,963.92**

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 06/01/16 |
| **Amount Due** | **$5,070.14** |

*If payment received after 07/16/16, $78.90 late fee will be charged.*

4-750-12073-0029209-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| | | |
|---|---|---|
| General Customer Service: | | 1-800-724-2224 |
| Property Tax: | | 1-866-406-0949 |
| Property Insurance: | | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   06/16/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $504,971.75 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $543,971.75 |
| Escrow Balance | $1,853.51 |
| Suspense Balance | $69.00 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $737.54 |
| Interest | +$840.39 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$710.10 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due  07/01/16** | **$5,070.14** |

*\*\* including any fees/charges imposed since last statement totaling $78.90*

### Important Messages

\*\*\*Please note, there is currently $725.10 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo  and sign-in. Click on the "Auto Draft Payment"  link in the left navigation  bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment  form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $3,663.21 |
| Interest | $0.00 | $4,226.44 |
| Escrow (Taxes & Insurance) | $0.00 | $2,989.50 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $69.00 | $69.00 |
| **Total** | **$69.00** | **$10,948.15** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/16 | 06/16 | Partial Payment Received | $69.00 | | | | | | $69.00 | |
| 06/16/16 | 06/16 | Late Charge | | | | | | | | -$78.90 |

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | |
|---|---|
| Amount due | $5,070.14 |
| If received after  07/16/16 | $5,149.04 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

 **Online payment**
www.mtb.com/mymortgageinfo

 **Pay at any M&T branch or through Western Union**
Call 1-800-724-1632 for nearest Western Union Location

**Pay-by-phone**
1-866-241-6014

\*\*A fee may apply for this service

## ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com. or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following:
  M&T Bank, Its Successors and/or Assigns, Mortgage loan#_____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address:
  M&T Bank, P.O. Box 23628, Rochester, NY 14692.
  PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is **no longer** necessary to forward paid tax receipts **on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

**MEMBER FDIC** 

<div style="text-align: right; writing-mode: vertical-rl;">750-443-V0159</div>

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at **1-800-724-2224.**
Our representatives will be happy to assist you. Thank you!

**M&T** Bank

REPRESENTATION OF PRINTED DOCUMENT

## Mortgage Statement

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 06/01/16 |
| **Amount Due** | **$4,991.24** |

If payment received after 07/16/16, $78.90 late fee will be charged.

### Contact Us

7-750-11631-0025652-001-000-011-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:    06/06/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $504,971.75 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $543,971.75 |
| Escrow Balance | $1,853.51 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $737.54 |
| Interest | +$840.39 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s) | +$631.20 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 07/01/16** | **$4,991.24** |

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:
1.  Visit www.mtb.com/mymortgageinfo
2.  Select "Mortgage Statement" from the left navigation bar
3.  Click on "sign me up for e-bill"
4.  Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5.  Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $735.09 | $3,663.21 |
| Interest | $842.84 | $4,226.44 |
| Escrow (Taxes & Insurance) | $594.59 | $2,989.50 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,172.52** | **$10,879.15** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/03/16 | 05/16 | Payment | $2,172.52 | $735.09 | $842.84 | $594.59 | | | | |

ESMT15

**M&T** Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | |
|---|---|
| Amount due | $4,991.24 |
| If received after  07/16/16 | $5,070.14 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone***
1-866-241-6014

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

 **Pay at any M&T branch or through Western Union***
Call 1-800-724-1633 for nearest Western Union Location

* A fee may apply for this service

## ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:

- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-595), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone ($17.00 when speaking with a Representative) | $15.00 |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgagee loan#_____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills - M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

**MEMBER FDIC**

---

**ADDRESS CHANGE REQUEST:**

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you.  Thank you!

**M&T** Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 05/01/16 |
| **Amount Due** | **$4,991.24** |

If payment received after 06/16/16, $78.90 late fee will be charged.

2-750-10782-0072579-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

## Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0849 |
| Property Insurance: | 1-866-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date: 05/16/16

## Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $505,706.84 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $544,706.84 |
| Escrow Balance | $1,258.92 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $736.31 |
| Interest | +$841.62 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$631.20 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 06/01/16** | **$4,991.24** |

** including any fees/charges imposed since last statement totalling $78.90

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:
1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $2,928.12 |
| Interest | $0.00 | $3,383.60 |
| Escrow (Taxes & Insurance) | $0.00 | $2,394.91 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $8,706.63 |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/16 | 05/16 | Late Charge | | | | | | | | -$78.90 |

**M&T** Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

## AMOUNT DUE

| | |
|---|---|
| Amount due | $4,991.24 |
| If received after 06/16/16 | $5,070.14 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

**M&T Bank**

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 05/01/16 |
| **Amount Due** | **$4,912.34** |

*If payment received after 06/16/16, $78.90 late fee will be charged.*

8-750-10167-0021956-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   05/02/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $505,706.84 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $544,706.84 |
| Escrow Balance | $1,258.92 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $736.31 |
| Interest | +$841.62 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s) | +$552.30 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 06/01/16** | **$4,912.34** |

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $733.86 | $2,928.12 |
| Interest | $844.07 | $3,383.60 |
| Escrow (Taxes & Insurance) | $594.59 | $2,394.91 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,172.52** | **$8,706.63** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/02/16 | 04/16 | Payment | $2,172.52 | $733.86 | $844.07 | $594.59 | | | | |

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | |
|---|---|
| Amount due | $4,912.34 |
| If received after   06/16/16 | $4,991.24 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.



**Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**\*\*
1-866-241-6014



**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union**\*\*
Call 1-800-724-1633 for nearest Western Union Location

\*\* A fee may apply for this service

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the last five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am-5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)\*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, Its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect a debt.

MEMBER FDIC

TSO-4443-1-0518b

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you. Thank you!

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

 **Pay-by-phone**\*\*
1-866-241-6014

**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union**\*\*
Call 1-800-724-1633 for nearest Western Union Location

\*\*A fee may apply for this service

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – international, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)\*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

**MEMBER FDIC**   EQUAL HOUSING LENDER

---

**ADDRESS CHANGE REQUEST:**

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you.  Thank you!

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 04/01/16 |
| **Amount Due** | **$4,912.34** |

If payment received after 05/16/16, $78.90 late fee will be charged.

2-750-09570-0049941-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21204-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   04/18/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $506,440.70 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $545,440.70 |
| Escrow Balance | $664.33 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $735.09 |
| Interest | +$842.84 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$552.30 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 05/01/16** | **$4,912.34** |

** including any fees/charges imposed since last statement totaling $78.90

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:
1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $2,194.26 |
| Interest | $0.00 | $2,539.53 |
| Escrow (Taxes & Insurance) | $0.00 | $1,800.32 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $6,534.11 |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/18/16 | 04/16 | Late Charge | | | | | | | | -$78.90 |

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Amount due | $4,912.34 |
|---|---|
| If received after   05/16/16 | $4,991.24 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone***
1-866-241-6014

**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union****
Call 1-800-724-1633 for
nearest Western Union Location

**A fee may apply for this service

## ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan including:
- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS AND INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan#_____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills:  M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC 

750-4431-0512B

---

**ADDRESS CHANGE REQUEST:**

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you.  Thank you!

REPRESENTATION OF A PRINTED DOCUMENT

## M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 04/01/16 |
| **Amount Due** | **$2,660.92** |

If payment received after 04/16/16, $78.90 late fee will be charged.

8-750-08759-0011911-001-001-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| | | |
|---|---|---|
| General Customer Service: | | 1-800-724-2224 |
| Property Tax: | | 1-866-406-0949 |
| Property Insurance: | | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2102 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:    03/30/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $506,440.70 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $545,440.70 |
| Escrow Balance | $664.33 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan,
please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $733.86 |
| Interest | +$844.07 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Unpaid Late Charge(s) | +$473.40 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 04/01/16** | **$2,660.92** |

### Important Messages

***Please note, there is currently $488.40 in fees outstanding on your
M&T mortgage account. To pay this fee balance in full along with your
next regular monthly payment, please remit the amount listed under
"Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's
no-cost automatic payment service, you can avoid the hassles of monthly
payments with automatic deductions from any checking or savings account!
To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and
sign-in. Click on the "Auto Draft Payment" link in the left navigation bar.
2. Select "Enroll in Automatic Payment" and complete the enrollment form.
Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $732.64 | $2,194.26 |
| Interest | $845.29 | $2,539.53 |
| Escrow (Taxes & Insurance) | $594.59 | $1,800.32 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,172.52** | **$6,534.11** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/30/16 | 03/16 | Payment | $2,172.52 | $732.64 | $845.29 | $594.59 | | | | |

CAB

## M&T Bank

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | | |
|---|---|---|
| Due by | 04/01/16 | $2,660.92 |
| If received after | 04/16/16 | $2,739.82 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

750-4430-0515F

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.



**Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**\*\*
1-866-241-6014



**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union**\*\*
Call 1-800-724-1633 for nearest Western Union Location

\*\*A fee may apply for this service

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)

- "Notify me" payment alerts -- payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the last five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m. Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service
requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, Its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC                    EQUAL HOUSING LENDER

---

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you. Thank you!

**M&T** Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 03/01/16 |
| **Amount Due** | **$4,833.44** |

If payment received after 04/16/16, $78.90 late fee will be charged.

8-750-08161-0083437-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4000 HOLLYWOOD BLVD STE 435 S
HOLLYWOOD FL 33021

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date: 03/16/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $507,173.34 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $546,173.34 |
| Escrow Balance | $69.74 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $733.86 |
| Interest | +$844.07 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$473.40 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 04/01/16** | **$4,833.44** |

** Including any fees/charges imposed since last statement totaling $78.90

### Important Messages

***Please note, there is currently $488.40 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $1,461.62 |
| Interest | $0.00 | $1,694.24 |
| Escrow (Taxes & Insurance) | $0.00 | $1,205.73 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$4,361.59** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/16/16 | 03/16 | Late Charge | | | | | | | | -$78.90 |

**M&T** Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Amount due | $4,833.44 |
|---|---|
| If received after 04/16/16 | $4,912.34 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone\*\***
1-866-241-6014

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union\*\***
Call 1-800-724-1633 for nearest Western Union Location

\*\*A fee may apply for this service

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied; we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)\*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect your interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.



