# M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

4-750-23766-0044366-009-1-000-010-000-000



JOHN CIVETTI
DONNA FINKEL
C/O ADVOCACY GROUP
UNIT 3 SUITE 311
333 LAS OLAS WAY C
FORT LAUDERDALE FL 33301

# Mortgage Statement

| | |
|---|---|
| Account Number | |
| Payment Due Date | 03/01/17 |
| **Amount Due** | **$4,571.94** |

If payment received after 04/16/17, $78.90 late fee will be charged.

## Contact Us



| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

**Correspondence Address:**
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

**Payment Mailing Address:**
P.O. Box 62182
Baltimore, MD 21264-2182



https://onlinebanking.mtb.com

Statement Date: 03/16/17

## Account Information

| | |
|---|---|
| Property Address | 810 N VICTORIA PARK RD<br>FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $500,377.60 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $539,377.60 |
| Escrow Balance | $233.79 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

\* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $745.21 |
| Interest | +$832.72 |
| Escrow (tax/insurance) | +$553.41 |
| Overage / Shortage | +$36.28 |
| **Regular Monthly Payment** | **$2,167.62** |
| Amount Unpaid from Prior Statement | +$2,167.62 |
| Unpaid Late Charge(s)** | +$236.70 |
| **Total Amount Due 04/01/17** | **$4,571.94** |

\*\* including any fees/charges imposed since last statement totaling $78.90

## Important Messages

Say goodbye to paper statements and hello to convenience! Sign up for mortgage statements and notices online:

1. Enroll or log in to M&T Online Banking at onlinebanking.mtb.com
2. Click on the **Settings and Support** tab and select **Statement Delivery Settings**
3. Follow the on-screen prompts to enroll. If you currently receive statements and notices online for other M&T accounts, simply select **Electronic** for your mortgage and click **Save Changes.**
For assistance, call 1-800-790-9130.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $1,484.22 |
| Interest | $0.00 | $1,671.64 |
| Escrow (Taxes & Insurance) | $4.90 | $1,189.18 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$4.90 | $0.00 |
| **Total** | **$0.00** | **$4,345.04** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/17 | 03/17 | Payment | | | | $4.90 | | | -$4.90 | |
| 03/16/17 | 03/17 | Late Charge | | | | | | | | -$78.90 |

750-4430-0515F

1. Enroll or log in to M&T Online Banking at onlinebanking.mtb.com
2. Click on the Settings sub-link for Statement Delivery Settings
3. Follow the on-screen prompts to enroll. If you currently receive statements and notices online for other M&T accounts, simply select **Electronic** for your mortgage and click **Save Changes**. For assistance, call 1-800-790-9130.

|  | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal |  | $1,484.22 |
| Interest | $0.00 | $1,671.64 |
| Escrow (Taxes & Insurance) | $4.90 | $1,189.18 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | -$4.90 | $0.00 |
| **Total** | **$0.00** | **$4,345.04** |

## Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fe |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/17 | 03/17 | Payment |  |  |  | $4.90 |  |  | -$4.90 |  |
| 03/16/17 | 03/17 | Late Charge |  |  |  |  |  |  |  | -$78. |

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

0091590554   0216762   0224652

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

⑆5730⑆0000⑈

### AMOUNT DUE

| Amount due | $4,571.9 |
|---|---|
| If received after 04/16/17 | $4,650.8 |

Please designate how you want us to apply any additional f

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ |