**M&T** Bank

June 2, 2017

The Advocacy Group
Attn: Jessica Kerr, Esq.
333 Las Olas Way, Unit CU3-311
Fort Lauderdale, FL 33301

Re:   Mortgage No. ending in:      XXXXXX0554
      Borrower Names:               John Civetti & Donna Finkel
      Property address:             810 N. Victoria Park Road
                                    Fort Lauderdale, FL 33304

Dear Jessica Kerr, Esq.:

This correspondence is a response to correspondence dated April 4, 2017 requesting information pursuant to Section 1024.36 and section 1026.36 of Regulation X.

In response to the information requested, I have enclosed:

1. A copy of the servicing notes from January 10, 2014 through present.
2. A copy of the payment history from July 31, 2016 through present with a complete list of transaction code information stated in plain English with a short description.
3. An itemized list of all late fees.
4. A copy of the last two escrow analysis statements.
5. A copy of all correspondences received from the borrower and/or authorized third parties from December 2014 to present.
6. A copy of billing statements from July 1, 2016 through present.
7. A payoff statement was generated under separate cover on April 11, 2017.

Your correspondence alleges that M&T Bank failed to apply the payments from September 2014 through Present. A review of the borrower's payment history confirms we did not receive a payment in January 2016, April 2016 and January 2017. Additionally, there was a payment correction made to the September 2015 payment. I have enclosed a copy of our previous response outlining this information.

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose.

P. O. Box 62986, Baltimore, MD, 21264-2986, 800-724-2224
Mortgage account information, just a click away.  www.mtb.com

P.O. Box 1288, Buffalo, NY 14240   716 626 7010   800 724 2224
Mortgage account information, just a click away.  www.mtb.com

**M&T** Bank

If you have additional questions regarding this mortgage, please call our Customer Service Department at 1-800-724-2224.

Sincerely,

Megan Mitchell
Mortgage Customer Support
Retail Loan Servicing

Enclosures

M&T Bank is attempting to collect a debt and any information obtained will be used for that purpose.

P. O. Box 62986, Baltimore, MD, 21264-2986, 800-724-2224
Mortgage account information, just a click away.  www.mtb.com

P.O. Box 1288, Buffalo, NY 14240   716 626 7010   800 724 2224
*Mortgage account information, just a click away.*  www.mtb.com