

**M&T** Bank

0091590554  0218907  0226797

JOHN CIVETTI
DONNA FINKEL

M & T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

|:5730∙0000|:   0091590554

| AMOUNT DUE | | |
|---|---|---|
| Due by | 12/01/15 | $2,361.87 |
| If received after | 12/16/15 | $2,440.77 |

Please designate how you want us to apply any additional funds.

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (Must specify) | $ |
| Total Amount Enclosed | $ 2189.07 |

JAY 1ST pAymenf

DONNA FINKEL
JOHN P CIVETTI
810 N VICTORIA PARK RD
FORT LAUDERDALE FL 33304-4478

1759
63-4/630 FL
1034

Date: 3-23-16

Pay To The Order Of: M & T Bank

$2172.52

Two Thousand One Hundred Seventy Two 52/XY Dollars

Bank of America
ACH R/T 063100277

For: APR. 1ST PAYMENT

Bank of America Advantage

⑆063000047⑆

12-31-16

JESSICA

DID NOT RECEIVE JAN 1ST
STATEMENT FOR M&T BANK HAD TO
USE 12-01-16 STATEMENT TO MAKE
PAYMENT FOR JAN 1ST

DONNA FINKEL

```
                                                                    1776
DONNA FINKEL                                                     53-4/630 FL
JOHN P CIVETTI                                                        1034
810 N VICTORIA PARK RD                        12-31-16
FORT LAUDERDALE FL 33304-4476                        Date

                                                        $ 2172.52
Pay To The   M A T BA/K
Order Of _____
         _____ Dollars

Bank of America                          Bank of America Advantage®
ACH R/T 063100277 _____
For   JAY 151 _____
⑆063000047⑆  ⦂⦂⦂⦂⦂⦂⦂⦂⦂⦂⦂⦂⦂

Hanerd Clarke
```

**M&T Bank**
P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

8-759-17505-0001-057-005-1-000-010-060-000



JOHN CIVETTI
DONNA FINKEL
J&M ADVOCACY GROUP LLC ATTN
JESSICA KERR ESQ AND ALL AGTS
4651 SHERIDAN ST STE 301
HOLLYWOOD FL 33021-3427

## Mortgage Statement

| | |
|---|---|
| Account Number | |
| Payment Due Date | 12/01/16 |
| **Amount Due** | **$2,172.52** |

If payment received after 12/16/16 $78.90 late fee will be charged

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-865-409-0949 |
| Property Insurance: | 1-839-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date  10/31/16

### Account Information

| | |
|---|---|
| Property Address | 510 N VICTORIA PARK RD FORT LAUDERDALE FL 33304 |
| Interest Rate | 2.000% |
| Maturity Date | 11/2054 |
| Outstanding Principal* | $502,602.08 |
| Deferred Balance* | $39,000.00 |
| Combined Balance* | $541,602.08 |
| Escrow Balance | $5,330.01 |
| Next Scheduled Interest Rate Change | 11/01/2019 |
| Next Scheduled P&I Payment Change | 12/01/2019 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653

### Explanation of Amount Due

| | |
|---|---|
| Principal | $740.26 |
| Interest | +$837.67 |
| Tax/Insurance | +$563.74 |
| Overage / Shortage | +$30.85 |
| **Amount Billed this Statement** | **$2,172.52** |
| Total Amount Due 12/01/16 | $2,172.52 |

### Important Messages

Say goodbye to paper statements and hello to convenience with eStatements for your M&T mortgage! To sign up for e-statements:

1. Visit www.mtb.com/mymortgageinfo
2. Select "Mortgage Statement" from the left navigation bar
3. Click on "sign me up for e-bill"
4. Read the terms and conditions of the M&T Electronic Statement Delivery page and then re-enter your user name and password for mtb.com/mymortgageinfo
5. Press submit and print the confirmation page for your records

Should you need assistance, call (800) 724-2224. Thank you for choosing M&T Bank

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $739.03 | $6,032.88 |
| Interest | $838.90 | $9,311.87 |
| Escrow (Taxes & Insurance) | $594.59 | $6,466.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$2,172.52** | **$21,810.75** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/16 | 11/16 | Payment | $2,172.52 | $739.03 | $838.90 | $594.59 | | | | |

---

**M&T Bank**

JOHN CIVETTI
DONNA FINKEL

0091590554 0217252 0225142

M&T BANK
PO BOX 62182
BALTIMORE MD 21264-2182

| AMOUNT DUE | | |
|---|---|---|
| Due by | 12/01/16 | $2,172.52 |
| If received after | 12/16/16 | $2,251.42 |

Please designate how you want us to apply any additional funds:

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Unpaid Late Charges | $ |
| Other (list source) | $ |
| Total Amount Enclosed | $ |

⑆5730⑆0000⑆