810 Victoria Park Road, Fort Lauderdale, FL 33304

M&T Bank -- Error Resolution
P.O. Box 62986
Baltimore, MD 21264-2986
Sent Via Certified Mail

Bayview Loan Servicing, LLC
Attn: Customer Support
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables, FL 33146

## NOTICE OF ERROR

Re: Borrowers: Dona Finkel & John Civetti
Loan #: ▓▓▓▓▓▓▓▓
Address: 810 Victoria Park Road, Fort Lauderdale, FL 33304

**Re: Notice of errors under 12 C.F.R. § 1024.35(b)(5) for imposition of fees or charges which the Servicer lacks a reasonable basis to impose upon the borrower**

Dear Sir or Madam:

Please consider this letter to constitute a Notice of Error under 12 C.F.R. §1024.35 of Regulation X of the Mortgage Servicing Act under the Real Estate Settlement Procedures Act (RESPA), which became effective on January 10, 2014. These amendments implemented the Dodd-Frank Wall Street Reform and Consumer Protection Act provisions regarding mortgage loan servicing.

Pursuant to 12 C.F.R. § 1024.35(d), you must acknowledge receipt of this Notice **within five (5) days** of such (excluding legal public holidays, Saturdays and Sundays).

Pursuant to 12 C.F.R. § 1024.35(e)(3)(i)(C), you must advise us of your response to this Notice **within thirty (30) days** of receipt of such (excluding legal public holidays, Saturdays, and Sundays).

The errors are specifically set forth below:

NOE 1 through 4 - 12 C.F.R. § 1024.35(b)(2) provides that failure to apply an accepted payment to principal, interest, escrow, or other charges under the terms of the mortgage loan and applicable law is an error. Servicers failed to apply an accepted payment as required regarding the May 2017, June 2017, July 2017 and August 2017 payments

NOE 5 through 8 - 12 C.F.R. § 1024.35(b)(3) provides that failure to credit a payment to a borrower's mortgage loan account as of the date of receipt in violation of 12 CFR 1026.36(c)(1) is an error. Servicer failed to credit the following payments as of the date

Donna Finkel & John Civetti
810 Victoria Park Road, Fort Lauderdale, FL 33304

received: May 2017, June 2017, July 2017 and August 2017

NOE 9 through 12 - 12 C.F.R. § 1024.35(b)(5) provides that it is an error for a servicer to impose a fee or charge that the servicer lacks a reasonable basis to impose upon the borrower. Comment 2 of the Official Interpretations of the Consumer Financial Protection Bureau of 12 C.F.R. § 1024.35(b) provides that:

> For purposes of § 1024.35(b)(5), a servicer lacks a reasonable basis to impose fees that are not bona fide, such as:
> i. A late fee for a payment that was not late;
> ii. A charge imposed by a service provider for a service that was not actually rendered;

Servicers charged a late fee for Borrowers' mortgage payments for the months of May 2017, June 2017, July 2017 and August 2017..

It is believed that, at all points in time Borrowers were paying as agreed each month as timely mortgage payments were paid in full. As such, Servicer had no reasonable basis to impose any fee or charge other than for principal, interest, and escrow obligations under such modification agreement.

As such, Servicer's imposition of each late fee or other fee for which Servicer had no reasonable basis to impose constitutes clear, distinct, and separate errors in Servicer's servicing of the Loan pursuant to 12 C.F.R. § 1024.35(b)(5).

NOE 13 - Failure to advise Borrower of a change in payment terms.

NOE 14- Failure to send Borrowers' monthly statements directly to Borrowers.

NOE 15 - Reporting Borrowers as delinquent.

NOE 16 - Sending Notices of Default to Borrowers when Borrowers are current on their mortgage payment.

Please correct each of these errors and provide us with notification of the correction(s), the date of the correction(s), and contact information for further assistance; or, after conducting a reasonable investigation, provide us, with a written notification that includes a statement that the servicer has determined that no error(s) occurred, a statement of the reason(s) for such determination(s), a statement of the Borrower's right to request documents relied upon by the servicer in reaching its determination, information regarding how we can request such documents, and contact information for further assistance.

Best Regards,

*Donna Finkel and John Civetti*


