

John,
Here's a special offer for you



YOU'RE PRE-APPROVED

John Civetti
You're Pre-Approved* for a personal loan:
Up to **$40,000**
Call **855-282-6353** | Visit **MyBestEgg.com/start**
Use Offer Code: **04508 6814 26307**

*See details enclosed

John Civetti
810 N Victoria Park Rd
Fort Lauderdale, FL 33304-4476

Dear John,

We think there's a much better way to pay off your credit card and other high-rate debt. With a personal loan from Best Egg®, you can streamline your bills into one easy monthly payment at a fair interest rate, and get back on track to building YOUR nest egg.

You are **PRE-APPROVED*** for a fixed-rate, no-collateral loan. Here are three important things you should consider:

Enjoy fixed Annual Percentage Rates (APRs). Our APRs range from 5.99% to 29.99%. You can borrow as little as $2,000 or as much as $40,000 and there are no prepayment penalties.* Visit our website and you can **check your rate online with no impact to your credit score!**

Make just one payment each month that's simple instead of juggling multiple credit card payments each month at potentially much higher interest rates.

You can use your loan for other expenses, like remodeling your kitchen, family vacation, medical expenses or whatever your needs might be.

We can customize this offer to fit your taste, whether it's paying back your loan faster or choosing lower monthly payments. Upon approval, funding takes as little as one day.

We want to see you move on to your next adventure, so reply today to get started putting your debt behind you.

Best,

Robert Vincent
Chief Marketing Officer

**Your Offer Code:**

**04508 6814 26307**

P.S. Your special offer expires **April 18, 2017**, so don't put this off!

**Check your rate online with no impact to your credit score!**
MyBestEgg.com/start

**Respond by April 18th**

☏ 855-282-6353

*See Important Offer Details on the back of this letter.

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See PRESCREEN and OPT-OUT NOTICE on other side for more information about prescreened offer

FM-152-045

# Pay off your debt faster - you could save thousands!



**LendingClub**
71 Stevenson St., Suite 300
San Francisco, CA 94105

## YOU'VE BEEN PRE-APPROVED FOR UP TO $35,000‡

Visit MyInstantOffer.com with
**RSVP CODE LHLV-YL47-B7KH**

> You've been selected for this offer because of your good credit history.

John,

If you're paying off credit card or other high-rate debt, there's a <u>much</u> better way. With a low-rate, personal loan through Lending Club, you can <u>pay off high-rate debt faster and start saving money</u>.

**You have already been pre-approved** for a loan up to $35,000‡ at a fixed-rate. This is a no-collateral loan, so reply today and cut those high monthly payments! Here are three things you should consider:



**Consolidate your debt, make one easy payment and watch your debt go down.**



**Fixed interest rate and no hidden fees or prepayment penalties**



**Use your loan for debt consolidation, paying off credit cards or even a major purchase.**

**We offer access to flexible loan amounts and terms,** there are no hidden fees or prepayment penalties, and funding takes as little as seven days. Reply today and see <u>how quickly you can take control of your debt</u>.

Sincerely,

*Scott Sanborn*
CEO, Lending Club

P.S. Your pre-approved offer expires May 5, 2017, so don't wait. Visit **www.MyInstantOffer.com** and enter your personal **RSVP code LHLV-YL47-B7KH**.

---

John,
**Pay off your credit card debt today with up to $35,000!**

**RESPOND BY:** 5/5/17

**LendingClub**

John Civetti

PRE-APPROVED FOR UP TO **$35,000‡**

**PAY TO THE ORDER OF:**

John Civetti
810 N Victoria Park Rd

John, pay off your high-rate credit cards now
# You could save thousands in interest

Dear John,

*Want to say goodbye to high-rate credit card balances for good?* Now you can. Because of your strong credit history, you're already pre-approved for up to $35,000 through Prosper. Call 877-611-8801 or visit **SaveWithProsper.com**.

Plus, count on:

- **A low FIXED APR** — guaranteed for the life of your loan
- **One FIXED monthly payment** that won't change[4]
- **No hidden fees or prepayment penalties** — so you know exactly what to expect
- **No collateral required**

Apply in minutes and use the money to pay off high-rate cards, make home improvements or even start a business. With Prosper, you can take charge of your finances today.

Sincerely,

Chris Lawson
Vice President, Borrower Services

P.S. Why wait to save thousands in interest? Request your money now — offer ends **May 5, 2017**.

**You're pre-approved for up to $35,000**



**$0 IN CREDIT CARD BALANCES** in as few as 36 months

Visit:
▶ **SaveWithProsper.com**
Or call: 877-611-8801

Reply by:
May 5, 2017

Confirmation No.:
YP2SA7AM

[1,4,5] See important information for this offer on the reverse side of this letter.

R160417-PCC-LT 04-0399189 P13      R160417-PCC-F

**You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See PRESCREEN & OPT-OUT NOTICE on other side for more information about prescreened offers.**



222 North LaSalle Street, Suite 1700
Chicago, IL 60601

John
is pre-approved for:

## Pre-Approval Certificate
This certificate of pre-approval expires 5/27/2017

John Paul Civetti
810 N Victoria Park Rd
Fort Lauderdale, FL 33304-4476

AVANT.
You're Pre-Approved*
Amount: $1,000 TO $25,000

AC25K

John Paul Civetti
Personal Offer Code: 10115CFE6B
Offer expires: 5/27/2017

Go online today: www.MyAvantOffer.com
*See letter for details.

Non-Negotiable. No Cash Value

## Congratulations John,

### You're pre-approved!

Apply online in minutes.

**Choose the loan amount you need from $1,000 to $25,000.**[1]

If you're trying to get ahead by consolidating and paying down high-interest debt, you need to take care of an unexpected expense, or you need help covering some bills, turn to Avant. Upon final approval, the money you need could be in your account as soon as the next business day.[2]

**Check available rates without impacting your FICO® Score.**

It's easy to check your rates at www.MyAvantOffer.com, and doing so doesn't affect your FICO® Score.

**Our process is simple and fast.**

It takes just a few minutes to complete our secure online application. It's absolutely free to apply, **just visit www.MyAvantOffer.com and enter your Personal Offer Code 10115CFE6B**. We look forward to being your lending partner.

Sincerely,

*John Sun*
Co-founder, Avant
CHANGE THE WAY YOU BORROW

## Change the way you borrow

### with a loan through Avant:

☑ Funding as soon as tomorrow[2]

☑ Competitive rates

☑ Easy, secure application process

☑ 96% of customers would recommend us[3]