

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

Acknowledgement Letter

August 29, 2017

Donna Finkel
John Cavetti
c/o Advocacy Group
333 Las Olas Way C, Unit 3, Suite 311
Fort Lauderdale, FL  33301

Property:   810 N Victoria Park Rd
            Ft. Lauderdale, FL  33301

Loan number:      0091590554
BLS case number:  10000045817

Proposed Resolution Date:  **October 9, 2017**

Dear Donna Finkel and John Cavetti.:

We have received your inquiry regarding the above referenced mortgage loan. Please be assured that your inquiry will be reviewed promptly as it is our goal to provide excellent customer service.

We will provide a complete response on or before the Proposed Resolution Date indicated above. If your inquiry requires additional time to complete then we will notify you by mail.

If you have any further questions or concerns, please contact our Customer Service Department toll free at (800) 457-5105.

Sincerely,

Customer Support Department
Bayview Loan Servicing, LLC
HAMP Escalation Toll Free Number:  (877) 691-1974
Monday – Friday 9:00 a.m. – 5:00 p.m., Eastern
HAMP Escalation Fax Number:  (877) 429-0538

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The following mailing address must be used for all Error Notices & Information Requests:

Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146





**Account:** NO ACCOUNT NUMBER

$300.00

56-382/412

0036831119

KIM BONADIES
12490 PEBBLE STONE CT
FORT MYERS, FL 33913-6759

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT #34033, PO BOX 39000
San Francisco, CA 94139
9685451529          0036831119

04055 4810663 004067 004067 00001/00001 k04055

August 28, 2017

Pay **THREE HUNDRED AND 00/100**

DOLLARS

$ ********300.00

TO THE ORDER OF:
JESSICA L. KERR P.A.
333 LAS OLAS WAY STE CU3 311
FORT LAUDERDALE, FL 33301-2363

04055

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

⑃"0036831119⑃ ⑃041203824⑃ 9685451529⑃