**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

October 10, 2017

John Civetti
Donna Finkel
C/o Advocacy Group
333 Las Olas Way C, Unit 3, Suite 311
Fort Lauderdale, FL 33301

Loan Number: ▉▉▉▉▉▉▉▉
Case Number: 10000045817
Property Address: 810 N Victoria Park Road
Fort Lauderdale, FL 33304

Dear Mr. Finkel and Ms. Finkel:

The Customer Support Department at Bayview Loan Servicing, LLC ("BLS"), acting as agent for M&T Bank ("M&T"), has reviewed "Notice of Error" received August 28, 2017.

M&T is in the process of addressing the recent correspondence received. Once the research is completed, a response from M&T will be mailed to you under separate cover.

BLS previously addressed the concerns set forth in the "Notice of Error" detailed above in a written response, dated June 27, 2017. Please find enclosed a copy of the written response for reference.

As of the date of this letter, the loan is due for the October 1, 2017, monthly installment.

You are entitled to request additional documentation regarding this inquiry. If you wish to do so, please submit a request to our Customer Support Department via fax at 305-631-5660. Alternatively, you may submit a request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.

Sincerely,

Jonathan Rojas
Bayview Loan Servicing, LLC
Customer Support Department

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146



Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

June 27, 2017

John Civetti
Donna Finkel
C/o Advocacy Group
333 Las Olas Way C, Unit 3, Suite 311
Fort Lauderdale, FL 33301

Loan Number: ▮
Case Number: 10000038029
Property Address: 810 N Victoria Park Road
Fort Lauderdale, FL 33304

Dear John Civetti and Donna Finkel:

The Customer Support Department at Bayview Loan Servicing, LLC ("BLS"), acting as agent for M&T Bank ("M&T"), has reviewed the "Notice of Error" received, dated May 12, 2017.

In response to your request for mortgage statements, BLS has enclosed all of the mortgage statements sent to you at the mailing address of record starting on February 15, 2014.

Enclosed for your review is an Annual Escrow Account Disclosure Statement dated November 20, 2015, and an Annual Escrow Account Disclosure Statement dated November 22, 2016. Each escrow analysis details changes in the loan's monthly installment amount.

The loan remains due for the June 1, 2017, monthly installment and all subsequent payments. Below, please find a breakdown of the payments received from December 2016 through May 2017 and their applications.

| Date Received | Amount | Monthly Installment Satisfied |
|---|---|---|
| December 2, 2016 | $2,172.52 | December 2016 |
| February 1, 2017 | $2,172.52 | January 2017 |
| March 6, 2017 | $2,172.52 | February 2017 |
| April 3, 2017 | $2,167.62 | March 2017 |
| May 4, 2017 | $2,167.62 | April 2017 |
| June 5, 2017 | $2,167.62 | May 2017 |

Please be advised that all of the payments listed above were applied on the same date they were received by BLS. At this time, no adverse credit reporting has been communicated to the credit bureaus; however, late fees have been assessed to the loan account as follows:

**BAYVIEW**
LOAN SERVICING

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

| Date Assessed | Amount |
| --- | --- |
| January 17, 2017 | $78.90 |
| February 16, 2017 | $78.90 |
| March 16, 2017 | $78.90 |
| April 17, 2017 | $78.90 |
| May 16, 2017 | $78.90 |
| June 16, 2017 | $78.90 |
| Total: | $473.40 |

BLS has reviewed the loan's payment history and has determined that all late charges assessed are valid and will remain on the loan's account until paid in full. Please review the loan's payment history enclosed for reference.

BLS would like to afford customers every opportunity to be reviewed for all possible alternatives to foreclosure, which may include a forbearance, loan modification, short sale, or deed-in-lieu of foreclosure. Please contact the loan's Asset Manager, Bobbie McGlothlin, at 877-248-4263 to discuss the options that may be available to your client.

BLS has enclosed all supporting documentation used to complete the review on this account. You are entitled to request additional documentation regarding this inquiry. If you wish to do so, please submit a request to our Customer Support Department via fax at 305-631-5660. Alternatively, you may submit a request via email to customerservice@bayviewloanservicing.com or via regular mail to the mailing address referenced below.

Sincerely,


Jonathan Rojas
Bayview Loan Servicing, LLC
Customer Support Department
Phone Number: (877) 691-1974
Monday – Friday 9:00 a.m. – 5:00 p.m., Eastern

Enclosures

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

The following mailing address must be used for all Error Notices & Information Requests:
Bayview Loan Servicing, LLC, Customer Support, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146