MEMBER FDIC

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you.  Thank you!

**M&T Bank**

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 03/01/16 |
| **Amount Due** | **$2,582.02** |

If payment received after 03/16/16, $78.90 late fee will be charged.

0-750-07340-0013173-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
ATTN JESSICA KERR ESQ AND ALL
4000 HOLLYWOOD BLVD SUITE 435
HOLLYWOOD FL 33021

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   02/26/16

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $507,173.34 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $546,173.34 |
| Escrow Balance | $69.74 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| Principal | $732.64 |
|---|---|
| Interest | +$845.29 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Unpaid Late Charge(s) | +$394.50 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 03/01/16** | **$2,582.02** |

### Important Messages

***Please note, there is currently $409.50 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar. 2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $731.42 | $1,461.62 |
| Interest | $846.51 | $1,694.24 |
| Escrow (Taxes & Insurance) | $594.59 | $1,205.73 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,172.52** | **$4,361.59** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/16 | 02/16 | Payment | $2,172.52 | $731.42 | $846.51 | $594.59 | | | | |

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Due by | 03/01/16 | $2,582.02 |
|---|---|---|
| If received after | 03/16/16 | $2,660.92 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union\*\***
Call 1-800-724-1633 for nearest Western Union Location

**Pay-by-phone\*\***
1-866-241-6014

\*\*A fee may apply for this service

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- Reporting of Account Information to Credit Bureaus. We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)\*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone ($17.00 when speaking with a Representative) | $15.00 |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

 MEMBER FDIC

750-443-I-0518

---

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you. Thank you!

REPRESENTATION OF PRINTED DOCUMENT

**M&T Bank**

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 02/01/16 |
| **Amount Due** | **$4,754.54** |

If payment received after 03/16/16, $78.90 late fee will be charged.

5-750-06897-0123812-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

## Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-880-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62102 |
| P.O. Box 1288 | Baltimore, MD 21264-2102 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:    02/16/16

## Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $507,904.76 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $546,904.76 |
| Escrow Balance | -$524.85 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $732.64 |
| Interest | +$845.29 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$394.50 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 03/01/16** | **$4,754.54** |

\*\* including any fees/charges imposed since last statement totaling $78.90

## Important Messages

Our records show that we have not received the required mortgage payment on the account listed.

\*\*\*Please note, there is currently $409.50 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $730.20 |
| Interest | $0.00 | $847.73 |
| Escrow (Taxes & Insurance) | $16.55 | $811.14 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$16.55 | $0.00 |
| **Total** | **$0.00** | **$2,189.07** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/16 | 02/16 | Payment | | | | $16.55 | | | -$16.55 | |
| 02/16/16 | 02/16 | Late Charge | | | | | | | | -$78.90 |

750-4431-0515F

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

| AMOUNT DUE | |
|---|---|
| Amount due | $4,754.54 |
| If received after   03/16/16 | $4,833.44 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Online payment**
www.mtb.com/mymortgageinfo

 **Pay at any M&T branch or through Western Union**
Call 1-800-724-1633 for nearest Western Union Location

**Pay-by-phone**
1-866-241-6014

**A fee may apply for this service

## ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m. Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, Its Successors and/or Assigns, Mortgage loan#_____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC   EQUAL HOUSING LENDER

759-4431-0515B

---

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you.  Thank you!

## M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

# Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 02/01/16 |
| **Amount Due** | **$4,675.64** |

If payment received after 03/16/16, $78.90 late fee will be charged.

7-750-06237-0025773-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0049 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182

www.mtb.com/mymortgageinfo

Statement Date:    02/01/16

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $507,904.76 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $546,904.76 |
| Escrow Balance | -$541.40 |
| Suspense Balance | $16.55 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $732.64 |
| Interest | +$845.29 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s) | +$315.60 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 03/01/16** | **$4,675.64** |

### Important Messages

***Please note, there is currently $330.60 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

Enjoy peace of mind with automatic monthly mortgage payments. With M&T's no-cost automatic payment service, you can avoid the hassles of monthly payments with automatic deductions from any checking or savings account! To enroll, follow these easy steps: 1. Visit mtb.com/mymortgageinfo and sign-in. Click on the "Auto Draft Payment" link in the left navigation bar.  2. Select "Enroll in Automatic Payment" and complete the enrollment form. Or, if you'd prefer, call 1-800-724-2224 to request an enrollment form by mail.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $730.20 | $730.20 |
| Interest | $847.73 | $847.73 |
| Escrow (Taxes & Insurance) | $594.59 | $594.59 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $16.55 | $16.55 |
| **Total** | **$2,189.07** | **$2,189.07** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/16 | 01/16 | Partial Payment Received | $2,189.07 | $730.20 | $847.73 | $594.59 | | | $16.55 | |

750-4430-0515F

## M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | | |
|---|---|---|
| Due by | 03/01/16 | $4,675.64 |
| If received after | 03/16/16 | $4,754.54 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.



**Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**\**
1-866-241-6014

\**A fee may apply for this service.



**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union**\**
Call 1-800-724-1633 for nearest Western Union Location

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

• Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)

• "Notify me" payment alerts – payments received or escrow disbursements

• You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

• **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

• **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

• To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

• **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

• To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
• You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
• You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
• You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4572 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)\*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

• **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

• **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, Its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

• **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

• **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.



MEMBER FDIC



---

ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you.  Thank you!

**M&T** Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091590554 |
| Payment Due Date | 01/01/16 |
| **Amount Due** | **$4,675.64** |

If payment received after 02/16/16, $78.90 late fee will be charged.

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

Correspondence Address:
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

Payment Mailing Address:
P.O. Box 62102
Baltimore, MD 21264-2102

www.mtb.com/mymortgageinfo

Statement Date:    01/19/16

0-750-05812-0096783-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD |
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $508,634.96 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $547,634.96 |
| Escrow Balance | -$1,135.99 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $731.42 |
| Interest | +$846.51 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,172.52 |
| Unpaid Late Charge(s)** | +$315.60 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 02/01/16** | **$4,675.64** |

** including any fees/charges imposed since last statement totaling $78.90

### Important Messages

Our records show that we have not received the required mortgage payment on the account listed.

***Please note, there is currently $330.60 in fees outstanding on your M&T mortgage account. To pay this fee balance in full along with your next regular monthly payment, please remit the amount listed under "Amount Due" on the attached coupon.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/19/16 | 01/16 | Late Charge | | | | | | | | -$78.90 |

**M&T** Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| | |
|---|---|
| Amount due | $4,675.64 |
| If received after 02/16/16 | $4,754.54 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.


**Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone***
1-866-241-6014


**Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union***
Call 1-800-724-1633 for nearest Western Union Location

*A fee may apply for this service

## ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan including:

• Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)

• "Notify me" payment alerts – payments received or escrow disbursements
• You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

• **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

• **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, provided it is not postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

• To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

• **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

• To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:

• You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
• You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
• You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

• **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

• **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

• **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

• **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC

750-4431-0515B

---

### ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you.  Thank you!

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 01/01/16 |
| **Amount Due** | **$2,424.22** |

If payment received after 01/16/16, $78.90 late fee will be charged.

4-750-04793-0018435-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
C/O NEW REGS RESEARCH GRP LLC
2350 N UNIVERSITY DR # 8305
PEMBROKE PINES FL 33024

### Contact Us

| | | |
|---|---|---|
| General Customer Service: | | 1-800-724-2224 |
| Property Tax: | | 1-866-406-0949 |
| Property Insurance: | | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date: 12/28/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $508,634.96 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $547,634.96 |
| Escrow Balance | -$1,135.99 |

| Next Scheduled Interest Rate Change | 11/01/2019 |
|---|---|
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| Principal | $730.20 |
|---|---|
| Interest | +$847.73 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Unpaid Late Charge(s) | +$236.70 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 01/01/16** | **$2,424.22** |

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $728.99 | $12,433.15 |
| Interest | $848.94 | $12,687.93 |
| Escrow (Taxes & Insurance) | $611.14 | $40,450.72 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $2,189.07 | $74,459.30 |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/15 | 12/15 | Payment | $2,189.07 | $728.99 | $848.94 | $611.14 | | | | |

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Due by | 01/01/16 | $2,424.22 |
|---|---|---|
| If received after | 01/16/16 | $2,503.12 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**\*\*
1-866-241-6014

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or
through Western Union**\*\*
Call 1-800-724-1633 for
nearest Western Union Location

\*\*A fee may apply for this service

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and. is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code,** this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m. Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance Information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills:  M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC    EQUAL HOUSING LENDER

750-4443-I-06198

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you. Thank you!

REPRESENTATION OF PRINTED DOCUMENT

## M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

9-750-04336-0055805-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
C/O NEW REGS RESEARCH GRP LLC
2350 N UNIVERSITY DR # 8305
PEMBROKE PINES FL 33024

# Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 12/01/15 |
| **Amount Due** | **$4,613.29** |

If payment received after 01/16/16, $78.90 late fee will be charged.

## Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-400-0949 |
| Property Insurance: | 1-888-882-1647 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2102 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:    12/16/15

## Account Information

Property Address
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

| | |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $509,363.95 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $548,363.95 |
| Escrow Balance | -$1,747.13 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

## Explanation of Amount Due

| | |
|---|---|
| Principal | $730.20 |
| Interest | +$847.73 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$236.70 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 01/01/16** | **$4,613.29** |

*\*\* including any fees/charges imposed since last statement totaling $78.90*

## Important Messages

**\*\*Important information regarding your 2015 Mortgage Interest Statement (IRS Form 1098)\*\*\*** In January 2016, you may receive your Annual Mortgage Interest Statement (IRS Form 1098) in the same envelope as your Mortgage Statement.

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019. It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $11,704.16 |
| Interest | $0.00 | $11,838.99 |
| Escrow (Taxes & Insurance) | $0.00 | $39,839.58 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$72,270.23** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/15 | 01/16 | Hazard Disbursement | | | | -$2,316.00 | | | | |
| 12/16/15 | 12/15 | Late Charge | | | | | | | | -$78.90 |

## M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

| AMOUNT DUE | |
|---|---|
| Amount due | $4,613.29 |
| If received after   01/16/16 | $4,692.19 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**\*\*
1-866-241-6014

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

 **Pay at any M&T branch or through Western Union**\*\*
Call 1-800-724-1633 for
nearest Western Union Location

\*\*A fee may apply for this service

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code,** this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:

- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272) Toll Free, 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone ($17.00 when speaking with a Representative) | $15.00 |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## NOTICE OF ERROR AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgage clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan#_____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

**MEMBER FDIC**   EQUAL HOUSING LENDER

750-443-A05198

---

**ADDRESS CHANGE REQUEST:**

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you.  Thank you!

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0001590554 |
|---|---|
| Payment Due Date | 12/01/15 |

### Amount Due $2,361.87

If payment received after 12/16/15, $78.90 late fee will be charged.

0-750-03448-0000052-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:     11/27/15

## Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $509,363.95 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $548,363.95 |
| Escrow Balance | $568.87 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $728.99 |
| Interest | +$848.94 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Unpaid Late Charge(s) | +$157.80 |
| Return Item/Other Fee(s) | +$15.00 |
| **Total Amount Due 12/01/15** | **$2,361.87** |

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $727.78 | $11,704.16 |
| Interest | $850.15 | $11,838.99 |
| Escrow (Taxes & Insurance) | $611.14 | $39,839.58 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,189.07** | **$72,270.23** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/15 | 11/15 | Payment | $2,189.07 | $727.78 | $850.15 | $611.14 | | | | |

750-0430-0015F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

## AMOUNT DUE

| Due by | 12/01/15 | $2,361.87 |
|---|---|---|
| If received after | 12/16/15 | $2,440.77 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone\*\***
1-866-241-6014

\*\*A fee may apply for this service.

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union\*\***
Call 1-800-724-1633 for nearest Western Union Location

### ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)

- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- Reporting of Account Information to Credit Bureaus. We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at 1-855-350-SCRA (7272), Toll Free 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

---

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone ($17.00 when speaking with a Representative) | $15.00 |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

### ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank · P.O. Box 62986 · Baltimore, MD 21264-2986

### OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

### HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.

- **Policy Information:** To protect our mutual interests, the mortgage clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you spot your new insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

 MEMBER FDIC / EQUAL HOUSING LENDER

---

### ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you.  Thank you!

# M&T Bank

## Mortgage Statement

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 11/01/15 |
| **Amount Due** | **$4,550.94** |

If payment received after 12/16/15, $78.90 late fee will be charged.

7-750-02932-0059779-001-000-011-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:      11/16/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $510,091.73 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $549,091.73 |
| Escrow Balance | -$42.27 |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* *This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| Principal | $728.99 |
|---|---|
| Interest | +$848.94 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$157.80 |
| Return Item/Other Fee(s)** | +$15.00 |
| **Total Amount Due 12/01/15** | **$4,550.94** |

\*\* Including any fees/charges imposed since last statement totaling $93.90

### Important Messages

Our records show that we have not received the required mortgage payment on the account listed.

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $10,976.38 |
| Interest | $0.00 | $10,988.84 |
| Escrow (Taxes & Insurance) | $0.00 | $39,228.44 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $70,081.16 |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05/15 | 11/15 | County Tax Disbursement | | | | -$4,698.81 | | | | |
| 11/09/15 | 11/15 | Fax Fee | | | | | | | | -$15.00 |
| 11/16/15 | 11/15 | Late Charge | | | | | | | | -$78.90 |

750-4430-50157

ESMT15

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| Amount due | | $4,550.94 |
|---|---|---|
| If received after | 12/16/15 | $4,629.84 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other  (Must specify) | $ |
| Total Amount Enclosed | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**\*\*
1-866-241-6014

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union**\*\*
Call 1-800-724-1633 for nearest Western Union Location

\*\* A fee may apply for this service.

### ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)

- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

### PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order (and to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.**

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

### AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

### CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

### IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependants may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am-5pm (EST) Monday-Friday at 1-855-350-SCRA (7272), Toll Free 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone (\$17.00 when speaking with a Representative) | $15.00 |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

### ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

### OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

### HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan#_____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts **on non-escrow accounts.** For property tax related questions please call 1-866-496-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

**MEMBER FDIC**

---

### ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at **1-800-724-2224**.
Our representatives would be happy to assist you. Thank you!

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 10/01/15 |

### Amount Due $4,457.04

*If payment received after 11/16/15, $78.90 late fee will be charged.*

3-750-01647-0060682-001-000-011-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:     10/16/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $510,818.30 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $549,818.30 |
| Escrow Balance | $4,045.40 |
| Next Scheduled Interest  Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| Principal | $727.78 |
|---|---|
| Interest | +$850.15 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$78.90 |
| **Total Amount Due 11/01/15** | **$4,457.04** |

*\*\* including any fees/charges imposed since last statement totaling $78.90*

### Important Messages

Our records show that we have not received the required mortgage payment on the account listed.

**Are you prepared if your Payment goes up?**
Your next scheduled interest rate adjustment is 11/01/2019.
It's possible that you may experience an increase in your mortgage payment as a result of the scheduled interest rate adjustment.

If you have any questions or concerns regarding your upcoming interest rate adjustment, we urge you to contact us as soon as possible at 1-800-724-2224.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $10,249.81 |
| Interest | $0.00 | $10,137.48 |
| Escrow (Taxes & Insurance) | $0.00 | $38,617.30 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| Total | $0.00 | $67,892.09 |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/15 | 10/15 | Late Charge | | | | | | | | -$78.90 |

730-4430-0515F

ESMT15

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | |
|---|---|
| Amount due | $4,457.04 |
| If received after  11/16/15 | $4,535.94 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**\*\*
1-866-241-6014

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

 **Pay at any M&T branch or through Western Union**\*\*
Call 1-800-724-1631 for nearest Western Union Location

\*\*A fee may apply for this service

## ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied; we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, P.O. Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at 1-855-350-SCRA (7272). Toll Free 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan#_____ P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-866-406-0849 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

MEMBER FDIC 

760-443-IC515B

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you. Thank you!

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 11/01/15 |
| **Amount Due** | **$2,267.97** |

If payment received after 11/16/15, $78.90 late fee will be charged.

2-750-02229-0009062-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   10/29/15

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $510,091.73 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $549,091.73 |
| Escrow Balance | $4,656.54 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| Principal | $727.78 |
|---|---|
| Interest | +$850.15 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Unpaid Late Charge(s) | +$78.90 |
| **Total Amount Due 11/01/15** | **$2,267.97** |

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $726.57 | $10,976.38 |
| Interest | $851.36 | $10,988.84 |
| Escrow (Taxes & Insurance) | $611.14 | $39,228.44 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,189.07** | **$70,081.16** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/15 | 10/15 | Payment | $2,189.07 | $726.57 | $851.36 | $611.14 | | | | |

750-4420-0015F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

### AMOUNT DUE

| Due by | 11/01/15 | $2,267.97 |
|---|---|---|
| If received after | 11/16/15 | $2,346.87 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

**Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone\*\***
1-866-241-6014

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union\*\***
Call 1-800-724-1633 for nearest Western Union Location

\*\*A fee may apply for this service

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- Reporting of Account Information to Credit Bureaus. We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am–5pm (EST) Monday-Friday at: 1-855-350-SCRA (7272), Toll Free 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)\*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $ 10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $ 20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $ 15.00 |
| ($17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

\* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.

- **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan#_____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

 MEMBER FDIC

783-4431-451SB

---

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives will be happy to assist you. Thank you!

# M&T Bank

## Mortgage Statement

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 10/01/15 |
| **Amount Due** | **$2,189.07** |

If payment received after 10/16/15, $78.90 late fee will be charged.

### Contact Us

| General Customer Service: | 1-800-724-2224 |
|---|---|
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date: 09/28/15

3-750-00812-0014520-001-001-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $510,818.30 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $549,818.30 |
| Escrow Balance | $4,045.40 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| Principal | $726.57 |
|---|---|
| Interest | +$851.36 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| | |
| **Total Amount Due 10/01/15** | **$2,189.07** |

\*\* Including any fees/charges imposed since last statement totaling -$78.90

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:
1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $1,723.69 | $10,249.81 |
| Interest | $854.24 | $10,137.48 |
| Escrow (Taxes & Insurance) | $611.14 | $38,617.30 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$3,189.07** | **$67,892.09** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/22/15 | 09/15 | Late Fee Waived | | | | | | | | $78.90 |
| 09/28/15 | 09/15 | Payment | $2,189.07 | $723.69 | $854.24 | $611.14 | | | | |
| 09/28/15 | 10/15 | Principal Payment | $1,000.00 | $1,000.00 | | | | | | |

750-4430-0515F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | | |
|---|---|---|
| Due by | 10/01/15 | $2,189.07 |
| If received after | 10/16/15 | $2,267.97 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**
1-800-241-6014

*A fee may apply for this service.*

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

 **Pay at any M&T branch or through Western Union**
Call 1-800-724-1633 for nearest Western Union Location

## ONLINE SERVICES 

M&T offers a variety of online services to help you better manage your mortgage loan including:

- Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)
- "Notify me" payment alerts – payments received or escrow disbursements
- You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

- **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

- **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order (and to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

- **To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code,** this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

- **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

- To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7016 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m., Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:
- You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.
- You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.
- You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am-5pm (EST) Monday-Friday at 1-855-350-SCRA (7272), Toll Free 302-634-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone | $15.00 |
| (\$17.00 when speaking with a Representative) | |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service
requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 6th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

- **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. **In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.**

- **Policy Information:** To protect our mutual interests, the mortgage clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan# _____, P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125)

- **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

- **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills: M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. **It is no longer necessary to forward paid tax receipts on non-escrow accounts.** For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.



**MEMBER FDIC** 🏠

---

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224.
Our representatives would be happy to assist you. Thank you!

## M&T Bank

P.O. Box 819063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

### Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 09/01/15 |
| **Amount Due** | **$4,457.04** |

*If payment received after 10/16/15, $78.90 late fee will be charged.*

### Contact Us

| | | |
|---|---|---|
| | General Customer Service: | 1-800-724-2224 |
| | Property Tax: | 1-866-406-0949 |
| | Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   09/16/15

0-750-00285-0052469-001-000-010-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Account Information

| Property Address | 810 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
|---|---|
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $512,541.99 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $551,541.99 |
| Escrow Balance | $3,434.26 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

*\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.*

### Explanation of Amount Due

| Principal | $724.90 |
|---|---|
| Interest | +$853.03 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| Unpaid Late Charge(s)** | +$78.90 |
| **Total Amount Due 10/01/15** | **$4,457.04** |

*\*\* including any fees/charges imposed since last statement totaling $78.90*

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $2,098.03 | $8,526.12 |
| Interest | $0.00 | $9,283.24 |
| Escrow (Taxes & Insurance) | $0.00 | $38,006.16 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | -$2,098.03 | $0.00 |
| **Total** | **$0.00** | **$64,703.02** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/15 | 09/15 | Principal Payment | | $2,098.03 | | | | | -$2,098.03 | |
| 09/16/15 | 09/15 | Late Charge | | | | | | | | -$78.90 |

750-4432-0515F

## M&T Bank

JOHN CIVETTI
DONNA FINKEL

### AMOUNT DUE

| Amount due | | $4,457.04 |
|---|---|---|
| If received after | 10/16/15 | $4,535.94 |

Please designate how you want us to apply any additional funds.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT

## PAYMENT OPTIONS

M&T provides you the following options for making your mortgage loan payments.

 **Payment by mail**
P.O. Box 62182
Baltimore, MD 21264-2182

 **Online payment**
www.mtb.com/mymortgageinfo

**Pay-by-phone**
1-866-241-6014

** A fee may apply for this service

 **Automatic deduction**
Enroll at
www.mtb.com/mymortgageinfo

**Pay at any M&T branch or through Western Union**
Call 1-800-724-1633 for nearest Western Union Location

## ONLINE SERVICES

M&T offers a variety of online services to help you better manage your mortgage loan including:

• Payments
  - Sign-up for recurring automatic deductions
  - One time payments
  - Schedule extra payments (principal, escrow, fees, etc.)

• "Notify me" payment alerts – payments received or escrow disbursements

• You can also view your loan payment history, amortization schedule, principal balance, interest rate and escrow account activity

Simply visit www.mtb.com/mymortgageinfo. For further assistance please contact us at 1-800-724-2224.

## PAYMENT INFORMATION

• **Additional Amount:** Please designate how you want additional funds to be applied, we will apply them as directed provided your account is current. If your account is current, undesignated funds will be applied per the terms of your mortgage loan documents. Regardless of the account status, principal prepayments will only be applied to your account if your contract allows for prepayments.

• **Crediting of Payments:** Please be prompt – Any account payment will be credited to your account on the day it is received, not the day it is postmarked, provided it is made in United States Funds, by check or money order paid to M&T Bank and, is accompanied by a Payment Stub (Remittance Coupon) for the Account and received at our address indicated on the payment stub by 5:00 pm on any day Monday through Friday that is not a legal holiday. Payments are not accepted at M&T mortgage origination offices.

• To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, M&T Bank retains rights under its security instrument, including the right to foreclose its lien.

• **Reporting of Account Information to Credit Bureaus.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. If you think M&T has reported inaccurate information to a credit bureau, you may submit a dispute online with the credit bureau or write to us at M&T Bank, PO Box 900, Millsboro, DE 19966.

• To locate a HUD approved counseling agency please call: 1-800-569-4287, or visit http://www.hud.gov.

## AUTOMATED ACCOUNT INFORMATION

Account information is easy to access through M&T Bank's Automated Phone Service by calling 716-626-7010 or 1-800-724-2224. Please have your loan number and the first five (5) digits of your Social Security Number to access this convenient service. Automated information is available Monday – Saturday, 7:00 a.m. to 11:00 p.m. Eastern Time.

## CONSUMER COMPLAINTS & INQUIRIES

If you have a loan secured by real estate located in New York State:

• You can direct any complaints and inquiries to M&T Bank by referencing the "Contact Us" section on the first page of this statement.

• You have the right to file complaints about M&T Bank with the New York State Department of Financial Services.

• You can obtain further information by calling the New York State Department of Financial Services' Consumer Assistance Unit at 1-877-BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

## IMPORTANT INFORMATION FOR OUR SERVICEMEMBERS AND THEIR DEPENDENTS

Pursuant to the (SCRA) Servicemembers Civil Relief Act (50 USC App. §§501-596), as amended, you & your dependents may be eligible for certain benefits and/or protections. For further information on eligibility, please contact our dedicated SCRA Servicing Team by phone 8:30am-5pm (EST) Monday-Friday at  1-855-350-SCRA (7272), Toll Free 302-934-4872 – International, by email at scraservicing@mtb.com, or by mail at PO Box 900, Millsboro, DE 19966.

## SERVICE FEE SCHEDULE (UNLESS LIMITED BY STATE LAW)*

| | |
|---|---|
| Amortization Schedule | $25.00 |
| Account History (per year) | $10.00 |
| Duplicate 1098/Escrow Analysis | varies |
| Verification of Mortgage | varies |
| Document Copies (per request) | $20.00 |
| Subsequent Payoff Statement | varies |
| Automated Payment by Phone (\$17.00 when speaking with a Representative) | $15.00 |
| Fax Fee | varies |
| Returned Check Fee | varies |

* May be subject to change

For full list of fees, visit our website at www.mtb.com/customerservice and click on the "Common Mortgage Fees" link.

## ERROR RESOLUTION AND INFORMATION REQUESTS MUST BE MAILED TO:

M&T Bank • P.O. Box 62986 • Baltimore, MD 21264-2986

## OTHER IMPORTANT ADDRESSES

**Payments:**
P.O. Box 62182
Baltimore, MD 21264-2182

**General Correspondence:**
P.O. Box 1288
Buffalo, NY 14240-1288

**Fax Numbers:**
Fax payoff requests: 1-866-409-2653
Fax all other Customer Service requests: 1-866-409-4642

**Overnight Payment Address:**
Retail Lockbox Services (62182)
Montgomery Park – 8th Floor
1800 Washington Blvd
Baltimore, MD 21230

**Insurance:**
P.O. Box 5738
Springfield, OH 45501-5738

**Tax:**
P.O. Box 23628
Rochester, NY 14692

## HOMEOWNERS INSURANCE / PROPERTY TAX INFORMATION

• **Insurance Requirements:** The terms of your loan require that you maintain homeowners insurance coverage not less than the replacement value of your property. We suggest that you consult your insurance company to determine these coverage amounts. Flood Insurance is required for all properties located in a Special Flood Hazard Area as designated by FEMA. In the event we determine that the property is not adequately insured, we will purchase, at your expense, a lender placed policy to protect our interest. This insurance is more costly and may provide less coverage than your original policy.

• **Policy Information:** To protect our mutual interests, the mortgagee clause of your policy must include the following: M&T Bank, its Successors and/or Assigns, Mortgage loan#_____ P.O. Box 5738, Springfield, OH 45501-5738. If you pay your own insurance, please ensure that you provide us with your current insurance information by visiting our website at www.mycoverageinfo.com and referencing PIN # MT738. You may also mail or fax a copy of the declaration page to our office (Fax # 1-937-525-4125).

• **Damaged Property:** In the event of damage to your home, notify your insurance agent. After the claim has been filed, please contact us at 1-888-882-1858 so that we may guide you through this process.

• **Loans with Tax Escrow:** If your property taxes are paid from an escrow account with us, and you receive a tax bill, please forward the bill immediately to the following address: M&T Bank, P.O. Box 23628, Rochester, NY 14692. PA customers bills:  M&T Bank, P.O. Box 961241, Fort Worth, TX 76161-0241. Please be sure to write your loan number on the bill. It is no longer necessary to forward paid tax receipts on non-escrow accounts. For property tax related questions please call 1-866-406-0949 (Fax # 1-817-826-0675).

This statement is intended to supply information and disclosures required by CFR 1026.41 regarding the referenced mortgage account. It is sent in compliance with State and Federal Law and not an attempt to collect any debt.

**MEMBER FDIC**

750-431-4-05 (15)

## ADDRESS CHANGE REQUEST:

To change your address, please visit your local M&T Bank branch or call our Telephone Banking Center at 1-800-724-2224. Our representatives would be happy to assist you. Thank you!

# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| Account Number | 0091590554 |
|---|---|
| Payment Due Date | 09/01/15 |

**Amount Due** **$4,378.14**

If payment received after 10/16/15, $76.90 late fee will be charged.

8-750-98524-0021844-001-000-011-000-000

JOHN CIVETTI
DONNA FINKEL
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62162 |
| P.O. Box 1288 | Baltimore, MD 21264-2162 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:   09/01/15

## Account Information

| Property Address | 810 N VICTORIA PARK RD |
|---|---|
| | FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $514,640.02 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $553,640.02 |
| Escrow Balance | $3,434.26 |
| Suspense Balance | $2,098.03 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $721.40 |
| Interest | +$856.53 |
| Tax/Insurance | +$567.25 |
| Overage / Shortage | +$43.89 |
| **Amount Billed this Statement** | **$2,189.07** |
| Amount Unpaid from Prior Statement | +$2,189.07 |
| **Total Amount Due 10/01/15** | **$4,378.14** |

## Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $719.00 | $6,428.09 |
| Interest | $858.93 | $9,283.24 |
| Escrow (Taxes & Insurance) | $611.14 | $38,006.16 |
| Fees | $0.00 | $8,887.50 |
| Partial Payment (Unapplied) | $0.00 | $2,098.03 |
| **Total** | **$2,189.07** | **$64,703.02** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/15 | 08/15 | Partial Payment Received | $2,189.07 | | | | | | $2,189.07 | |
| 08/31/15 | 08/15 | Payment | | $719.00 | $858.93 | $611.14 | | | -$2,189.07 | |

ESMT15

750-4430-0915F

# M&T Bank

JOHN CIVETTI
DONNA FINKEL

| AMOUNT DUE | | |
|---|---|---|
| Due by | 10/01/15 | $4,378.14 |
| If received after | 10/16/15 | $4,457.04 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| **Total Amount Enclosed** | $ |

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

INTERNET REPRINT